

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 03 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

**JUSTIN AAMIR ADKINS, Plaintiff,**

**v. CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA DEBBIE BENK, in her individual capacity and as an agent of the Church, Defendants.**

Civil Action No.: 1:26-CV-4376

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff Justin Aamir Adkins, proceeding pro se, brings this civil action against Defendants for racial discrimination in violation of 42 U.S.C. § 1981, together with related state-law claims for breach of contract, tortious interference, fraud, negligence, bad faith, and intentional infliction of emotional distress, and alleges as follows:

## I. INTRODUCTION

This action arises from Defendants' interference with Plaintiff's contractual and statutory rights in connection with paid auditor training and related services at the Church of Scientology's Flag Land Base in Clearwater, Florida. Plaintiff is a Black African American man. He alleges that Defendants intentionally treated him differently because of race and ancestry, and that Defendants interfered with his documented training contract after he completed multiple courses, received written approvals, and was authorized to continue his training. See 42 U.S.C. § 1981;

1

Saint Francis College v. Al-Khazraji, 481 U.S. 604 (1987); Comcast Corp. v. National Assn. of African American-Owned Media, 589 U.S. 327 (2020). Defendant Debbie Benk, Executive Director of the Atlanta Org, submitted a false and malicious telex to Flag stating:

"I no longer consider Justin Aamir Adkins an upstat member of the group. He should not receive any more auditing and should just train and come back to Georgia."

When Plaintiff requested correction, Defendant Benk responded:

"I am not sending a new telex to Flag withdrawing my communication."

Flag acted on this false report, terminating Plaintiff's auditing and training cycle and causing severe financial, professional, and emotional harm. Plaintiff alleges that these actions were part of a continuing course of interference and refusal to correct false information. Plaintiff cites Bixler v. Church of Scientology Int'l, No. B339009 (Cal. Ct. App. May 19, 2026) only, if at all, for persuasive value concerning continuing wrongful conduct and refusal to retract false statements.

Meanwhile, a similarly situated **white trainee, David Gentile**, was permitted to complete his training uninterrupted.

Defendants' actions constitute intentional racial discrimination and contractual interference. Plaintiff pleads the federal claim under 42 U.S.C. § 1981 and the related state-law claims in the alternative.

## II. JURISDICTION AND VENUE

2

1.     This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts claim under **42 U.S.C. § 1981**.

2.     Supplemental jurisdiction exists under 28 U.S.C. § 1367 for related state-law claims.

3.     Venue is proper under 28 U.S.C. § 1391 because Plaintiff resides in this District and substantial events occurred here.

4.     The Supreme Court held in Saint Francis College v. Al-Khazraji, 481 U.S. 604 (1987) that 42 U.S.C. § 1981 reaches intentional discrimination based on ancestry or ethnic characteristics. Plaintiff must plausibly allege intentional discrimination and but-for causation. See Comcast Corp. v. National Assn. of African American-Owned Media, 589 U.S. 327 (2020).

5.     Plaintiff is informed and believes that Bixler v. Church of Scientology Int'l, No. B339009 (Cal. Ct. App. May 19, 2026) is unpublished and not binding in this Court. Plaintiff cites it, if at all, only for persuasive value. Plaintiff alleges a continuing course of discriminatory interference, false reporting, and refusal to correct the false report that extended into the limitations period.

## III. PARTIES

4.     Plaintiff is a Black African American man residing in Stone Mountain, Georgia.

5.     Defendant **Church of Scientology International** is headquartered in California and conducts business in Georgia.

6.     Defendant **Church of Scientology Flag Service Organization** operates the Flag Land Base in Clearwater, Florida.

7.     Defendant **Church of Scientology Atlanta** operates the Atlanta Org.

3

8.    Defendant **Debbie Benk** was the Executive Director of the Atlanta Org and acted under color of organizational authority.

## IV. FACTUAL ALLEGATIONS

### A. Plaintiff's Contractual Relationship and Performance

9.    Plaintiff entered into a paid contractual relationship with Defendants for professional auditor training and related auditing services, and Defendants accepted the benefits of that relationship. The relationship was memorialized in written approvals, course scheduling, and Plaintiff's CSW, including Exhibit 4. The contract was specific as to the training path, approvals, and performance obligations.

10.    Plaintiff completed six major Scientology courses in three months, including Purification, SRD Additionals, and Grades I through III, and was actively progressing through Grade IV, demonstrating performance and continued reliance.

11.    Plaintiff's CSW dated **10 April 2015**, attached as **Exhibit 4**, shows:

- His training plan
- His approved leave of absence
- His financial commitment
- His full-time study and auditing schedule
- His supervisors' written approvals

12.    The CSW was approved by ED Foundation Deja Nichols on April 22, 2015, confirming Plaintiff's documented authorization to continue training at Flag and supporting the existence of

4

enforceable contractual obligations. The approval confirms Defendants' acceptance of Plaintiff's continuing performance.

**B. Scientology's Racial Representations and Accepted Reality**

13. Scientology published "Message for Black People," acknowledging Black people as a racial group and inviting Black people to study and become auditors to help their own people. Plaintiff alleges this publication is relevant to Defendants' knowledge of race and ancestry and to their discriminatory intent under 42 U.S.C. § 1981.

14. Plaintiff relied on these representations in entering the training program and in believing that Defendants would honor written approvals and training-related commitments.

**C. Defendant Benk's False Telex and Intentional Interference**

15. On or about May 5, 2015, Defendant Benk sent a telex to Flag stating:

"I no longer consider Justin Aamir Adkins an upstat member of the group. He should not receive any more auditing and should just train and come back to Georgia."

16. This statement was false, malicious, and contradicted Plaintiff's documented performance and approvals.

17. Plaintiff requested withdrawal of the false report and correction of the communication.

18. Defendant Benk responded in writing, refusing to retract the false report:

"I am not sending a new telex to Flag withdrawing my communication."

19.    Flag acted on this false report, terminating Plaintiff's auditing and training cycle and preventing completion of the contractual training path.

## D. Comparative Evidence of Racial Discrimination

20.    A similarly situated white trainee, David Gentile, was permitted to complete his training uninterrupted. Plaintiff alleges this disparate treatment supports an inference of discriminatory intent and pretext under McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973), as adapted to the pleading stage by Fed. R. Civ. P. 8(a)(2).

21.    Plaintiff was singled out for adverse treatment despite equal or superior performance, including facts supporting a plausible inference of discrimination under Fed. R. Civ. P. 8(a)(2).

## E. Violations of Scientology's Own Policies

22.    Scientology's HCO PL "The Rights of the Field Auditor" guarantees:

- Respect for training
- Protection from false reports
- Freedom from retribution
- The right to complete training

23.    Defendant Benk violated all of these rights.

24.    Scientology's HCO PL "Justice: Third Party and False Reports" defines false reports as "treason."

25.    Defendant Benk knowingly submitted a false report causing unjust discipline.

6

## F. Damages

26.   Plaintiff suffered:

- Loss of training fees $150,000.00

- Loss of professional advancement $250,000.00

- Emotional distress $1,000,000.00

- Reputational harm $1,000,000.00

- Loss of religious and racial dignity $1,000,000.00

- Value of Economic losses exceeding $3.4 Million USD

## V. CLAIMS FOR RELIEF

### COUNT I - Racial Discrimination 42 U.S.C. § 1981

Plaintiff alleges paragraphs 1 through 68 as if fully set forth herein. Plaintiff had a specific,

documented contractual relationship for paid auditor training and related services, memorialized

in his CSW, written approvals, course scheduling, and the parties' performance and acceptance

of those services. Defendants intentionally impaired Plaintiff's right to make, perform, continue,

and enjoy the benefits of that contract because of race and ancestry, including Plaintiff's status as

a Black African American man. See 42 U.S.C. § 1981; Saint Francis College v. Al-Khazraji, 481

U.S. 604 (1987); Comcast Corp. v. National Assn. of African American-Owned Media, 589 U.S.

327 (2020). But for Plaintiff's race and ancestry, Defendants would not have terminated or

impaired the training relationship, withdrawn access to auditing, or caused Flag to act on the

false telex. The disparate treatment of a similarly situated white trainee, including David Gentile,

supports a plausible inference of discriminatory intent at the pleading stage under Fed. R. Civ. P.

7

8(a)(2) and Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007). Plaintiff's right to make and enforce contracts includes the right to perform, modify, and terminate contracts, and to enjoy all benefits, privileges, terms, and conditions of the contractual relationship.

## COUNT II - Breach of Contract

Plaintiff realleges paragraphs 1 through 68. Defendant Church of Scientology Flag Service Organization, and any other Defendant shown by the evidence to have assumed or ratified the agreement, accepted Plaintiff's CSW and written approvals and promised to provide the specified training and auditing services through the agreed cycle. Plaintiff performed his obligations, including payment and participation, but Defendants failed to perform by stopping the services and preventing completion of the training cycle. Plaintiff pleads this count in the alternative against all Defendants against whom privity, assumption, agency, ratification, or third-party-beneficiary status is later established. See Fed. R. Civ. P. 8(d)(2); 28 U.S.C. § 1367.

