FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 28 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Georgia

Case Number: 1:26-CV-4376

Plaintiff:
**JUSTIN AAMIR ADKINS**

vs.

Defendant:
**CHURCH OF SCIENTOLOGY FLAG SERVICES ORGANIZATION**

For:
GRACE COVENANT MINISTRIES

Received by Accel Process Service, Inc. on the 6th day of August, 2026 at 10:40 am to be served on **CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION C/O JOHNSON POPE BOKOR RUPPEL & BURNS LLP, 911 CHESTNUT ST., CLEARWATER, FL 33757**.

I, DENISE VANLITH, do hereby affirm that on the **20th day of August, 2026** at **10:56 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Penny Wickman** as **Receptionist** for **CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION**, at the address of: **311 PARK PLACE BLVD., SUITE 300, CLEARWATER, FL 33759**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age. 60, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 170, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts stated are true. No notary required pursuant to Florida State Statutes 92.525 (B) (2).

**DENISE VANLITH**
APS58932

**Accel Process Service, Inc.**
**10485 Hazel Street**
**Seminole, FL 33778**
**(727) 492-0651**

Our Job Serial Number: DAT-2026001326

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

JUSTIN AAMIE ADKINS
*Plaintiff(s)*

v.

Civil Action No. 1:26-CV-4376-MHC

CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION
CARE OF
JOHNSON POPE BOKOR RUPPEL + BURNS, LLP
911 CHESNUT STREET
CLEARWATER, FL 33757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JUSTIN AAMIE ADKINS, FIELD AUDITOR
HUBBARD AREA SECRETARY; PTS/SP SPECIALIST
5412 CREEK STONE LN
STONE MOUNTAIN, GA 30087

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: AUG 06 2026

*Signature of Clerk or Deputy Clerk*