FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 03 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JUSTIN AAMIR ADKINS,** Plaintiff, v. **CHURCH OF SCIENTOLOGY INTERNATIONAL; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION; CHURCH OF SCIENTOLOGY OF GEORGIA; and DEBBIE BENK, individually and as an agent,** Defendants. | Civil Action No. 1:26:CV-4376-MHC |

**<u>PLAINTIFF'S DECLARATION OF MATERIAL FACTS</u>**

I, Justin Aamir Adkins, declare under penalty of perjury as follows:

**I. Personal Knowledge and Exhibits**

1. I am the Plaintiff and have personal knowledge of the facts stated in this declaration.
2. I submit this declaration under Fed. R. Civ. P. 56(c)(4) in support of Plaintiff's Motion for Summary Judgment.
3. The attached exhibits are true and correct copies of documents that I sent, received, prepared, maintained, or personally reviewed, except where otherwise stated.
4. I do not offer my interpretation of another person's statement as proof of that person's intent or of the truth of matters outside my personal knowledge.

**II. Contractual Relationship and Performance**

5. In 2015, I entered a paid relationship with Church of Scientology organizations for auditor training, auditing, and related services.
6. I arrived at the Flag Land Base on or about January 31, 2015, to complete an approved training and auditing cycle.

7. I paid for training and auditing-related services and incurred financial obligations to continue the program.

8. My April 10, 2015 CSW describes my training plan, leave of absence, financial commitment, schedule, and intended professional auditor training, as a "paid public", not as an ecclesiastical staff member. Exhibit 4 is a true and correct copy of that CSW and its approval pages.

9. The CSW states that I had completed Purification, SRD Additionals, and Grades I through III and was progressing through Grade IV, thereby possessing a very high personal statistic. Exhibit 4_JustinAdkins FullyApproved contract for training to a Professional Field Auditor.pdf

10. The CSW states that I paid for a fourteen-intensive package and a training package. Exhibit 4_JustinAdkins FullyApproved contract for training to a Professional Field Auditor.pdf

11. ED Foundation Deja Nichols approved the CSW on April 22, 2015. The document also contains additional approval and disapproval notations. Exhibit 4_JustinAdkins FullyApproved contract for training to a Professional Field Auditor.pdf

12. I relied on the CSW, the approvals, Defendants' acceptance of payment, and Defendants' prior requirement to be in exchange, in continuing my program.

**III. Communications Concerning the Interruption**

13. On May 4, 2015, I wrote to Debbie Benk concerning telexes sent to Flag and requested that she withdraw them because they had created confusion concerning my training and auditing cycle. Exhibit 1_theMissing Data proving innocence.pdf

14. On May 5, 2015, Ms. Benk wrote: "At this time, I am not sending a new telex to Flag withdrawing my communication." She also stated that she was having my files pulled and reviewed. Exhibit 1_theMissing Data proving innocence.pdf

15. The communication shown in Exhibit 1 stated, in substance: "I no longer consider Justin

Aamir Adkins an upstat member of the group. He should not receive any more auditing and should just train and come back to Georgia." Exhibit 1_theMissing Data proving innocence.pdf

16. I personally experienced the interruption of my auditing and training cycle after these communications.

17. My December 11, 2015 report records that I was told I was no longer qualified to receive further processing and had to train and return to my organization. Exhibit 7_ThingsThatShouldntBe.pdf

18. I regarded the communication as defamatory, false or materially misleading and a suppressive act because I had paid for services, completed substantial coursework, which validated my personal statistic as very high and possessed written approval to continue.

**IV. Race, Ancestry, and Comparative Evidence**

19. I am the Living Man, of African American Ancestry.

20. I have an ethnically distinctive name and identify with the Nation of Islam.

21. Exhibit 3b is a Scientology publication that specifically discusses "Black people of America," states that "the gates of Scientology are wide open to Black people," and contrasts that discussion with "what it means to whites." Exhibit 3b_MessageForBlack People.pdf

22. I offer Exhibit 3b only as contextual evidence that the organization recognized racial and ethnic distinctions. I acknowledge that Exhibit 3b, standing alone, may not prove discriminatory intent.

23. Exhibit 3a is my own self-defined undestanding of Exhibit 3b. It is not a statement or admission by any Defendant. Exhibit 3a_Plaintiff's observation of the Intention.pdf

24. David Gentile's letter states that he provided approximately $100,000 in loans so that I could obtain training and processing. Exhibit 6_David Gentile Ltr(1).pdf

25. I contend that Mr. Gentile was a white trainee or participant who received more favorable

treatment, but I acknowledge that Exhibit 6 alone may not establish every fact necessary to prove that he was similarly situated or completed training uninterrupted.

