FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 03 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JUSTIN AAMIR ADKINS,**<br>Plaintiff,<br>v.<br>**CHURCH OF SCIENTOLOGY INTERNATIONAL; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION; CHURCH OF SCIENTOLOGY OF GEORGIA; and DEBBIE BENK,**<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 1:26-CV-4376** -MHC |

## PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS

Plaintiff Justin Aamir Adkins, proceeding pro se, respectfully moves under Fed. R. Civ. P. 4(h)(1)(A), Fed. R. Civ. P. 4(h)(1)(B), Fed. R. Civ. P. 4(e)(1), and Fed. R. Civ. P. 4(m) for an order authorizing alternative service of the summons and Complaint on Defendant Church of Scientology International ("CSI") through its Legal Department at:

> **Church of Scientology International c/o Legal Department 6331 Hollywood Boulevard Los Angeles, California 90028**

In support, Plaintiff states as follows.

### I. FACTUAL BASIS

1. Plaintiff filed this action on August 3, 2026. The action is assigned Civil Action No. 1:26-CV-4376.
2. CSI is a corporate defendant. Plaintiff has attempted to serve CSI with the summons and Complaint through a professional process-serving company.
3. The process server received the service documents on August 29, 2026, and made five service attempts at the address identified for CSI's Legal Department:

   6331 Hollywood Boulevard, Los Angeles, California 90028-6321.

4. The documented attempts occurred on:

a. August 29, 2026, at approximately 11:28 a.m. PDT;

b. August 30, 2026, at approximately 10:55 a.m. PDT;

c. August 31, 2026, at approximately 1:17 p.m. PDT;

d. September 1, 2026, at approximately 11:43 a.m. PDT; and

e. September 2, 2026, at approximately 3:33 p.m. PDT.

5. On September 2, 2026, the process server reported:

> "I was unable to access the address due to secured building although I waited and contacted apartment office."

6. The process server's report identifies the server as Flora Harutyunyan and records GPS coordinates of approximately 34.101748, -118.327816.

7. A true and correct copy of the service-attempt record is attached as **Exhibit A.**

8. The five attempts demonstrate reasonable and diligent efforts to complete personal service at CSI's designated Legal Department address.

9. The secured nature of the building prevents the process server from accessing the location and personally delivering the summons and Complaint to an officer, managing agent, general agent, or authorized agent.

## II. AUTHORITY

10. A domestic corporation may be served in a federal action by following the law of the state where the federal court is located or where service is made, or by delivering the summons and Complaint to an officer, managing or general agent, or another agent authorized by appointment or law. Fed. R. Civ. P. 4(h)(1)

11. California law permits substitute service on a corporation at its office when personal service cannot reasonably be accomplished after diligent efforts, followed by mailing the summons and Complaint to the same address. Cal. Civ. Proc. Code § 415.20(a)

12. Federal courts may also authorize an appropriate alternative method when ordinary service has proved impracticable, so long as the method is reasonably calculated to

provide actual notice and is consistent with due process. See Fed. R. Civ. P. 4(h)(1)(A); Fed. R. Civ. P. 4(e)(1); Cal. Civ. Proc. Code § 415.20(a).

13. The requested method is reasonably calculated to provide actual notice because it directs delivery and mailing to CSI's identified Legal Department at the address where five service attempts were made.

**III. REQUESTED ALTERNATIVE SERVICE**

Plaintiff respectfully requests an order authorizing service on CSI by completing all of the following:

1. Delivering a copy of the summons and Complaint to a person apparently in charge of the office or facility located at **6331 Hollywood Boulevard, Los Angeles, California 90028,** if such a person is available;
2. If no such person is available or access remains restricted, leaving the summons and Complaint with the building's office, reception, security, management, or other person apparently authorized to receive legal documents for CSI or its Legal Department;
3. Mailing copies of the summons and Complaint by certified mail, return receipt requested, or another trackable delivery service, addressed as follows:

**Church of Scientology International c/o Legal Department 6331 Hollywood Boulevard Los Angeles, California 90028**;

4. If the Court finds it appropriate and Plaintiff has a verified email address for CSI's Legal Department, sending a courtesy copy of the summons and Complaint by email to that address; and
5. Filing the process server's affidavit or declaration documenting the completed alternative service.

Plaintiff requests that service be deemed complete upon completion of the Court-authorized acts.

**IV. GOOD CAUSE FOR RELIEF**

14. Plaintiff has shown good cause for alternative service because he promptly retained a

professional process server and pursued five attempts over five separate dates.

15. The attempts were unsuccessful because the building was secured and inaccessible, not because Plaintiff failed to pursue service.

16. Requiring unlimited additional attempts at the same inaccessible location would be impracticable and would risk expiration of the service period under Rule 4(m).

17. The requested method provides multiple forms of notice directed to CSI's Legal Department at its identified address and is reasonably calculated to notify CSI of this action.

18. Plaintiff also requests, if necessary, an extension of time for service under Fed. R. Civ. P. 4(m) while this motion is pending.

## V. CONCLUSION

Plaintiff respectfully requests that the Court:

A. authorize alternative service of the summons and Complaint on Church of Scientology International, c/o Legal Department, at 6331 Hollywood Boulevard, Los Angeles, California 90028, in the manner requested above;

B. deem service complete upon compliance with the Court's order;

C. extend the service deadline, if necessary, under Rule 4(m); and

D. grant such other relief as the Court deems just and proper.

______________________________

Respectfully submitted this ____ day of September, 2026.

______________________________

**Justin Aamir Adkins**
Plaintiff, Pro Se
542 Creek Stone Lane
Stone Mountain, Georgia 30087
Telephone: (678) 587-8412
Email: support@gracecovenantministries.org

## CERTIFICATE OF SERVICE

I certify that on September ____, 2026, I filed the foregoing Motion through the Court's

electronic filing system or, if electronic filing was unavailable, submitted it to the Clerk of Court for filing. Because Defendant Church of Scientology International has not yet been served, Plaintiff is submitting a copy of this motion and the proposed order to the address identified for service:

**Church of Scientology International c/o Legal Department 6331 Hollywood Boulevard Los Angeles, California 90028**

---

**Justin Aamir Adkins**

**EXHIBIT A**

**Service Attempts Record**

Attach the complete PDF titled **"service attempts.pdf,"** including the pages documenting the five attempts made on August 29, August 30, August 31, September 1, and September 2, 2026.