## Overview

RUSH DELIVERY

(1) Contacts

Justin Aamir Adkins v Church of Scientology International, Church of Scientology Flag Service Organization, Church of Scientology of Georgia, Debbie Benk

SUBMITTED
8/28/2026

REFERENCE ID
REF-27469225

JOB TYPE & LEGAL DOCUMENT CATEGORY
Serve Only | Summons and Complaint

CASE NUMBER
1:26-CV-4376

COURT
US District Court, Georgia, Northern District, Atlanta

PARTY TO SERVE
**Church of Scientology International care of Legal Department**

ADDRESS: 6331 Hollywood Blvd, Los Angeles, CA 90028

STATUS: RUSH DELIVERY | In progress | 5 attempts made | Most recent: 9/2/2026

## Progress Overview

View: Proofs Invoices

**Delivery Speed:** Rush

1 ✓ Review

2 Service | Attempting to Serve Your Documents

3 Proof

4 Complete

Stop & Cancel

**Real-Time Update** 9/2/2026

We are working hard to deliver your documents and have made another attempt. It's important to understand that multiple attempts are a normal and important part of the process. We'll be making another attempt soon.

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

## Updates & Activity

↓ Expand All | ↑ Collapse All

Jump to: Support

Filter By: All Activity Service Events (Only)

9/2/26 6:33 PM EDT

Service Attempted: **Church of Scientology International care of Legal Department** on 9/2/2026 3:33 PM PDT
Address: 6331 Hollywood Blvd, Los Angeles, CA 90028-6321

I was unable to access the address due to secured building although I waited and contacted apartment office.

Server: Flora Harutyunyan (2) GPS Coordinates: 34.101748, -118.327816

9/1/26 4:35 PM EDT

Message from KM Kristen M.

9/1/26 2:43 PM EDT

Service Attempted: **Church of Scientology International care of Legal Department** on 9/1/2026 11:43 AM PDT
Address: 6331 Hollywood Blvd, Los Angeles, CA 90028-6321

8/31/26 4:17 PM EDT

Service Attempted: **Church of Scientology International care of Legal Department** on 8/31/2026 1:17 PM PDT
Address: 6331 Hollywood Blvd, Los Angeles, CA 90028-6321

8/31/26 11:16 AM EDT

Status Update

8/30/26 1:55 PM EDT

Service Attempted: **Church of Scientology International care of Legal Department** on 8/30/2026 10:55 AM PDT
Address: 6331 Hollywood Blvd, Los Angeles, CA 90028-6321

8/29/26 6:32 PM EDT

Message from JA Justin A.

8/29/26 6:32 PM EDT

Message from JA Justin A.

8/29/26 2:28 PM EDT

Service Attempted: **Church of Scientology International care of Legal Department** on 8/29/2026 11:28 AM PDT
Address: 6331 Hollywood Blvd, Los Angeles, CA 90028-6321

8/29/26 1:27 AM EDT

Documents Received: Process server received documents for **Church of Scientology International care of Legal Department**.

8/28/26 5:36 PM EDT

Filing Confirmed: Case # **1:26-CV-4376**
Filed: US District Court, Georgia, Northern District, Atlanta on 8/3/2026 12:00 PM PDT.

8/28/26 5:36 PM EDT

Order Reviewed: Entered and queued for the next step.

8/28/26 5:25 PM EDT

Order Received: Rush Delivery for ... ustin Adkins

Support | Documents | Invoices

## Documents and Proofs

Proofs are located in this section and will display once they are available.

### File(s) Uploaded

- Document (Summons of Legal Department.pdf)
- Document (Civil rights Complaint.pdf)
- Document (LiabilityCondition_wA2E_steps for command channel to complete.pdf)

### Service Documents

- Document (Document_964492)

### Invoices and Receipts

- Invoice (#30268502.100)

FAQ & Documentation | Terms of Service