**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JUSTIN AAMIR ADKINS,**<br>Plaintiff,<br>v.<br>**CHURCH OF SCIENTOLOGY INTERNATIONAL; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION; CHURCH OF SCIENTOLOGY OF GEORGIA; and DEBBIE BENK,**<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 1:26-CV-4376** |

## ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS

Upon consideration of Plaintiff's Motion for Order Authorizing Alternative Service of Process, the service-attempt documentation, and the applicable law, the Court finds good cause to authorize alternative service on Defendant Church of Scientology International.

It is therefore **ORDERED** that Plaintiff may serve Church of Scientology International through its Legal Department at:

> **Church of Scientology International c/o Legal Department 6331 Hollywood Boulevard Los Angeles, California 90028**

by completing the following:

1. Delivering the summons and Complaint to a person apparently in charge of the office or facility at that address, if available;
2. If personal delivery is not possible because of restricted access, leaving the summons and Complaint with building management, reception, security, or another person apparently authorized to receive legal documents for CSI or its Legal Department;
3. Mailing copies of the summons and Complaint by certified mail, return receipt requested, or another trackable delivery service, to the address above; and
4. Filing proof of the completed service with the Court.

Service shall be deemed complete upon completion of the Court-authorized service steps and

filing of proof of service.

If necessary, the deadline for serving CSI is extended under Fed. R. Civ. P. 4(m) through

___________, 2026.

SO ORDERED this ____ day of ___________, 2026.

________________________________

________________________________
UNITED STATES DISTRICT JUDGE