**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No. 1:26-CV-4376-MHC |

**ACKNOWLEDGMENT OF SERVICE**

COME NOW Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia (collectively, the "Church Defendants"), by and through undersigned counsel, and hereby acknowledge due and legal service and receipt of the Summons and Amended Complaint in the above-captioned civil action without waiving any other defenses, including the defense of lack of personal jurisdiction or venue.

All other and further service of process as to the Church Defendants is hereby waived. Service pursuant to this Acknowledgement of Service is effective September 9, 2026.

Respectfully submitted this 11th day of September, 2026.

*/s/ Christopher E. Neill*

Christopher E. Neill
Georgia Bar No. 345575
Alycen A. Moss
Georgia Bar No. 002598
Cozen O'Connor
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, GA 30309
Telephone: 404-572-2128
Email: cneill@cozen.com

*Attorneys for Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No.<br>1:26-CV-4376-MHC |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing ***Acknowledgment of Service*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to *pro se* Plaintiff Justin Aamir Adkins:

Justin Aamir Adkins
Stone Mountain, Georgia 30087
Telephone: (678) 587-8412
Email: support@gracecovenantministries.org

This 11th day of September, 2026.

*/s/ Christopher E. Neill*
Christopher E. Neill
Georgia Bar No.345575