**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No.<br>1:26-CV-4376-MHC |

**CONSENT MOTION TO EXTEND TIME**

COME NOW Plaintiff Justin Aamir Adkins ("Plaintiff") and Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia (collectively, the "Church Defendants") (Plaintiff and the Church Defendants are, collectively, the "Moving Parties"), by and through their undersigned counsel, respectfully move the Court for an Order extending the deadline in this case for the Church Defendants to answer or otherwise respond to Plaintiff's Amended Complaint up through and including

October 9, 2026. The Moving Parties respectfully request that the Court enter the attached Order.

In support of this Motion, the Parties advise as follows:

1. On or about August 3, 2026, Plaintiff commenced this action by filing a Complaint captioned *Justin Aamir Adkins v. Church of Scientology International, et al.*, Case 1:26-CV-4376-MHC, in the District Court for the Northern District of Georgia.

2. On August 28, 2026, Plaintiff filed a Return of Service which alleged that service was made on Church of Scientology Flag Service Organization on August 20, 2026.[1]

3. On September 3, 2026, before any responsive pleading had been filed to the original Complaint, Plaintiff filed an Amended Complaint.

4. On September 3, 2026, Plaintiff filed a Motion for Order Authorizing Alternative Service of Process.

[1] Church of Scientology Flag Service Organization contests that proper service was in fact made on August 20, 2026, because the complaint attached to the summons that was served on August 20 was not Plaintiff's Complaint, but a complaint in a completely unrelated lawsuit. However, any disputed service issues with respect to the Original Complaint are no longer live because the subsequent filing of the Amended Complaint effectively mooted the original Complaint.

5. On September 9, 2026, undersigned counsel for the Church Defendants made contact with Plaintiff by telephone, advising that the Church Defendants would agree to acknowledge service.

6. An Acknowledgement of Service was filed memorializing as such on September 11, 2026.

7. On the same September 9, 2026, telephone call, Plaintiff agreed that the Church Defendants may have through October 9, 2026, to answer or otherwise respond to the Amended Complaint.

Wherefore, the Parties respectfully request this Court extend the time in which Defendants must respond to the Complaint to October 9, 2026.

Respectfully submitted this 11th day of September, 2026.

*_/s/ Justin Aamir Adkins_*
[signed with express permission]
Justin Aamir Adkins
Stone Mountain, Georgia 30087
Telephone: (678) 587-8412
Email:
support@gracecovenantministries.org

*Pro Se Plaintiff*

*_/s/ Christopher E. Neill_*
Alycen A. Moss
Georgia Bar No. 002598
Christopher E. Neill
Georgia Bar No. 345575
Cozen O'Connor
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, GA 30309
Telephone: 404-572-2128
Email: cneill@cozen.com

*Attorneys for Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia*

CERTIFICATION: The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font with a 1.5 inch top margin in accordance with LR 5.1B, N.D. Ga.