**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No.<br>1:26-CV-4376-MHC |

**[PROPOSED] ORDER**

The Court, upon good cause shown, hereby grants the Parties' Consent Motion to Extend Time for Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia to answer, move or otherwise respond to Plaintiff's Amended Complaint.

It is **HEREBY ORDERED** that Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia shall answer or otherwise respond to Plaintiff's Amended Complaint on or before October 9, 2026.

**SO ORDERED**, this __________ day of September 2026.

_______________________________
Honorable Mark H. Cohen
United States District Judge