**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JUSTIN AAMIR ADKINS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,**<br><br>**Defendants.** | **CIVIL ACTION FILE**<br><br>**NO. 1:26-CV-4376-MHC** |

## ORDER

Now before this Court is the Parties' Consent Motion to Extend Time for Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia to respond to Plaintiff's Amended Complaint [Doc. 6]. For good cause shown, Defendants' motion is **GRANTED**. Defendants have until Friday, October 9, 2026, to answer or otherwise respond to Plaintiff's Amended Complaint.

**IT IS SO ORDERED** this 14th day of September, 2026.

Mark H. Cohen

MARK H. COHEN
United States District Judge