**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, AND DEBBIE BENK, INDIVIDUALLY AND AS AN ALLEGED AGENT OF THE CHURCH,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:26-CV-4376-MHC |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alycen A. Moss and Christopher E. Neill, of the law firm of Cozen O'Connor, hereby enter their appearance as counsel for Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia (collectively, the "Church Defendants") in the above-styled matter and requests that all future notices, pleadings, discovery, correspondence, and orders be forwarded to their attention at the following address:

Alycen A. Moss
Christopher E. Neill
COZEN O'CONNOR
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-2052
Facsimile: (877) 287-0265
E-mail: amoss@cozen.com
E-mail: cneill@cozen.com

Respectfully submitted this 14h day of September, 2026.

*/s/ Alycen A. Moss*
Alycen A. Moss
Georgia Bar No. 002598
Christopher E. Neill
Georgia Bar No. 345575
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-2052
Facsimile: (877) 728-1396
E-mail: amoss@cozen.com
E-mail: cneill@cozen.com

*Counsel for Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia*

CERTIFICATION: The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1.0-inch top margin in accordance with LR 5.1B, N.D. Ga.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, AND DEBBIE BENK, INDIVIDUALLY AND AS AN ALLEGED AGENT OF THE CHURCH,<br><br>Defendants. | ) | CIVIL ACTION FILE NO.<br><br>1:26-CV-4376-MHC |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system. A true and correct copy of same was served upon the *Pro Se* Plaintiff via U.S. Mail in a properly addressed envelope with adequate postage affixed thereon, addressed as follows:

Justin Aamir Adkins
542 Creek Stone Lane
Stone Mountain, GA 30087
support@gracecovenantministries.org
*Plaintiff – Pro Se*



LEGAL\118148250\1

This 14h day of September, 2026.

*/s/ Alycen A. Moss*
Alycen A. Moss
Georgia Bar No. 002598