## COUNT III - Tortious Interference with Contract

Plaintiff realleges paragraphs 1 through 68. Defendant Benk knew of Plaintiff's CSW-based training contract and affirmatively transmitted a false telex to Flag directing that Plaintiff should receive no more auditing, thereby causing Flag to stop Plaintiff's services. Benk acted with the purpose and effect of disrupting Plaintiff's contractual performance, and her conduct was unjustified and malicious. See Domino's Pizza, Inc. v. McDonald, 546 U.S. 470 (2006).

## COUNT IV - Fraud / False Reporting

8

Plaintiff realleges paragraphs 1 through 68. On or about May 5, 2015, Defendant Debbie Benk, then Executive Director of the Atlanta Org, sent a telex to Flag stating, in substance: "I no longer consider Justin Aamir Adkins an upstat member of the group. He should not receive any more auditing and should just train and come back to Georgia." That statement was false when made because Plaintiff had already completed the relevant coursework, had written approval to continue training, and was actively performing under the CSW. Benk knew the statement was false, or acted with reckless disregard for its truth, and intended Flag to rely on it to stop Plaintiff's services. Flag did rely on the statement, and Plaintiff suffered the resulting loss of training, fees, and related benefits. This count is pled with particularity under Fed. R. Civ. P. 9(b) and, to the extent cognizable under governing law, as an alternative state-law theory not duplicative of the federal claim under 42 U.S.C. § 1981.

## COUNT V - Negligence / Bad Faith

Plaintiff realleges paragraphs 1 through 68. In the alternative and to the extent recognized by applicable state law, Defendants failed to correct false information after notice, thereby causing foreseeable harm to Plaintiff's contractual and professional interests. This count is pled only as a supplemental state-law theory and not as an independent federal cause of action.

## COUNT VI - Intentional Infliction of Emotional Distress

Plaintiff realleges paragraphs 1 through 68. Defendants' repeated false reporting, refusal to correct known falsehoods, and intentional disruption of Plaintiff's long-standing training relationship were undertaken with reckless disregard of Plaintiff's emotional well-being and caused severe distress. This count is pled, if at all, as a supplemental state-law claim.

9

**COUNT VII - Tortious Interference with a Contract**

Plaintiff realleges paragraphs 1 through 68. Defendants intentionally interfered with Plaintiff's contract and prospective contractual expectancy by transmitting or ratifying the false telex, by refusing to correct it, and by causing Flag to end or suspend the training relationship. The interference was unjustified, was undertaken with knowledge of Plaintiff's contractual rights, and proximately caused Plaintiff's damages. Plaintiff pleads this count in the alternative under Fed. R. Civ. P. 8(d)(2) and without limiting the federal civil-rights theory under 42 U.S.C. § 1981.

## VI. PRAYER FOR RELIEF

Plaintiff requests that the Court enter judgment in his favor and award the following relief:

1.  Compensatory damages in an amount to be proven at trial

2.  Punitive damages where allowed by law

3.  Preliminary and permanent injunctive relief

4.  Costs and reasonable attorney's fees where authorized by statute or law

5.  Such other and further relief as the Court deems just and proper

**EXHIBIT INDEX**

Exhibit 1. Email communications between Plaintiff and Debbie Benk concerning Plaintiff's training status, the false report, and Plaintiff's request to withdraw or correct the communication.

Exhibit 2. Scientology HCO Policy Letter, "The Rights of the Field Auditor."

10

Exhibit 3. Scientology publication, "Message for Black People."

Exhibit 4. Plaintiff's CSW / Contract for Services as Field Auditor, dated April 10, 2015, with written approvals and related training terms.

Exhibit 5. Plaintiff's Open Letter dated May 30, 2026, and associated communications.

Exhibit 6. Letter from David Gentile regarding loan and training-related circumstances involving Plaintiff.

Exhibit 7. "Things That Shouldn't Be," Plaintiff's contemporaneous narrative of the 2015 events at Flag.

Exhibit 8. Email communication between Plaintiff and Int. Justice Chief Mike Ellis regarding the 2015 to 2016 internal handling requests and Committee of Evidence discussion.

Exhibit 9. Email communications between Plaintiff and FLB Justice Chief concerning continuing hostility, harassment, and tortious conduct in 2026.

Exhibit 9a. Petition for Amnesty sent to FLB Justice Chief in 2026.

- Exhibit 10. Email communications concerning illustrated Scientology books and continuing contact in March 2026.

11

Respectfully submitted,

Justin Aamir Adkins, Plaintiff Pro Se

Address: _542_Creek_Stone_Ln_____

City, State ZIP: _Stone Mountain,_GA_30087_____

Telephone: _(678)587-8412_____

Email: support@gracecovenantministries.org_____

12

 Gmail

Justin X <jadkins2097@gmail.com>

---

## PT data
10 messages

---

**Mr Adkins** <jadkins2097@gmail.com>                                      Mon, May 4, 2015 at 8:50 PM
To: Debbie Benk <dsbenk@earthlink.net>
Cc: deja nichols <dejanichols@gmail.com>
Bcc: <dquinnmackay@gmail.com>

Dear Debbie,

I am writing to get in comm with you regarding your telex to Flag around the Beginning of April which was shown to me by my d of p and your most recent telex to Flag on 1 May which was read to me by one of the Flag MAAs. Although I am deeply concerned with the position taken in both telexs, I do however understand how this could come about and will attempt to kindly fill the vacuum with data from me. Below is a copy of my comm to Ethics Section ATL on the 6 April. And Attached is a signed CSW with all the data in regards to my cycle of action. After reading it all, and having had comm with ED Foundation, I ask for your willingness to please send a new Telex to Flag withdrawing the previous two telexs as it has produced a bit of confusion into the scene where there was once written coordinated effort toward the common purpose of helping me to become a Flag product.

ARC,

Justin

To: Ethics Section ATL

From: TTC Justin Aamir Adkins

### DISPATCH

Dear E/O,

I am writing to give written data to fill the vacuum of apparent no data. I petitioned Snr Has EUS in writing to be granted OK to be on the TTC when he was in Atlanta 7 November 2014. He granted my petition and I am back on the TTC. On 1 February I arrived at Flag for an HCO Sec Check and to wrap up Expanded grade II after having been stuck mid the grade for two years.
I had an approved CSW for a weekend with the think that it would be a fast cycle. However upon arriving, and doing the routing in steps, data was gathered to create a tailor made sec check per Snr HAS EUS's written direction.
This was done and the Chief MAA here informed me that she had secured a 2 week extension from ED ATL to permit the cycle to complete. Prior to going in session on my HCO Sec Check, I was then at that moment asked to write and sign a promissory note to HCO that "I will workout and handle my logistics (money) to stay here and complete my cycle of action until I am a product." I signed and gave this promissory note to the Chief MAA who I can only assume it was placed inside my ethics folder and I did not ask for or get a copy.

I handled all that came up on my HCO Confessional, did my conditions including a new Liability Condition (to Flag for OOT program) which includes correcting an off policy action on my previous Liability Condition which was the debiting of Books and Materials NOT for my personal use, and replacing it with a correct and more fitting exchange in abundance with the ATL Org which is my personal payment to Flag for my enhancement - Professional Auditor Training. As I am on the TTC in Atlanta Org, the Policy I am applying is **"HCO PL Technical Training Corp"** specifically the point where LRH says: **"A person does better when he pays for his own Training."**

The entire condition of my own 1st dynamic and the group dynamic with the Atlanta Org is a result of my lack of FULL RESPONSIBILITY for my own 1st Dynamic. My HCO Confessional helped me to spot this outpoint. likewise, my 3rd dynamic condition is a result of not having acted causatively on my post as a "contributing up stat staff member". My Sec check blessed me to see that as well. And so what has occured is a complete viewpoint shift in my universe. Whereas before I thought I needed someone to handle or control my 1st dynamic and therefore my 3rd dynamic function and activity as well, I now see that think as a great abberation and a game I no longer have an interest in playing. Auditing on the tailor made SRD additionals program and the Grade III and IV has returned to me much theta, reason and purpose. And my purpose is to Help my brother and Friend L Ron Hubbard to Clear the planet by taking Full responsibility for myself as an individual, and as a "freed Being" work as a contributing staff member of the Atlanta Ideal Org, helping to Release and Clear the Staff, the City and the entire southern region.

And so in my effort to continue to operate on policy, I am requesting written coordination and OK from Ethics ATL and my Snr the OES for a 3 month extention to my CSW. A reply to this one email would suffice.
I am under HCO per my signed Promissory note and certainly ethics takes presidence over anything else. With that, I am concurrently completing my Liability Condition by doing my Pro Auditor Training at my own expense and my auditing program SUPER FULL time from 0830 -10:00pm till the cycle of action is complete. At that time, I am returning promptly to present myself to the Org a Flag product! With Flag Standards! And equipped to Clear the HELL out of our area, now having HELL released and Cleared out of me.

I am eternally grateful for the opportunity to receive the help of Ethics. It has completely changed my Life for the better. And saved me from a dwindling spiral. But most of all it has made me a better Muslim and a faithful, trained, and Professional Scientologist. Loyal to KSW and never wavering in my certainty. And so I thank you for being patient with me. And thank everyone for whatever degree of help and flow of power that may have come my way. And so in my effort to continue to operate on policy, I am requesting written coordination and OK from Ethics ATL and my Snr the OES for a 3 month extention to my CSW. A reply to this one email would suffice. And lastly thank you to Mission i/c Anna and Theresa for encouraging me to do what I can about getting trained at Flag in a new unit of time.
Little did I know that would mean me looking within, and re connecting with the source and power to bring it about. :-)
and to LRH Thank you Sir.