26. I require discovery concerning Mr. Gentile's race, training, treatment, communications, and the treatment of other trainees before those matters can properly be treated as undisputed.

**V. Internal Review and Later Conduct**

27. In August 2015, I requested assistance concerning the barrier to my progress at Flag. Exhibit 8_Non-E to Int Justice Chief.pdf

28. In December 2016, Mike Ellis, identifying himself as International Justice Chief, proposed a Committee of Evidence to examine the facts and policies. Exhibit 8_Non-E to Int Justice Chief.pdf

29. I continued requesting review and correction of the alleged misconduct.

30. In January 2026, the FLB Justice Chief acknowledged receipt of my materials and asked questions concerning my submission. Exhibit 9_Continuing hostility, harrasment and tortious conduct.pdf

31. In February 2026, I submitted a petition requesting review and amnesty. Exhibit 9a.pdf

32. In March 2026, the FLB Justice Chief continued communicating with me and sent a link concerning illustrated books. Exhibit 10.pdf

33. Exhibits 5, 9, 9A, and 10 establish later notice, communications, and internal handling. They may not, standing alone, prove that the original 2015 conduct was discriminatory.

34. I do not rely on later communications merely as continuing effects to revive a discrete, time-barred 2015 claim. I rely on them, if admissible, to show notice, continuing contractual dispute, continuing conduct by the Defendants' unwillingness to take corrective action as acts calculated to suppress an upstat professional Scientologist, and Defendants' knowledge.

**VI. Damages**

35. I contend that Defendants' conduct caused loss of paid training and auditing benefits, professional injury, financial loss, and emotional distress, the total value of which is $3.4 million dollars.

36. I have not established through the presently attached exhibits the precise amount of damages or the necessary causal connection for each category.

37. I reserve the right to prove damages through financial records, testimony, expert evidence, and other admissible materials.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 3 Sep, 2026, at Stone mtn, Georgia.

**NOTARY ACKNOWLEDGMENT**

State of Georgia
County of Gwinnett
Sworn to and subscribed before me on this 3 day of Sep, 2026, by Justin Aamir Adkins, who is personally known to me or who presented GA Driver's License as identification.

Notary Public
Printed name: Azizun N Alam
My commission expires: 02/25/2029
[Notary Seal]

AZIZUN N ALAM
NOTARY PUBLIC
My Commission Expires 02-25-2029
GWINNETT COUNTY, GEORGIA

**Justin Aamir Adkins**

Gmail Justin X <jadkins2097@gmail.com>

**PT data**
10 messages

**Mr Adkins** <jadkins2097@gmail.com> Mon, May 4, 2015 at 8:50 PM
To: Debbie Benk <dsbenk@earthlink.net>
Cc: deja nichols <dejanichols@gmail.com>
Bcc: <dquinnmackay@gmail.com>

Dear Debbie,

I am writing to get in comm with you regarding your telex to Flag around the Beginning of April which was shown to me by my d of p and your most recent telex to Flag on 1 May which was read to me by one of the Flag MAAs. Although I am deeply concerned with the position taken in both telexs, I do however understand how this could come about and will attempt to kindly fill the vacuum with data from me. Below is a copy of my comm to Ethics Section ATL on the 6 April. And Attached is a signed CSW with all the data in regards to my cycle of action. After reading it all,and having had comm with ED Foundation, I ask for your willingness to please send a new Telex to Flag withdrawing the previous two telexs as it has produced a bit of confusion into the scene where there was once written coordinated effort toward the common purpose of helping me to become a Flag product.

ARC,

Justin

To: Ethics Section ATL

From: TTC Justin Aamir Adkins

**DISPATCH**

Dear E/O,

I am writing to give written data to fill the vacuum of apparent no data. I petitioned Snr Has EUS in writing to be granted OK to be on the TTC when he was in Atlanta 7 November 2014. He granted my petition and I am back on the TTC. On 1 February I arrived at Flag for an HCO Sec Check and to wrap up Expanded grade II after having been stuck mid the grade for two years.
I had an approved CSW for a weekend with the think that it would be a fast cycle. However upon arriving, and doing the routing in steps, data was gathered to create a tailor made sec check per Snr HAS EUS's written direction.
This was done and the Chief MAA here informed me that she had secured a 2 week extension from ED ATL to permit the cycle to complete. Prior to going in session on my HCO Sec Check, I was then at that moment asked to write and sign a promissory note to HCO that "I will workout and handle my logistics (money) to stay here and complete my cycle of action until I am a product." I signed and gave this promissory note to the Chief MAA who I can only assume it was placed inside my ethics folder and I did not ask for or get a copy.