This is True!



Justin Aamir Adkins

Justin2.pdf

**debbie benk** <dsbenk@gmail.com>                                    Tue, May 5, 2015 at 5:42 PM

To: Mr Adkins <jadkins2097@gmail.com>

Dear Justin,
Thank you for your communication. At this time, I am not sending a new telex to Flag withdrawing my communication. I am having all your files pulled and reviewed with myself and the Mission so the correct policies can be applied to your situation and a solution obtained that is on policy.
ARC,
Debbie Benk
[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                                Tue, May 5, 2015 at 5:53 PM
To: deja nichols <dejanichols@gmail.com>

Dear Deja,

I just got this from ED day. Are you aware of her ordering my files when she is not hatted as an MAA or a C/S? Something doesn't seem right about that. If anyone should be ordering them it should be you. I don't get why she is bypassing you in this whole ordeal and i don't understand what is her objective in doing all of this? Like what is she trying to accomplish? It appears she is ignoring all your comm.

ARC,

Justin

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                                Tue, May 5, 2015 at 6:31 PM
To: <ah@emailline.net>

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                                Tue, May 5, 2015 at 6:33 PM
To: <ah@emailline.net>

This is so that you have all the data.

[Quoted text hidden]
Justin2.pdf

---

**Mr Adkins** <jadkins2097@gmail.com>                                Wed, May 6, 2015 at 11:05 AM
To: debbie benk <dsbenk@gmail.com>

Dear Debbie,

Thank you for the Comm. Although one does not usually expect CI from one's group, I get that you'd like to review my files. It was my understanding that the written order from Snr HAS EUS, and his direction to you regarding my cycle and being placed back onto the TTC, back in November 2014 was sufficient and was not to be cross ordered or stopped by any other terminal and that I be permitted to work it out.
Did I miss something?

ARC,

Justin

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                              Thu, May 7, 2015 at 3:44 PM
To: <zachary.k@staff.flag.org>

Here is what E.D. day is threatening to do.

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                              Fri, May 8, 2015 at 12:25 PM
To: Matthew Hernan <matt_hernan@yahoo.com>

Below is the complete line of comm starting from the bottom from me to the top to and from ED day.

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                              Sat, Nov 28, 2015 at 3:21 PM
To: Matthew Hernan <matt_hernan@yahoo.com>

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                              Thu, Mar 10, 2016 at 6:19 PM
To: <bella@cos.flag.org>

[Quoted text hidden]
Justin2.pdf

# MESSAGE FOR BLACK PEOPLE

Completely aside from what it means to whites, Scientology offers to the Black people of America a wonderful chance.

The world's primary study of the mind has a long and excellent record of success across the world in improving the opportunities of Man.

If Scientology were to be used by the Black people of America, the gains for which they have striven so hard in the social world would be guaranteed.

Scientology can increase intelligence, improve personality and bring personal power and alertness to any person to whom it is applied.

It may seem at first a difficult subject but it is not. It is far easier than common school subjects.

Many Black people have already studied it to professional level. The gates of Scientology are wide open to Black people. A professional Scientologist has more social standing and ability to help than any other professional field.

If Black people, even on a part time basis, studied it and used it upon other Black people, if Black centers were to be set up in America for Black people, the standard of ability, social activity and intelligence would be increased far beyond any future possible loss.

Look into Scientology and use it to help your own people. Let them truly walk in the sun and take their place amongst the most brilliant people of Earth.

© CSNY 2007. All Rights Reserved. Grateful acknowledgement is made to L. Ron Hubbard Library for permission to reproduce a selection from the works of L. Ron Hubbard. SCIENTOLOGY and the L. RON HUBBARD signature are trademark and service marks owned by Religious Technology Center and are used with its permission. Printed in USA.



TO: ED Foundation – ATL Org                                    10 April 2015
From Justin Aamir Adkins – ATL Staff member

# CSW

**Situation:**  I need to take an LOA to complete my program here at Flag. This is to achieve my original purpose to become a Flag trained Class V Auditor for the Atlanta Org so that I can contribute to Atlanta going Ideal. We need 40 Auditors to get Flag training and I would like to be one of them weather I am counted on the TTC or not.

**Data:** On Saturday 31 January 2015 I arrived at Flag to complete the Expanded Grade II with the idea to complete the cycle over that weekend. However upon arriving, it took much longer than expected to get through the arrival routing form. So the Chief MAA said to me the ED day was called and Ok'd and additional 2 weeks over the phone. My signed CSW from the OES (who was my senior as I am posted to TTC fulltime in the Org) was for the weekend. So with the ED giving OK I then stayed the additional two weeks.  Prior to going in session I was asked to write and sign a promissory note with HCO that I would work out and handle ALL my Logistics (money) needed to complete my program. And I did that.

During this time I completed an HCO Sec Check and lower conditions with the Flag MAA. After attesting to its completion, I then attested to Expanded Grade II. At around that time I had a comm cycle with Mission I/C and Theresa on the phone sharing my wins. I was then was encouraged to reach for Flag training and to check with Martino on what exactly I would need to do to be re qualed for the OOT program in a new unit of time. After comm cycle at that time with Martino I was told the LRH Host wanted to see me continue to move more on my Bridge first. Then Sabrina told me at least till Grade IV. So then I texted the ED day for an OK to stay an additional 3 weeks. She texted back saying 3 weeks is OK and asked what I will be doing. Then I called her on phone and explained that I would be getting through student hat while on my own while the terminals worked to try to get me approved and I moved on my program. However after many requests to get a copy of my staff invoice for the student hat I finally decided to pay for the training package and be cause over the cycle. This simultaneously permitted me to do a completed Liability Condition with a real exchange going in with my Org. The policy I applied in paying for my own training was HCO PL "Technical Training Corp" where LRH specifically talks about a person does better when he pays for his own training.

So during this time I have completed a GAT II Purification Program, SRD Additionals, Grade III and now I am on Grade IV. FPRD can be delivered after Grade IV at C/S direction. Both Super Power and Cause Resurgence can be delivered concurrently while on study full- time so zero time gets lost. My schedule here has been from 0830 am till 10pm at night daily. My room and board sit is that I am in the Yachtsman hotel with the bare essentials. I paid for a 14 intensive package and training package. My contact with the OOT staff at Flag has been strictly limited to Flag Graduation when we have each took the stage for our certs and that's it.

The data I have from the terminals here concerning my quals for the TTC is that my bridge process is being monitored to see how well I move. I have been doing all I can to rapidly complete the Auditing program cycle of action super full time 8 to 10 hours a day. The training cycle commencing thereafter on my own dime saves the Org $40k and puts me back in exchange with the Org with regard to the 1st training cycle. The Estimation of time and effort is 4 months. And my plans for when I come back is to be a very upstat and contributing staff member with a super ability to Audit very standardly in the HGC on a standard foundation schedule immediately when I get back.

Solution: I am requesting written coordination and OK to complete this cycle of action. While being mid Grade II for nearly 2 years, I had lost my way and went out-ethics. And this left me much at effect and unable to function causatively on post. Flag has fully cleaned me up, gotten my ethics in on this and I have a full program to fully rehabilitate myself and my actions as a Scientologist and as a Staff member. Doing this cycle to a Product represents the greatest good for the greatest number of my dynamics, as it is helping me to truly and fully be responsible for my 1st 2nd, and 3rd Dynamics and help me to do better in Life. And therefore a staff member who is able to function causatively on Post and set a good example of what Scientology can do. With the reference I'm applying being HCO PL Your Post and Life.

The main solution here is that I complete my enhancement cycle here at Flag to help me become a better staff member and auditor. The Atlanta Org put in a lot of energy to me. And with myself fully taking on the rest of the cycle to get me to a full Flag product will help me get in balance to what the org has already done for me.

When I come back you will have a staff member that has completed the following actions:

- Sec Check (Done!)
- Purif (Done!)
- SRD (Done!)
- Grade I, II, III, - (Done),
- Grade IV (Done)
- False Purpose Rundown (2 weeks)
- Super Power (2.5 weeks)
- Cause Resurgence Rundown (3-4 weeks full time)
- GAT II Auditor training through Class V:
  - Student Hat (1.5 weeks days)
  - Pro T.R.s (1.5 days)
  - Upper Indoc (less than 1 week)
  - Flag Metering (2 weeks days)
  - Academy Level 0 – IV (6 weeks)
  - Class IV Internship (3 weeks)
  - NED Auditor Course (3 weeks)

This is a total of 25 weeks – about 5 months from now – arriving back around Oct 15th or the Grand opening – whichever is sooner. I will be starting my training immediately after completing my FPRD, in about 2-3 weeks. Any other necessary auditing per the C/S, will be done concurrently to my training. So I'll be starting on Student Hat as soon as I'm done with my FPRD, which is about 2-3 weeks from now.

I will be able to double the orgs ability to deliver auditing and reopen the door to our delivering abilities to accommodate the NOI as well.