I handled all that came up on my HCO Confessional, did my conditions including a new Liability Condition (to Flag for OOT program) which includes correcting an off policy action on my previous Liability Condition which was the debiting of Books and Materials NOT for my personal use, and replacing it with a correct and more fitting exchange in abundance with the ATL Org which is my personal payment to Flag for my enhancement - Professional Auditor Training. As I am on the TTC in Atlanta Org, the Policy I am applying is **"HCO PL Technical Training Corp"** specifically the point where LRH says: **"A person does better when he pays for his own Training."**
The entire condition of my own 1st dynamic and the group dynamic with the Atlanta Org is a result of my lack of FULL RESPONSIBILITY for my own 1st Dynamic. My HCO Confessional helped me to spot this outpoint. likewise, my 3rd dynamic condition is a result of not having acted causatively on my post as a "contributing up stat staff member". My Sec check blessed me to see that as well. And so what has occured is a complete viewpoint shift in my universe. Whereas before I thought I needed someone to handle or control my 1st dynamic and therefore my 3rd dynamic function and activity as well, I now see that think as a great abberation and a game I no longer have an interest in playing. Auditing on the tailor made SRD additionals program and the Grade III and IV has returned to me much theta, reason and purpose. And my purpose is to Help my brother and Friend L Ron Hubbard to Clear the planet by taking Full responsibility for myself as an individual, and as a "freed Being" work as a contributing staff member of the Atlanta Ideal Org, helping to Release and Clear the Staff, the City and the entire southern region.

And so in my effort to continue to operate on policy, I am requesting written coordination and OK from Ethics ATL and my Snr the OES for a 3 month extention to my CSW. A reply to this one email would suffice.
I am under HCO per my signed Promissory note and certainly ethics takes presidence over anything else. With that, I am concurrently completing my Liability Condition by doing my Pro Auditor Training at my own expense and my auditing program SUPER FULL time from 0830 -10:00pm till the cycle of action is complete. At that time, I am returning promptly to present myself to the Org a Flag product! With Flag Standards! And equipped to Clear the HELL out of our area, now having HELL released and Cleared out of me.

I am eternally grateful for the opportunity to receive the help of Ethics. It has completely changed my Life for the better. And saved me from a dwindling spiral. But most of all it has made me a better Muslim and a faithful, trained, and Professional Scientologist. Loyal to KSW and never wavering in my certainty. And so I thank you for being patient with me. And thank everyone for whatever degree of help and flow of power that may have come my way. And so in my effort to continue to operate on policy, I am requesting written coordination and OK from Ethics ATL and my Snr the OES for a 3 month extention to my CSW. A reply to this one email would suffice. And lastly thank you to Mission i/c Anna and Theresa for encouraging me to do what I can about getting trained at Flag in a new unit of time.
Little did I know that would mean me looking within, and re connecting with the source and power to bring it about. :-)
and to LRH Thank you Sir.

This is True!

Justin Aamir Adkins

Justin2.pdf

**debbie benk** <dsbenk@gmail.com> Tue, May 5, 2015 at 5:42 PM
To: Mr Adkins <jadkins2097@gmail.com>

Dear Justin,
Thank you for your communication. At this time, I am not sending a new telex to Flag withdrawing my communication. I am having all your files pulled and reviewed with myself and the Mission so the correct policies can be applied to your situation and a solution obtained that is on policy.
ARC,
Debbie Benk
[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com> Tue, May 5, 2015 at 5:53 PM
To: deja nichols <dejanichols@gmail.com>

Dear Deja,

I just got this from ED day. Are you aware of her ordering my files when she is not hatted as an MAA or a C/S? Something doesn't seem right about that. If anyone should be ordering them it should be you. I don't get why she is bypassing you in this whole ordeal and i don't understand what is her objective in doing all of this? Like what is she trying to accomplish? It appears she is ignoring all your comm.

ARC,

Justin

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com> Tue, May 5, 2015 at 6:31 PM
To: <ah@emailline.net>

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com> Tue, May 5, 2015 at 6:33 PM
To: <ah@emailline.net>

This is so that you have all the data.

[Quoted text hidden]
Justin2.pdf

---

**Mr Adkins** <jadkins2097@gmail.com> Wed, May 6, 2015 at 11:05 AM
To: debbie benk <dsbenk@gmail.com>

Dear Debbie,

Thank you for the Comm. Although one does not usually expect CI from one's group, I get that you'd like to review my files. It was my understanding that the written order from Snr HAS EUS, and his direction to you regarding my cycle and being placed back onto the TTC, back in November 2014 was sufficient and was not to be cross ordered or stopped by any other terminal and that I be permitted to work it out.
Did I miss something?