My whole intention is to be back before the grand opening as a full Flag product.

This is OK,
Justin Aamir Adkins

**ED FND**

Deja Nichols:

~~Approved~~ *Deja Nichols 4/22/15*                     Disapproved

---

**OES FND**

Donna McDade:


Approved                                               Disapproved

---

**SSO FND**

Charles Smith:


Approved                                               Disapproved



**CONTACT**
678-587-8412

support@gracecovenantmini

stries.org

Stone Mountain, GA

www.JustinAamirAdkins.com

# JUSTIN AAMIR ADKINS

## DIANETICS AUDITOR AND SCIENTOLOGY MINISTER

30 May 2026
Senior HCO International
Cc Office of Special Affairs Chief
Cc Religious Technology Center Chairman
Cc Celebrity Centre International
Cc Minister Louis Farrakhan–National Representative of the honorable Elijah Muhammad

Dear Scientology,

My name is Brother Justin. I am a registered member of Nation of Islam since December 2000 and a Professional Hubbard Dianetics Auditor and Hubbard Advanced Auditor since summer 2012. September 2015, I completed training in the Hubbard Area Secretary Full Hat Course, with the intention of taking ownership and responsibility for my connections in life spiritually, and functioning as said Hat, at the local Church of Scientology of Georgia located in Atlanta.

During this time frame, I increased my statistics year over year until achieving condition of affluence, culminating with expansion into greater financial power, with a meeting and mastermind with brother David Gentile, of New York. Likewise, did I have my stats in scientology ever increasing in a condition of normal and above.

With great enthusiasm and professionalism, I have helped to provide religious counseling (scientology auditing) to fellow Sea Organization members and staff members alike, as well as to members of the community and to my own group – the Nation of Islam. The purpose of functioning as an instrument of the divine Supreme Being, in helping Clear organizations and the public, if need be, of entheta (agitation & upset) and enturbulation so that Scientology can be done, is alive and well.

I am eternally grateful for the work that brother L. Ron Hubbard has done and is doing. Likewise, am I grateful for the dedicated effort and work of brother Minister Louis Farrakhan and for his willingness to introduce us to this new science, in our study of the Supreme Wisdom with the Supreme Technology.

The Auditor's Code and the Code of a Scientologist are essential codes that undergird the common law of ethics that binds all mankind in a sort of brotherhood. Knowingly and willingly have we foresworn our word, in the spirit of faith, and complete harmony, never to suppress nor alter the basic tenets, and to always strive to keep and abide by them.

In HCO Policy Letter titled **"Knowledge Reports"** **Ron says: "In a group where members have some concept of controlling their environment and their fellows, you do not have loafers or out-ethics cats.** *Because* **the rest of the group, on an individual basis, just will not tolerate it."**

**"Those who would have a tendency to wreak havoc or loaf do not dare. And the group becomes easy to live with and work with."**

Further within the same policy letter, Ron says:

**"6. Failing to advise the international Justice Chief of serious charges in Knowledge Reports makes one an accessory to the reported outness."**

**"7. Knowingly false statements made in knowledge Reports, when proven false beyond any reasonable doubt with intent to cause trouble, may become the subject of a chaplain's court with damages awarded.**

**"8. Any person who knew of an outness or Crime and failed to report it and thus became an accessory receives the same penalty as the person disciplined as the actual offender."**

**"With these policies, a person with knowledge of nonoptimum conduct by other group members cannot be stopped from writing and filing the report in the person's Ethics File and cannot even be stopped from going outside the org and informing, by whatever comm line, the International Justice Chief. And that does not mean this is to be used to withhold from anyone that he is writing a report."**

In HCO Policy Letter titled: **"Staff Member Reports,"** Ron says: **"The most serious reports, which are the only ones taken up at once, are Technical Alter-is, Noncompliance, any False Reports, False Attestations, No Reports, Misdemeanors, Crimes and High Crimes. The Others are left to accumulate."**

A mistake was made April 2015 when the Flag building's Ethic's section, accepted and acted on a False Report from one, Ms. Debbie Benk, former Executive director of the Atlanta Organization. This resulted in violations of HCO PL "Condition of Affluence, as it directly caused a condition of affluence formula to be incorrectly applied for both me and brother David Gentle, and directly unmocked our cooperative effort. This did cause he and I to experience some ruin spiritually, a Danger Condition and be incorrectly handled by direct discipline (which brother Ron says *NEVER* to do), via an illegal Flag Order, and later caused my being mishandled by being hit with heavy justice, denying my right to a standard handling and HCO security check per senior policy governing Class V Organizations and staff members, violating my rights of as a field auditor as written by brother Ron in HCO PL "The Rights of The Field Auditor".

HCO Policy Letter titled: "**The Rights of The Field Auditor**," Ron says:

"**The field auditor has a right**:

"1. **To his own group.**"
"2. **To the loyalty of the people in his group.**"
"3. **To send any of his group to a central organization for training, coaching or special processing and have them returned with their group loyalty and attachment undisturbed.**
"4. **To express his needs and desires for cooperation to a Central Organization, other groups, or auditors without fear of retribution or reprimand.**"
"5. **To place his name and address on the title pages of publications from the Central Organization and circulate those in his area.**"
"6. **To publications from a Central Organization at a discount in proportion to the number he distributes.**"
"7. **To Respect for his training and experience.**"
"8. **To Respect for his certificates.**"
"9. **To have and to hold his certificates without cancellation by anyone forever.**"
"10. **To communicate Scientology and to bring about a civilization for mankind.**"

The preceding gross violations of Senior Policy, to include HCO Policy Letter "**Keeping Scientology Working**", by Ms. Debbie Benk, an O.T. who knew better, has set in motion a series of unfortunate events, to include a Danger Condition that, by observation, threaten the viability of Scientologist worldwide, on staff, and off.

The technical "how so" runs like this: In the Professional Training Routines course (also known as Pro T.R.s) Lecture titled: "Tone 40 intention" Ron says: "You will find that you may try and give a preclear a command to step off a curb into oncoming traffic. And you will find the command does not work. AND YOU'LL FIND YOURSELF OBEYING SUCH A COMMMAND!" "The universe works that way."

Thus is the impending doom of one O.T. and her tribe who thought incorrectly that an overt product was O.K.: the complete blowing off one's entire dynamics taken up collectively and the entire civilization built by such a personality, as a consequence for initiating the conspiracy to order me expelled from Scientology, and "*dead filed*"; Such an illegal order given to an upstat field auditor (which Ron says *NEVER* to do), carries the *unseen* (spiritual) consequence of the illegal orderer themselves, being guilty of suppression of Scientology, suppression of a Scientologist, and being the total effect of the very same illegal order they intended for me. In other words, it recoils on them.

The effect of injustice, per the HCO PL JUSTICE: "**THIRD PARTY AND FALSE REPORTS**", is that as Ron says: **"The personal security of the staff member is so valuable to him apparently, that when it is undermined (by false accusations or injustice) he becomes less willing and less efficient and is THE REAL REASON, FOR A PTS CONDITION!"**
**"…the personal security of the individual is totally dependent upon establishing the full truth of any accusation before any action is taken."**
**"…all discipline MUST be based on truth and must EXCLUDE acting on false reports."**
**"*Therefore, we get a policy: Any false report leading to the unjust discipline of another is an act of* TREASON *by the person making the false report and the condition should be assigned and its penalties fully applied.*"**
**"A Condition of *Doubt* should be assigned any person who accepts and disciplines another unjustly on the basis of a report which subsequently turns out to have been false."**
**"This, then, is the primary breakdown of any justice system – that it acts on false reports, disciplines before substantiation and fails to confront an accused with the report and his accuser before any discipline is assigned, or which does not weigh the value of a person in general against the alleged crime even when proven."**

Lastly, in HCO PL Injustice: Ron says:
**"Justice is expected and has definite use. When a state of discipline does not exist, the whole group caves in. It has been noted continually that the failure of a group began with a lack of or loss of discipline. Without it the group AND its members die."**
**"Most people think discipline is bad because most wog (the general public) discipline is simply harsh injustice."**
**"MOST people do not even know that justice means FAIR AND EQUITABLE TREATMENT FOR BOTH THE GROUP AND THE INDIVIDUAL,"**

Thus is the purpose of the risen necessity level to cause a general Amnesty to occur, per HCO PL "**Amnesty**."

As Ron says:
**"An Amnesty is general in nature and when issued includes everyone."**

**"An amnesty is issued under L. Ron Hubbard, Founder, or Chairman of the International Board, to signalize an event of extreme importance in Scientology. (**it placed its own neck inside the hangman's noose!)

**"Its secondary purpose is to END personal upsets and liabilities by reason of withholds and make it possible for them to be audited easily by auditors."**

**"The frequency of amnesties is determined solely by the frequency of new triumphs of significant general importance to Scientology."**
**"Help them happen."**

Thus is the Eternal value of the trained Auditor as Ron says: **"the Auditors are the most valuable Beings in the Universe."**

Perhaps the version of the "Golden Rule" written by Ron in the book titled: The Way to Happiness, gives one a clue as to why; we really do try to do unto others, what we would like others to try doing unto us.

Let us rise together, above the automaticity of the universe bank, and help declare a general amnesty. The sanity of the planet is all that is at stake.