ARC,

Justin

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com> Thu, May 7, 2015 at 3:44 PM
To: <zachary.k@staff.flag.org>

Here is what E.D. day is threatening to do.

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com> Fri, May 8, 2015 at 12:25 PM
To: Matthew Hernan <matt_hernan@yahoo.com>

Below is the complete line of comm starting from the bottom from me to the top to and from ED day.

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com> Sat, Nov 28, 2015 at 3:21 PM
To: Matthew Hernan <matt_hernan@yahoo.com>

[Quoted text hidden]

---

**Mr Adkins** <jadkins2097@gmail.com> Thu, Mar 10, 2016 at 6:19 PM
To: <bella@cos.flag.org>

[Quoted text hidden]
Justin2.pdf

HUBBARD COMMUNICATIONS OFFICE
Saint Hill Manor, East Grinstead, Sussex

HCO POLICY LETTER OF 28 APRIL 1982

# THE RIGHTS OF THE FIELD AUDITOR

(The data in this policy letter was taken from PAB number 112 which was originally written in May 1957. Note: Point 9 of this policy letter was later modified by HCO PL 7 Mar. 65 II, CERTIFICATE CANCELLATION.)

e field auditor has a right:

To his own group.

To the loyalty of the people in his group.

To send any of his group to a Central Organization for training, coaching or special processing and have them returned with their group loyalty and attachment undisturbed.

4. To express his needs and desires for cooperation to a Central Organization, other groups or auditors without fear of retribution or reprimand.

5. To place his name and address on the title pages of publications from the Central Organization and circulate these in his area.

6. To publications from a Central Organization at a discount in proportion to the number he distributes.

7. To respect for his training and experience.

8. To respect for his certificates.

9. To have and to hold his certificates without cancellation by anyone forever.

...ology and to bring about a civilization for man-

**ETHICS and STUDY TECH**

In this sentence, the phrase **completely aside** (short for "completely aside from") means **regardless of**, **independent of**, or **leaving something out of account**.

What the Phrase Does:

- **Ignores another view:** It tells the reader to stop thinking about what Scientology means for white people.
- **Shifts the focus:** It separates the two groups to look only at how the movement affects Black people in America.

The Meaning in Context:

The writer is saying: ***Do not look at how white people see or experience this religion. Ignore that entirely for a moment. Instead, look only at the unique opportunity it provides for Black Americans.***

Let us now have Justice.

Respectfully submitted and attested to,

Brother Justin Aamir Adkins

# MESSAGE FOR BLACK PEOPLE

Completely aside from what it means to whites, Scientology offers to the Black people of America a wonderful chance.

The world's primary study of the mind has a long and excellent record of success across the world in improving the opportunities of Man.

If Scientology were to be used by the Black people of America, the gains for which they have striven so hard in the social world would be guaranteed.

Scientology can increase intelligence, improve personality and bring personal power and alertness to any person to whom it is applied.

It may seem at first a difficult subject but it is not. It is far easier than common school subjects.

Many Black people have already studied it to professional level. The gates of Scientology are wide open to Black people. A professional Scientologist has more social standing and ability to help than any other professional field.

If Black people, even on a part time basis, studied it and used it upon other Black people, if Black centers were to be set up in America for Black people, the standard of ability, social activity and intelligence would be increased far beyond any future possible loss.

Look into Scientology and use it to help your own people. Let them truly walk in the sun and take their place amongst the most brilliant people of Earth.



© CSNY 2007. All Rights Reserved. Grateful acknowledgement is made to L. Ron Hubbard Library for permission to reproduce a selection from the works of L. Ron Hubbard. SCIENTOLOGY and the L. RON HUBBARD signature are trademark and service marks owned by Religious Technology Center and are used with its permission. Printed in USA

Scanned with CamScanner

TO: ED Foundation - ATL Org 10 April 2015
From Justin Aamir Adkins -- ATL Staff member

## CSW

**Situation:** I need to take an LOA to complete my program here at Flag. This is to achieve my original purpose to become a Flag trained Class V Auditor for the Atlanta Org so that I can contribute to Atlanta going Ideal. We need 40 Auditors to get Flag training and I would like to be one of them weather I am counted on the TTC or not.

**Data:** On Saturday 31 January 2015 I arrived at Flag to complete the Expanded Grade II with the idea to complete the cycle over that weekend. However upon arriving, it took much longer than expected to get through the arrival routing form. So the Chief MAA said to me the ED day was called and Ok'd and additional 2 weeks over the phone. My signed CSW from the OES (who was my senior as I am posted to TTC fulltime in the Org) was for the weekend. So with the ED giving OK I then stayed the additional two weeks. Prior to going in session I was asked to write and sign a promissory note with HCO that I would work out and handle ALL my Logistics (money) needed to complete my program. And I did that.