I am making myself available to you for the next 7 days for your prompt response. I would be remiss if I did not remind you that your continued not-is'ing will be considered "Hats not wearing", "desertion of post", and a breach of contract and covenant to not squirrel or alter standard Ethics, Tech and Admin, and keep Scientology working, not just for the Caucasian white people, but for ALL Mankind.
"…and the condition is not over when the hearings are over; the condition is over when the stats are up." – Ron!
Will you help make this occur?


Kind regards,

*Justin Aamir Adkins*

Justin Aamir Adkins
Nation I.D. 95499

Class IV Auditor
PTS/SP Specialist
Hubbard Area Secretary Full Hat

DAVID GENTILE
331 CLEVELAND STREET
CLEARWATER, FL 33755

February 28, 2016

To Whom It May Concern:

Re: Justin Adkins

Sometime in the beginning of 2015, I was approached for the first time by SO member named Harrison in the 4th Floor, HGC, Flag Building.
Harrison introduced himself and explained something to the effect that he had an opportunity that would actually help another fellow Scientologist.

I inquired into the nature of the opportunity. Harrison further explained that the opportunity was with Justin Adkins who was a former veteran, injured in the service, was on staff at the Georgia Org and overall, a good guy looking to get training and processing done.

The financial specifics were that Justin receives a monthly annuity from the V.A. that could be used by him to pay back the requested loan that is made to him. Harrison relayed that he had done his own due diligence on the cycle and felt that a loan from myself to Justin would be safe, in that repayment would be eminent.

I explained that I needed to review the pertinent paperwork, which would take some time. I finally met with Justin on or about that same time.
Harrison persistently pressed me to agree to the loan and move forward on the opportunity.

At no time did Justin make his staff position in the Georgia Org an issue to support the deal or use his position to entice me to agree to the deal.

After having met Justin, the actual incentive motivating me to follow through on the transaction was that having Justin trained and processed, would be beneficial to himself, others and would help his org.

Within a week or two, I made sporadic, small loans to Justin and then larger loans, the total of which was approximately $100,000.00.

Justin has had a difficult time following through on his obligations to pay the agreed upon monthly payments to me. Justin had paid a handful of the approximate 12 monthly payments due with often the case, payment commitments missed or returned for insufficient funds by the bank.

Recently, I have been in communication with Justin. He has communicated to me his intention to pay me back with payments recommencing on 3/1/2016. He promised me that his payments would consist of the following:

$500.00 per month for March 1s, 2016 and April 1, 2016 and $2000.00 plus per month from May 1, 2016 going forward until the loan was repaid in full with interest.

Currently, I am in the process of having the necessary formal documents prepared to support the loan transaction and payment plan.

For any further information regarding this matter or to communicate with me kindly contact Joanne Gentile at joannemgentile@hotmail.com.

Thank you for your consideration to this situation.


Kindest regards,

David Gentile

TO:    Dir I&R  Int Management                          11 December 2015

     Dir I&R  I. J.C.

        CC:  RTC Reports Officer

        CC:  President Celebrity Centre Int

FROM: Justin Aamir Muhammad- Flag Public

### Things that shouldn't be

Dear Sir,

The Following is all the data regarding my cycle here at Flag as a paid public. The facts are as follows:

I arrived at Flag on an approved Leave of Absence 31 January 2015 to handle my enhancement cycle as a paid public.

On or about 2 February 2015 SNR HAS EUS sent a telex to Flag MAA via Anna Hijare INT Management Mission I/C regarding his cancelling the stale Flag Ethics Order from February 2013 and gave data on his rewritten program, my completing it, and my OK for training and processing at Flag at my expense.

Upon being accepted for service, I was asked by MAA Michelle to write and sign a promissory note to HCO that I would work out my Logistics (money) while I am here. And on 1 February 2015 I did so.

It was made known to my former MAA Leah Marcus via phone 7 July 2014 and again on 30 January 2015 when I paid a flow to my Cause Resurgence Rundown the day before my arrival.

On 6 April 2015 my Reg Boris suggested a guy for me to speak with regarding a loan to handle my auditing package.  Later that day Mr Harrison Lull introduced us. We agreed to do the cycle and handled my logistics. The loan was and continues to be repaid using my monthly pension from the Army.

On 11 April 2015 I went to start Super Power. I got hatted on Repair Past Ethics references and checked out by a Super Power terminal.  At that time, I was pulled off of Repair Past Ethics and the Ethics and Justice Rundown and was told by the Super Power MAA to see MAA Clemons. Clemons received a K.R. from someone that I received a loan to handle my Logistics and she asked me to tell her about it. I did not receive a copy of the report but I spoke freely about the

cycle. Clemons then asked me to write a gift report per the gift report reference: **SEC ED 23 FEBRUARY 1960 OUTSIDE FUNDS OR GIFTS – STAFF MEMBER POLICY.**

On 11 April 2015 I submitted the gift report to Clemons in keeping with the policy I knew from my days as an OOT and sent a copy RUSH to the HCO Secretary as instructed by the reference. I did not receive written acknowledgement back from HCO Secretary that my comm was received.

On 26 April 2015 I resent my gift report a second time to the HCO Secretary to ensure it was received.

After attesting to FPRD, I went to start Super Power and again I was told by the Super Power MAA to go down to the MAA office as another MAA wanted to see me. I met with Tamara and she said to me quote: "You're not going to do Super Power." I politely asked why? The answer was quote: "Because of the loan I received from David." With this R factor I was assigned a condition of Liability when factually I was in a condition of Affluence.  Tamara then yelled and, pounded on the desk, and said: "You used the fact that you are a part of the Nation of Islam to get this loan" and by getting this loan you put the Org at risk."

I stated this action goes against the above mentioned policy governing staff receiving gifts and loans. And that LRH writes that there are no restrictions on receiving such per that reference. The answer back from Tamara was that I wrote the gift report after she informed me that she was investigating me. However factually this is not true per the physical universe reports that verifies and confirm the above mentioned timeline.

I did two danger conditions for Tamara and did complete a program reading of 10 different HCO PLs May 2015.

After I completed the program I again attempted to start the Ethics and Justice Rundown, and was told by Tamara that regardless of my being here as a public on an approved CSW to both train and receive processing, that I am no longer qualified to receive anymore processing and must only train and go back to my Org. I politely asked why and based on what written LRH reference. I received a no answer.  This reinforced a condition of Liability which was in fact was not my condition as I had just come into a condition of Affluence. This began to affect me spiritually.

And in the physical universe I began to experience a decline. Professionally, I work as a Day Trader of stocks and commodities exchange and hold a series 3 license from the national futures association to do so. Since this time I have saw my trading stats suffer by being given an incorrect condition. Specifically I experienced massive losses to over 5 customer accounts each of which were also scientologists totaling $75,000 including a loss of a proposed $200,000 grant

from Mr David Gentle for business and economic development all occurring after personal interference in my business by Tamara.

I attempted to take responsibility for it all by completing training from G.A.T II Student Hat up to Pro Metering and most recently the PTS/SP Course.  On Monday 17 August 2015, I got in comm with Tamara in a new unit of time concerning going in session and training concurrently per my approved CSW from my org. The CSW OK'd and approved all of my auditing up to Super Power and Cause Resurgence Rundown. Now the response from Tamara was "Unless you have your training package fully paid up, and I saw it was there, only then would I be OK with you starting Super Power." This then gave me a confusion as this and the above actions by the MAA appeared to have violated the above mentioned LRH reference I was acting on which governs class 5 Org Staff.  I then completed the General Staff Hat Course on 29 September 2015 and then completed the HCO Area Secretary Full Hat Course shortly thereafter. I've completely handled myself, the situation unhattedness can cause and by becoming fully hatted and trained in standard Admin so that I may operate as a Scientologist on post and in life.

As a proposed handling I would like to no longer be interfered with in my business by staff and allowed to resolve all going concerns in my company including the repayment of all money and loans simultaneously as I complete my enhancement cycle at Flag, go in session on the remaining intensives in my folder to handle my FPRD correction and NED, and possibly become one of Flag's latest Clears and then on to Super Power and Cause Resurgence Rundown (which is paid for and in accordance with a CSW in a new unit of time).

 According to the Intro to Scientology Ethics book LRH says that the blocking of the bridge is a suppressive act. I as an Auditor and staff member was stopped from being serviced on the Bridge – all things that should not be. The above are the facts best known to me according to my recollection of the series of events.  I am asking for assistance or direction in a standard solution resolving this matter.


This is true,

Justin Aamir Muhammad

411 Cleveland Street unit 147

Clearwater, Florida 33755

(Formally Justin Aamir Adkins)

Nation id#: 25499

 Gmail

Justin X <jadkins2097@gmail.com>

---

## Non-E
18 messages

---

**Mr Adkins** <jadkins2097@gmail.com>                                    Tue, Aug 18, 2015 at 7:32 PM
To: <ijc@scientology.org>

Dear Sir,

I am desiring to get in comm with you at your earliest convenience regarding a request for a Board of Investigation on my scene here at Flag. I am currently awaiting to start Super Power and I'm running into the kind of barrier that may require your help to quickly resolve it. Can you Call me?
My phone number is 4047325245.
I look forward to speaking with you soon.