During this time I completed an HCO Sec Check and lower conditions with the Flag MAA. After attesting to its completion, I then attested to Expanded Grade II. At around that time I had a comm cycle with Mission I/C and Theresa on the phone sharing my wins. I was then was encouraged to reach for Flag training and to check with Martino on what exactly I would need to do to be re qualed for the OOT program in a new unit of time. After comm cycle at that time with Martino I was told the LRH Host wanted to see me continue to move more on my Bridge first. Then Sabrina told me at least till Grade IV. So then I texted the ED day for an OK to stay an additional 3 weeks. She texted back saying 3 weeks is OK and asked what I will be doing. Then I called her on phone and explained that I would be getting through student hat while on my own while the terminals worked to try to get me approved and I moved on my program. However after many requests to get a copy of my staff invoice for the student hat I finally decided to pay for the training package and be cause over the cycle. This simultaneously permitted me to do a completed Liability Condition with a real exchange going in with my Org. The policy I applied in paying for my own training was HCO PL "Technical Training Corp" where LRH specifically talks about a person does better when he pays for his own training.

So during this time I have completed a GAT II Purification Program, SRD Additionals, Grade III and now I am on Grade IV. FPRD can be delivered after Grade IV at C/S direction. Both Super Power and Cause Resurgence can be delivered concurrently while on study full- time so zero time gets lost. My schedule here has been from 0830 am till 10pm at night daily. My room and board sit is that I am in the Yachtsman hotel with the bare essentials. I paid for a 14 intensive package and training package. My contact with the OOT staff at Flag has been strictly limited to Flag Graduation when we have each took the stage for our certs and that's it.

The data I have from the terminals here concerning my quals for the TTC is that my bridge process is being monitored to see how well I move. I have been doing all I can to rapidly complete the Auditing program cycle of action super full time 8 to 10 hours a day. The training cycle commencing thereafter on my own dime saves the Org $40k and puts me back in exchange with the Org with regard to the 1st training cycle. The Estimation of time and effort is 4 months. And my plans for when I come back is to be a very upstat and contributing staff member with a super ability to Audit very standardly in the HGC on a standard foundation schedule immediately when I get back.

Solution: I am requesting written coordination and OK to complete this cycle of action. While being mid Grade II for nearly 2 years, I had lost my way and went out-ethics. And this left me much at effect and unable to function causatively on post. Flag has fully cleaned me up, gotten my ethics in on this and I have a full program to fully rehabilitate myself and my actions as a Scientologist and as a Staff member. Doing this cycle to a Product represents the greatest good for the greatest number of my dynamics, as it is helping me to truly and fully be responsible for my 1st 2nd, and 3rd Dynamics and help me to do better in Life. And therefore a staff member who is able to function causatively on Post and set a good example of what Scientology can do. With the reference I'm applying being HCO PL Your Post and Life.

The main solution here is that I complete my enhancement cycle here at Flag to help me become a better staff member and auditor. The Atlanta Org put in a lot of energy to me. And with myself fully taking on the rest of the cycle to get me to a full Flag product will help me get in balance to what the org has already done for me.

When I come back you will have a staff member that has completed the following actions:

- Sec Check (Done!)
- Purif (Done!)
- SRD (Done!)
- Grade I, II, III, (Done),
- Grade IV (Done)
- False Purpose Rundown (2 weeks)
- Super Power (2.5 weeks)
- Cause Resurgence Rundown (3-4 weeks full time)
- GAT II Auditor training through Class V:
  - Student Hat (1.5 weeks days)
  - Pro T.R.s (1.5 days)
  - Upper Indoc (less than 1 week)
  - Flag Metering (2 weeks days)
  - Academy Level 0 – IV (6 weeks)
  - Class IV Internship (3 weeks)
  - NED Auditor Course (3 weeks)

This is a total of 25 weeks – about 5 months from now – arriving back around Oct 15th or the Grand opening – whichever is sooner. I will be starting my training immediately after completing my FPRD, in about 2-3 weeks. Any other necessary auditing per the C/S, will be done concurrently to my training. So I'll be starting on Student Hat as soon as I'm done with my FPRD, which is about 2 3 weeks from now.

I will be able to double the orgs ability to deliver auditing and reopen the door to our delivering abilities to accommodate the NOI as well.

My whole intention is to be back before the grand opening as a full Flag product.

This is OK,
Justin Aamir Adkins