ARC,

Justin Aamir Adkins
Flag Public

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>              Tue, Aug 18, 2015 at 7:32 PM
To: <jadkins2097@gmail.com>

Delivery to the following recipient failed permanently:

   ijc@scientology.org

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain scientology.org by smtp.scientology.org. [198.77.155.119].

The error that the other server returned was:
550 5.1.1 <ijc@scientology.org>: Recipient address rejected: User unknown in relay recipient table


----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=20120113;
     h=mime-version:in-reply-to:references:date:message-id:subject:from:to
     :content-type;
     bh=K1hKy9ABAS20W2Foktdqv9gZzlveFtJΞMLQIplnTCOw=;
     b=MNIDkDPhl4oH7kG4WYudcMKUw4yz/v80neklHfjnJTsgRIo3QyimbGgES6N2yatqof
     Eh4jR7j3Z0zjUDVa8WFUwn8LPRVHMqqjdVyHKBcrz4sLh3lOVJWXhBOvRUTbH7yu6HHR
     yhECyrbhlAMWejO59th9SynWNnrM+6cQxmxjlJcwqiQIB+MP4gxmVNoXaoDCKLprJlGl
     e2bl/B283essGX4MVTmWG3JxRpk01684r07+Z1FI8RWZ6rGFinTXSJzgqtNMq0i0SXmd
     mG9bckQeTU/W4sQyDualBV+Q9tqbsmVMVSls5ZD8ILXK8B5ApBggd8oUuX+0evq08VzW
     powQ==
MIME-Version: 1.0
X-Received: by 10.140.21.138 with SMTP id 10mr17815041qgl.47.1439944373561;
 Tue, 18 Aug 2015 17:32:53 -0700 (PDT)
Received: by 10.140.96.183 with HTTP; Tue, 18 Aug 2015 17:32:53 -0700 (PDT)

Received: by 10.140.96.183 with HTTP; Tue, 18 Aug 2015 17:32:53 -0700 (PDT)
In-Reply-To: <CAAXvvWU+4on4X3ORGdOZLUomxscAtN7CD_7qXNAAFxUVszrVJA@mail.gmail.com>
References: <CAAXvvWU+4on4X3ORGdOZLUomxscAtN7CD_7qXNAAFxUVszrVJA@mail.gmail.com>
Date: Tue, 18 Aug 2015 20:32:53 -0400
Message-ID: <CAAXvvWV1TiA_8pmUZdjWfA_3zdg_xLo0tf9CeOgB9R0v24QZ=Q@mail.gmail.com>
Subject: Non-E
From: Mr Adkins <jadkins2097@gmail.com>
To: ijc@scientology.org
Content-Type: multipart/alternative; boundary=001a11c11f3ee1edf0051d9f2cf1
[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                    Tue, Aug 18, 2015 at 7:34 PM
To: <ijc@scientology.net>

[Quoted text hidden]

---

**Mike Ellis** <ijc@scientology.net>                    Fri, Dec 9, 2016 at 12:18 AM
To: Mr Adkins <jadkins2097@gmail.com>

Dear Justin,

Sorry, but for some reason I just found this message in an incorrect
folder.

Do you stil need assistance?

--
Mike Ellis
Int Justice Chief
ijc@scientology.net


On 2015-08-18 17:34, Mr Adkins wrote:
> ---------- Forwarded message ----------
> From: "Mr Adkins" <jadkins2097@gmail.com>
> Date: Aug 18, 2015 8:32 PM
> Subject: Non-E
> To: <ijc@scientology.org>
> Cc:
>
> Dear Sir,
>
> I am desiring to get in comm with you at your earliest convenience
> regarding a request for a Board of Investigation on my scene here at
> Flag. I am currently awaiting to start Super Power and I'm running
> into the kind of barrier that may require your help to quickly resolve
> it. Can you Call me?
>  My phone number is 404.7325245 [1].
>  I look forward to speaking with you soon.
>
> ARC,
>
> Justin Aamir Adkins
>  Flag Public
>
> Links:
> ------
> [1] tel:4047325245

**Mr Adkins** <jadkins2097@gmail.com>  Fri, Dec 9, 2016 at 12:20 AM
To: Mike Ellis <ijc@scientology.net>

Yes!!!!!! I do need help bad.
(678)587-8412


Kind regards,
Justin
[Quoted text hidden]

---

**Mike Ellis** <ijc@scientology.net>  Fri, Dec 9, 2016 at 10:31 AM
To: Mr Adkins <jadkins2097@gmail.com>

Dear Justin,

Thanks for your reply.

I prefer to keep things in writing, so please let me know what you need
help with.

--
Mike Ellis
Int Justice Chief
ijc@scientology.net


[Quoted text hidden]
>>> My phone number is 4047325245 [1] [1].
>>> I look forward to speaking with you soon.
>>>
>>> ARC,
>>>
>>> Justin Aamir Adkins
>>> Flag Public
>>>
>>> Links:
>>> ------
>>> [1] tel:4047325245 [1]
[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>  Sat, Dec 10, 2016 at 12:52 AM
To: Mike Ellis <ijc@scientology.net>

Dear Mike,

Attached are two reports I have been trying to get to the IJC for a while now. Neverless I am thankful for your
acknowledgement and for your willingness to help. I understand the value of keeping things in writing and thank you
again for your willingness to read my reports and offer whatever help you can. If you are not able to help I ask for your
willingness to forward them to the appropriate terminal who can help.

Kind Regards,

Justin Adkins
(678)587-8412

[Quoted text hidden]
ThingsThatShouldntBe.docx, Gentile Ltr(1).pdf, AdkinsApproved_CSW.pdf

---

**Mike Ellis** <ijc@scientology.net>                                    Sat, Dec 10, 2016 at 12:10 PM
To: Mr Adkins <jadkins2097@gmail.com>

Dear Justin,

Thank you for the reports.

I think the best way to sort this out would be a Committee of Evidence.
An impartial body would examine all the facts and policies and make a
determination on this.

What do you think?  What area do you live in currently?

--
Mike Ellis
Int Justice Chief
ijc@scientology.net


On 2016-12-09 22:52, Mr Adkins wrote:
> Dear Mike,
>
> Attached are two reports I have been trying to get to the IJC for a
> while now. Neverless I am thankful for your acknowledgement and for
> your willingness to help. I understand the value of keeping things in
> writing and thank you again for your willingness to read my reports
> and offer whatever help you can. If you are not able to help I ask for
> your willingness to forward them to the appropriate terminal who can
> help.
>
> Kind Regards,
>
> Justin Adkins
> (678)587-8412
>
> On Fri, Dec 9, 2016 at 11:31 AM, Mike Ellis <ijc@scientology.net>
> wrote:
>
>> Dear Justin,
>>
>> Thanks for your reply.
>>
>> I prefer to keep things in writing, so please let me know what you
>> need help with.
>>
>> --
>> Mike Ellis
>> Int Justice Chief
>> ijc@scientology.net
>>
>> On 2016-12-08 22:20, Mr Adkins wrote:
>>
>> Yes!!!!!! I do need help bad.
>> (678)587-8412 [1]

[Quoted text hidden]
>> My phone number is 4047325245 [2] [1] [1].
>> I look forward to speaking with you soon.
>>
>> ARC,
>>
>> Justin Aamir Adkins
>> Flag Public
>>
>> Links:
>> ------
>> [1] tel:4047325245 [2] [1]
>
> Links:
> ------
> [1] tel:4047325245 [2]
>
>
>
> Links:
> ------
> [1] tel:%28678%29587-8412
> [2] tel:4047325245

---

**Mr Adkins** <jadkins2097@gmail.com>                                  Sat, Dec 10, 2016 at 3:31 PM
To: Mike Ellis <ijc@scientology.net>

Dear Mike,

According to what I read in the Intro to Scientology Ethics book, I was thinking a Board of Review would handle it.
However I do see the value of a Comm Ev on the scene. Around November 13, I signed a contract to be a member of the
Valley Org now out in L.A. County California and so I work under the ideal Org Mission I/c and the establishment I/c. I
arrive for staff the beginning of January. Today I am with my Mom in Virginia and can be in Clearwater on 2 days notice
(if needed) if a Comm Ev can be convened that quickly.
[Quoted text hidden]

---

**Int Justice Chief** <ijc@scientology.net>                              Wed, Dec 14, 2016 at 5:08 PM
To: Mr Adkins <jadkins2097@gmail.com>

Dear Justin,,

Thanks.  I will contact someone in CW to set this up.  Were you in comm with a specific MAA at FSO?

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>                                  Wed, Dec 14, 2016 at 5:15 PM
To: Mike Ellis <ijc@scientology.net>

Dear Mike,

Yes regarding the previous reports, I was in comm with 3 different MAAs: Clemons, Salymar, and Tamara. However The
chief public MAA Tamara is who I spent the most time in comm with.
Thank you for helping me get this started. Is it real to have this started by Christmas or New Years?

Kind regards,

Justin

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>
To: Mike Ellis <ijc@scientology.net>

Fri, Dec 16, 2016 at 11:49 AM

Dear Mike,

Regarding this being put together, Is there an estimation of time?

Kind regards,

Justin

[Quoted text hidden]

---

**Int Justice Chief** <ijc@scientology.net>
To: Mr Adkins <jadkins2097@gmail.com>

Fri, Dec 16, 2016 at 4:45 PM

Dear Justin,

I've forwarded your data to the FLB Justice Chief who will be putting this together and contacting you regarding when to arrive.

She should contact you shortly, but if you need further assistance from me please let me know.

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>
To: Mike Ellis <ijc@scientology.net>

Fri, Dec 16, 2016 at 4:53 PM

Dear Mike,

Yes sir! Thank you for your willingness to help me. Certainly I'll be in comm if needed going forward.

Kind regards,

Justin

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com>
To: <dmckay.atlorg@yahoo.com>

Fri, Dec 30, 2016 at 11:40 AM

[Quoted text hidden]
ThingsThatShouldntBe.docx, Gentile Ltr(1).pdf, AdkinsApproved_CSW.pdf

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>    Fri, Dec 30, 2016 at 11:40 AM
To: <jadkins2097@gmail.com>

Delivery to the following recipient failed permanently:

   dmckay.atlorg@yahoo.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain yahoo.com by
mta7.am0.yahoodns.net. [98.136.216.26].

The error that the other server returned was:
554 delivery error: dd This user doesn't have a yahoo.com account (dmckay.atlorg@yahoo.com) [0] -
mta1024.mail.gq1.yahoo.com

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20161025;
    h=mime-version:in-reply-to:references:from:date:message-id:subject:to;
    bh=H1PssdSUR3/b+ZIT+0UedxMmNdvPp1uQch6wjhZ0Xas=;
    b=srVdq8cyeHajvZIWFs7WPcCcmrYXK3vNdgCVUCWalBzwJj36x+Q9TibTjUJSMYkW1p
     zxW/LAPsYIbQqCRMTGY4lh3sMUzPz8h2/LEu5AnNCZFgLuwjgx0N1WK0Lzh6QN911L+w
     QBbwielaUEtDIo1TOtwhEOzLzUALlI2RB701/0Hp9Au7Y6uzaEsl2uD6zJ+Y8YaRM3UI
     o0TLQUEAeqXVaa5WCoo2JuDK4tTdb9mVezWJG6pCTPbpthutoZa21PgnOoKYjhMQUBGp
     J/2smrE8SshKVXD7MKSBp6FMeTNruwlf1g24cculin33LDhhjR2sfvW+aKBtWH46kD3W
     3jwQ==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20161025;
    h=x-gm-message-state:mime-version:in-reply-to:references:from:date
     :message-id:subject:to;
    bh=H1PssdSUR3/b+ZIT+0UedxMmNdvPp1uQch6wjhZ0Xas=;
    b=akLd8Gm0YYWRAmZXNgg+uiYwnxVdsYVD+9cvGVruqB88TlwyV2j/UU7iGEXuOula+7
     FxEddHSW7yhQGN62n0wG+46yaPAHn1bDA6c4zzZpr133UNBawHWSNHDHUhoTcKZy4T2N
     YQ07YiZERn+4S6G+EWrBP5HuGlk6jJ6zHxb/qIJTMcET6Kmkisk7Va9suW6GNoyVZH5x
     N+RE9edxNH6F/QEH0VO4oAfYTu/PFPn2GgoV4NVo43MoyzlMz/pshgf99Woqd8ybPFRd
     TeWflE4LM7Y0GNd4qsCWiMIGajwtPza51fzsgikAFgyFYxKett5PrJWcVig8Tn+W9xW1
     Akfw==
X-Gm-Message-State: AlkVDXJ6oW+yJQCvzqySzQE1+tJk9BNyxkq0Pwx8YXpTABNH30YpCfhcqWfl
vmQDCKmPJln7aR2m+W9amSmlcg==
X-Received: by 10.55.21.196 with SMTP id 65mr46183589qkv.230.1483119630313;
 Fri, 30 Dec 2016 09:40:30 -0800 (PST)
MIME-Version: 1.0
Received: by 10.140.19.85 with HTTP; Fri, 30 Dec 2016 09:40:28 -0800 (PST)
Received: by 10.140.19.85 with HTTP; Fri, 30 Dec 2016 09:40:28 -0800 (PST)
In-Reply-To: <CAAXvvWXNVezDH+5kB4uPa2V_8MOpwXn84Qur7t9eSTetBw0qrA@mail.gmail.com>
References: <CAAXvvWU+4on4X3ORGdOZLUomxscAtN7CD_7qXNAAFxUVszrVJA@mail.gmail.com>
 <CAAXvvWV1TiA_8pmUZdjWfA_3zdg_xLo0tf9CeOgB9R0v24QZ=Q@mail.gmail.com>
 <CAAXvvWUmDSsboL+fAKPk=dv6a8s+57+vFZrNDLp9XzvWv0g6cA@mail.gmail.com>
 <09a5ece59f7e4b0b2e63a99327de082e@webmail.scientology.net>
 <CAAXvvWUkUCu4pTKQ1Hj=4pgh38iv=qSbjJYUoFM5Wghj5Zjqsg@mail.gmail.com>
 <3ac0c11beab71137ae5ef4c4f2b913a8@webmail.scientology.net> <CAAXvvWXNVezDH+5kB4uPa2V_8MOp
wXn84Qur7t9eSTetBw0qrA@mail.gmail.com>
From: Mr Adkins <jadkins2097@gmail.com>
Date: Fri, 30 Dec 2016 12:40:28 -0500
Message-ID: <CAAXvvWXMy0TZJUxWoviM3qGmE_VgNF7J4Nx0XP-O6bN6txAgsg@mail.gmail.com>
Subject: Fwd: Re: Fwd: Non-E

To: dmckay.atlorg@yahoo.com
Content-Type: multipart/mixed; boundary=001a114739d2b9fc740544e3b2a8

---------- Forwarded message ----------
From: "Mr Adkins" <jadkins2097@gmail.com>
Date: Dec 10, 2016 1:52 AM
Subject: Re: Fwd: Non-E
To: "Mike Ellis" <ijc@scientology.net>
Cc:

Dear Mike,

Attached are two reports I have been trying to get to the IJC for a while now. Neverless I am thankful for your acknowledgement and for your willingness to help. I understand the value of keeping things in writing and thank you again for your willingness to read my reports and offer whatever help you can. If you are not able to help I ask for your willingness to forward them to the appropriate terminal who can help.

Kind Regards,

Justin Adkins
(678)587-8412 <(678)%20587-8412>
[Quoted text hidden]
----- Message truncated -----

---

**Mr Adkins** <jadkins2097@gmail.com>                          Fri, Dec 30, 2016 at 11:41AM
To: <dmackay.atlorg@yahoo.com>

[Quoted text hidden]
ThingsThatShouldntBe.docx, Gentile Ltr(1).pdf, AdkinsApproved_CSW.pdf

---

**Mr Adkins** <jadkins2097@gmail.com>                          Mon, Jan 2, 2017 at 5:54PM
To: Mike Ellis <ijc@scientology.net>

Dear Mike,

Regarding this being put together, Is there an estimation of time?
I have not been contacted by anyone at Flag as of yet.
Kind regards,

Justin
[Quoted text hidden]

 **Gmail**    Justin Aamir Adkins <jadkins2097@gmail.com>

---

## YOURS OF 28 DECEMBER
2 messages

---

**flbjusticechf@cos.flag.org** <flbjusticechf@cos.flag.org>    Tue, Jan 6, 2026 at 6:51 PM
To: Justin Adkins <jadkins2097@gmail.com>

Dear Justin, I received your package with the updated Step A and the other comm to IJC. (I forwarded the other comm re. PTS handling to him on 28 December).

This Step A does look better. I do have a question from your earlier version of the Step A, which is that I am wondering what procedure you used or how you went about false data stripping yourself on data from the public school system.

One other point is that, to make sure the data of what each step requires is crystal clear, please re-read the A to E steps from the Intro to Scientology Ethics Book, clearing up any words necessary, so you can very accurately apply each step going forward.

Please let me know on the above.

-Cara

---

**Mr Adkins** <jadkins2097@gmail.com>    Thu, Jan 29, 2026 at 2:28 AM
To: flbjusticechf@cos.flag.org

Dear FLB Justice Chief,

In HCO PL "Stable data for handling the PTS", Ron says: "Let us consider the easiest level of approach:
  I. Give the person the simpler materials on the subject and let him study them so that he knows the elements like PTS and Suppressive. He may just cognate right there and be much better. It has happened."

And in HCO PL "Outline of Full PTS Handling", in the section titled how to handle false data and lies, Ron says: "In some cases antagonism stems from false data or outright lies that the antagonist person has heard or read."
"The handling for this is based on the datum that truth must exist before lies, and blows the lie away as it is always later on the chain."

As both of these mentioned references are in the ethics book, while In jail, I was able to perceive a massive amount of falsities, falsehoods, etc., in the way of public education and the specific public education as an enforced reality in Polk County Florida. With the realization that power of choice is senior to responsibility, and that what one does against his will operates as an overt act against oneself. But where one's will to do has deteriorated to unwillingness to do anything, lack of will is itself an aberration. Thus is born a world, of insanity, criminality and war, if only against one's self.

This is one of many things I confronted in jail and in prison to rehabilitate myself as a product of my own desire, dreams and goals, a mind existing in the spirit of complete harmony with the immutable laws of the universe. Those are the over arching principles of the book "Think and Grow Rich", by Napoleon Hill. I read the book in its entirety using a dictionary and study tech. And one day I had a realization spiritually that the public school systems quote school to prison pipeline is in full force as long as m/u's, falsehoods and power of choice remains squashed.

Thank you for letting me know that the step A received in the package 28 December 2025, looks better.

As I've obeyed your direction to re-read the steps A to E so that the data of what is needed is crystal clear, and the more I've cleared up words so that I can accurately apply each step going forward, it occurred to me that we appear to be stuck in an endless Q & A, and failing to simply follow policy.
Let me remind you, that a PTS situation was created by you the moment I said to you the words April 2017: "this is and injustice." And you replied with "I'll confront that at the appropriate time."

I cannot be expected to follow the A to E steps, to the Letter, without getting myself handled in a standard PTS Handling. To NOT get myself handled in a standard PTS handling is actually an overt against Axiom 28, the 7th dynamic and all my dynamics taken up collectively.

In my CSW sent in the package received by you in December, I cite HCO PL Outline of Full PTS Handling and quote Ron saying that it overrules and overrides all other actions.

Therefore this Justice action against me should be tabled for now, per Ron, as it is written by him that it should have never been forwarded in the first place. As Ron says: "Auditing or training must not be continued over an unhandled PTS situation, as processing or study under the duress of suppression will not produce results."

"You do not go on hoping or ignore it or call it something else or do any other action except handle." - Ron, HCO PL Outline of Full PTS handling.

In Step A it says Tells the person to stop committing present time overts and to cease all attacks and suppressions so he, she or they can get a case gain.

Well in order for me to do step A to the Letter, I need OK to receive a standard PTS Handling as soon as practical.

It being done, ends the entire overt-motivator-sequence, let alone the present time overt, as to deny it is a mock up of a present time overt against axiom 28 and as Ron says: we knock our own head off!


Sincerely,

Justin Adkins
(689)226-9502


On Tue, Jan 6, 2026 at 6:51 PM <flbjusticechf@cos.flag.org> wrote:

Dear Justin, I received your package with the updated Step A and the other comm to IJC. (I forwarded the other comm re. PTS handling to him on 28 December).

This Step A does look better. I do have a question from your earlier version of the Step A, which is that I am wondering what procedure you used or how you went about false data stripping yourself on data from the public school system.

One other point is that, to make sure the data of what each step requires is crystal clear, please re-read the A to E steps from the Intro to Scientology Ethics Book, clearing up any words necessary, so you can very accurately apply each step going forward.

Please let me know on the above.

-Cara

 Gmail

**Justin Aamir Adkins <jadkins2097@gmail.com>**

---

## Petition to the office of L. Ron Hubbard for Amnesty
1 message

**Mr Adkins** <jadkins2097@gmail.com>                                      Fri, Feb 13, 2026 at 4:14 PM
To: FLB Justice Chief <flbjusticechf@cos.flag.org>

DEFINITION: Blasphemy - something said or done to disrespect God.

QUESTION: At what time is it O.K., to either disrespect the 7th or 8th dynamic, and thereby create an overt product?

ANSWER: "ain't no time, is an overt product OK!!"

Therefore in accordance with Senior Policy that Governs Class 5 Orgs and their staff,
I am petitioning the office of L. Ron Hubbard via HCO International, for an Amnesty. The matter of correcting blatent outpoints with regards to their many injustices and their mishandling, and the outright misapplication of standard Ethics when the Standard PTS Handling was already established to be done,(prior to any Justice proceeding being scheduled, is of GREAT IMPORTANCE to Scientology. And can now be proven and was witnessed by Harlem Org deputy E.D. And its the C.S. Eddie Edpackpan, and Soshana the Ethics officer, when I arrived at Harlem Org for the standard pts handling and Sec check on March 1st 2017.

FLB Justice Chief, your help is needed to see to it that this petition is acknowledged and accepted via the HCO international, that we may now confront this matter in its entirety, and we now have Justice.


This is true,

Justin Aamir Adkins
(689)226-9502

 **Gmail**                                   **Justin Aamir Adkins <jadkins2097@gmail.com>**

## LINK FOR ILLUSTRATED SCIENTOLOGY BOOKS

4 messages

**flbjusticechf@cos.flag.org** <flbjusticechf@cos.flag.org>            Mon, Mar 16, 2026 at 4:22 PM
To: Justin Adkins <jadkins2097@gmail.com>

Dear Justin,  As we discussed yesterday, I am sending you the link for the Illustrated Scientology Books.

LINK:  promo.flag.today/bd26

When you go to the link, the item you are ordering is the Illustrated Scientology Books for ages 10 - 100 (meaning in other words, that they are for everyone).

At the bottom of the order page where you can write notes or comments, write that your terminal is FLB Justice Chief.

Please let me know once you've ordered these so I can make sure they get invoiced.

-Cara

---

**Mr Adkins** <jadkins2097@gmail.com>                          Mon, Mar 16, 2026 at 11:04 PM
To: flbjusticechf@cos.flag.org

Yes ma'am. Thank you for thinking me with this opportunity. 🙏

On Mon, Mar 16, 2026 at 3:22 PM <flbjusticechf@cos.flag.org> wrote:
> Dear Justin,  As we discussed yesterday, I am sending you the link for the Illustrated Scientology Books.
>
> LINK:  promo.flag.today/bd26
>
> When you go to the link, the item you are ordering is the Illustrated Scientology Books for ages 10 - 100 (meaning in other words, that they are for everyone).
>
> At the bottom of the order page where you can write notes or comments, write that your terminal is FLB Justice Chief.
>
> Please let me know once you've ordered these so I can make sure they get invoiced.
>
> -Cara

---

**flbjusticechf@cos.flag.org** <flbjusticechf@cos.flag.org>            Wed, Mar 18, 2026 at 1:00 PM
To: Justin Adkins <jadkins2097@gmail.com>

Dear Justin,  The earlier link I sent didn't work out for someone else, so I'm sending you another one which will work, to use as soon as you get your pay.

LINK FOR ILLUSTRATED SCIENTOLOGY BOOKS:    https://promo.flag.today/bd26/

INSTRUCTIONS FOR WHEN YOU GET THE BOOKS:  There are different sections on the page that opens and you would go to the one at the very top that just says "BOOKS" and go to the "10 TO 100" option.  (10 to 100 means the age group the books are for--in other words, they are for everyone.)

-Cara

**From:** "Justin Adkins" <jadkins2097@gmail.com>
**To:** "flbjusticechf" <flbjusticechf@cos.flag.org>
**Sent:** Monday, March 16, 2026 11:04:07 PM
**Subject:** Re: LINK FOR ILLUSTRATED SCIENTOLOGY BOOKS

Yes ma'am. Thank you for thinking me with this opportunity. 🙏

On Mon, Mar 16, 2026 at 3:22 PM < flbjusticechf@cos.flag.org> wrote:
Dear Justin,  As we discussed yesterday, I am sending you the link for the Illustrated Scientology Books.

LINK:  promo.flag.today/bd26

When you go to the link, the item you are ordering is the Illustrated Scientology Books for ages 10 - 100 (meaning in other words, that they are for everyone).

At the bottom of the order page where you can write notes or comments, write that your terminal is FLB Justice Chief.

Please let me know once you've ordered these so I can make sure they get invoiced.

-Cara

---

**Mr Adkins** <jadkins2097@gmail.com>                                          Wed, Mar 18, 2026 at 1:01 PM
To: flbjusticechf@cos.flag.org

Awesome, thank you so much!

On Wed, Mar 18, 2026 at 12:01 PM <flbjusticechf@cos.flag.org> wrote:
Dear Justin,  The earlier link I sent didn't work out for someone else, so I'm sending you another one which will work, to use as soon as you get your pay.

LINK FOR ILLUSTRATED SCIENTOLOGY BOOKS:    https://promo.flag.today/bd26/

INSTRUCTIONS FOR WHEN YOU GET THE BOOKS:  There are different sections on the page that opens and you would go to the one at the very top that just says "BOOKS" and go to the "10 TO 100" option.  (10 to 100 means the age group the books are for--in other words, they are for everyone.)

-Cara

**From:** "Justin Adkins" <jadkins2097@gmail.com>
**To:** "flbjusticechf" <flbjusticechf@cos.flag.org>

**Sent:** Monday, March 16, 2026 11:04:07 PM
**Subject:** Re: LINK FOR ILLUSTRATED SCIENTOLOGY BOOKS

Yes ma'am. Thank you for thinking me with this opportunity. 🙏

On Mon, Mar 16, 2026 at 3:22 PM < flbjusticechf@cos.flag.org> wrote:
Dear Justin,  As we discussed yesterday, I am sending you the link for the Illustrated Scientology Books.

LINK:  promo.flag.today/bd26

When you go to the link, the item you are ordering is the Illustrated Scientology Books for ages 10 - 100 (meaning in other words, that they are for everyone).

At the bottom of the order page where you can write notes or comments, write that your terminal is FLB Justice Chief.

Please let me know once you've ordered these so I can make sure they get invoiced.

-Cara