FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 14 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br>Plaintiff,<br>v.<br>CHURCH OF SCIENTOLOGY INTERNATIONAL;<br>CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION;<br>CHURCH OF SCIENTOLOGY OF GEORGIA, INC.; and<br>DEBBIE BENK, individually and as an agent,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-CV-4376-MHC |

**PLAINTIFF'S UPDATED MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT DEBBIE BENK**

Plaintiff Justin Aamir Adkins, proceeding pro se, respectfully moves under Fed. R. Civ. P. 4(e)(1), Fed. R. Civ. P. 4(e)(2), Fed. R. Civ. P. 4(l), and Fed. R. Civ. P. 4(m) for an order authorizing alternative service on Defendant Debbie Benk. Plaintiff further requests that the Court determine whether service accepted by the Church of Scientology of Georgia, Inc. constitutes service on Ms. Benk in her individual capacity.

## I. FACTUAL BASIS

1. Plaintiff filed this action against, among others, Defendant Debbie Benk individually and in connection with her alleged agency relationship with the

Church of Scientology of Georgia, Inc.

2. Plaintiff attempted to serve Ms. Benk at her known workplace through the Fulton County Marshals. Three attempts were unsuccessful. The service-attempt documentation is attached as **Exhibit A**.

3. On September 9, 2026, the Church of Scientology of Georgia, Inc. accepted service of process in this action. Plaintiff submitted the corresponding service information on September 10, 2026.

4. The Georgia Secretary of State's business-record search, dated September 14, 2026, identifies the entity as **Church of Scientology of Georgia, Inc.**, an active Georgia domestic nonprofit corporation. The record identifies **Debbie Benk as CEO** and lists the corporation's principal office at **5395 Roswell Road NE, Sandy Springs, Georgia 30342**. The record identifies **Deborah MacKay**, not Debbie Benk, as the registered agent. A true and correct copy is attached as **Exhibit B**.

5. Exhibit B establishes Ms. Benk's corporate office and relationship to the corporation. It does not, standing alone, establish that she personally received the summons and Complaint or authorized another person to accept service for her individually.

6. Plaintiff submits this motion to obtain a definitive ruling concerning the legal effect, if any, of the corporation's acceptance of service on Ms. Benk's individual service.

## II. GOVERNING LAW

7. Under Fed. R. Civ. P. 4(e)(1), an individual may be served under the law of the state where the district court is located or where service is made.

8. Under Fed. R. Civ. P. 4(e)(2), an individual may be served by personal delivery, delivery at the individual's dwelling or usual place of abode to a suitable resident, or delivery to an agent authorized by appointment or law to receive service for that individual.

9. Georgia law similarly permits service on an individual by personal delivery, service at the individual's dwelling or usual place of abode, or delivery to an agent authorized to receive service. O.C.G.A. § 9-11-4(e)(7).

10. A Georgia corporation may be served through its president, other officer, managing agent, registered agent, or other authorized agent. O.C.G.A. § 9-11-4(e)(1)(A). The term "managing agent" refers to an employee with managerial or supervisory authority for the corporation. O.C.G.A. § 9-11-4(e)(1)(B).

11. Service on a corporation, however, is not automatically personal service on an individual officer or employee. In Thornton v. Lee, 270 Ga. App. 224, 225 (2004), the court treated service on a person allegedly connected with a corporation as insufficient where the person served was not the registered agent and lacked authority to accept service for the company. The decision confirms that the identity and authority of the person served must be established.

12. In Murray v. Sloan Paper Co., 214 Ga. App. 648, 649–50 (1994), the court held that service on an employee could support corporate service where the

employee's position and conduct provided reasonable assurance that the corporation would receive notice. That rule concerns service on the corporation; it does not establish that the corporation's receipt of process automatically serves the employee individually.

13. Due process requires a method reasonably calculated, under the circumstances, to provide the individual defendant notice and an opportunity to respond. Mullane v. Cent. Hanover Bank & Tr. Co., 339 U.S. 306, 314 (1950).

## III. REQUEST FOR ALTERNATIVE SERVICE

14. Plaintiff requests authorization to serve Ms. Benk by:

a. personal service at her lawfully confirmed residence;

b. service at her corporate office by a qualified process server, if the Court determines that the proposed method complies with applicable law;

c. certified mail, return receipt requested, or another method specifically authorized by the Court; or

d. any other method the Court finds reasonably calculated to provide actual notice.

15. Plaintiff will serve complete copies of the summons, Complaint, and any order authorizing alternative service and will file proof of service under Fed. R. Civ. P. 4(l).

## IV. REQUEST CONCERNING THE CORPORATION'S ACCEPTANCE OF SERVICE

16. Plaintiff respectfully asks the Court to consider whether the September 9,

2026 acceptance of service by the Church of Scientology of Georgia, Inc., together with Exhibit B identifying Debbie Benk as its CEO, establishes that Ms. Benk received actual notice of this action.

17. Plaintiff acknowledges that Ms. Benk's status as CEO alone does not necessarily establish personal service. Plaintiff therefore requests, in the alternative, that the Court:

a. deem Ms. Benk personally served only if the record establishes that she personally received the summons and Complaint or expressly authorized the recipient to accept service on her individual behalf;

b. require the corporation or recipient to identify whether the documents were delivered to Ms. Benk;

c. authorize renewed service on Ms. Benk by an expressly approved method; or

d. grant any other relief necessary to resolve service without prejudice.

18. Plaintiff specifically requests that the Court consider the following question:

> Whether Defendant Debbie Benk may be deemed personally served where the Church of Scientology of Georgia, Inc. accepted service on September 9, 2026, Ms. Benk was identified in the Georgia Secretary of State record as the corporation's CEO as of September 14, 2026, and the evidence establishes that the summons and Complaint were delivered to Ms. Benk or to an agent authorized to accept service for her individually.

## V. REQUEST FOR EXTENSION

19. Plaintiff requests an extension of the service deadline under Fed. R. Civ. P. 4(m) while the Court resolves this motion and any authorized service is attempted.

## VI. REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

A. authorize alternative service on Debbie Benk by a method approved by the Court;

B. consider Exhibit B as evidence of Ms. Benk's position as CEO of the Church of Scientology of Georgia, Inc.;

C. consider the corporation's acceptance of service on September 9, 2026, and Plaintiff's submission of that information on September 10, 2026;

D. determine whether Ms. Benk personally received the summons and Complaint or authorized acceptance on her individual behalf;

E. deem Ms. Benk personally served only if the evidence satisfies the applicable service requirements;

F. alternatively, extend the service deadline and authorize renewed service; and

G. grant such other relief as the Court deems just and proper.

Respectfully submitted this 14th day of September, 2026.

______________________________

Justin Aamir Adkins
Plaintiff, Pro Se
542 Creek Stone Lane
Stone Mountain, Georgia 30087
Telephone: (678) 587-8412
Email: support@gracecovenantministries.org

## DECLARATION OF JUSTIN AAMIR ADKINS

I, Justin Aamir Adkins, declare under penalty of perjury under the laws of the United States that:

1. I am the Plaintiff in this action.

2. The Fulton County Marshals attempted service on Debbie Benk multiple times at her workplace, as reflected in Exhibit A.

3. The Church of Scientology of Georgia, Inc. accepted service of process on September 9, 2026.

4. I submitted the service information on September 10, 2026.

5. Exhibit B is a copy of the Georgia Secretary of State business-search record dated September 14, 2026, identifying Debbie Benk as CEO of the Church of Scientology of Georgia, Inc.

6. The statements in this motion are true and correct based on my personal knowledge and the attached records.

Executed on September 14, 2026.

______________________________

Justin Aamir Adkins

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, I submitted this motion for filing with the Clerk of Court. Plaintiff will serve Defendant Debbie Benk with this motion and any resulting order in the manner authorized by the Court, unless the Court directs otherwise.

______________________________

Justin Aamir Adkins

**EXHIBIT A**

Fulton County Marshals' service-attempt documentation.

**EXHIBIT B**

Georgia Secretary of State business-search record for Church of Scientology of Georgia, Inc., dated September 14, 2026, identifying Debbie Benk as CEO.

2GMxxxx79

**MAGISTRATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

DO NOT WRITE IN THIS SPACE

Attorney or Plaintiff Name and Address

JUSTIN AAMIR ADKINS
542 CREEK STONE LANE
STONE MOUNTAIN, GA 30087

Name and Address of PLAINTIFF

PAID
AUG 26 PAID
By FCMD-0823

DEBBIE BENK
620 PEACHTREE ST NE STE 204
ATLANTA, GA 30308

Name and Address of DEFENDANT

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) ______________________________ personally with a copy of the within action and summons.

This ________ day of ______________, ________.

DEPUTY MARSHAL

**NOTORIOUS**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) ______________________________
By leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of ______________________________, a ______________________________ described as follows:

Age, about ________ years; weight, about ________ lbs; height about ________ ft. ________ in.

Domiciled at the residence of the defendant(s).

This ________ day of ______________, ________.

DEPUTY MARSHAL

**CORPORATION**

GEORGIA, FULTON COUNTY
Served the defendant ______________________________, a corporation by leaving a copy of the within action and summons with ______________________________ in charge of the office and doing business of said corporation, in Fulton County, Georgia.

This ________ day of ______________, ________.

DEPUTY MARSHAL

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY

Diligent search made and the defendant(s):
Unable to make contact after
Not to be found in the jurisdiction of said Court for the following reason:
multiple attempts.

**NON-EST**

Please furnish this office with a new service form with the correct address.

This 9 day of September 2026

[signature] 420
DEPUTY MARSHAL

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Atlanta Dental Center, LLC** | Control Number: | **14108586** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **620 Peachtree Street, NE, Suite 204, Atlanta, GA, 30308, USA** | Date of Formation / Registration Date: | **11/11/2014** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2028** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Debra J. Benk** |
| Physical Address: | **620 Peachtree Street, NE, Suite 204, Atlanta, GA, 30308, USA** |
| County: | **Fulton** |

Back

Filing History Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 (tel: (404) 656-2817) Toll-free: (844) 753-7825 (tel:(844) 753-7825), WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

**Report a Problem?**

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **CHURCH OF SCIENTOLOGY OF GEORGIA, INC.** | Control Number: | **J920035** |
| Business Type: | **Domestic Nonprofit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **5395 Roswell Rd NE, Sandy Springs, GA, 30342-1976, USA** | Date of Formation / Registration Date: | **10/18/1989** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2026** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **MacKay, Deborah** |
| Physical Address: | **5395 Roswell Rd NE, Sandy Springs, GA, 30342, USA** |
| County: | **Dekalb** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Debbie Benk | CEO | 5395 Roswell Rd NE, Sandy Springs, GA, 30342, USA |
| Deborah MacKay | Secretary | 5395 Roswell Rd NE, Sandy Springs, GA, 30342, USA |
| Merrik Levetan | CFO | 5395 Roswell Rd NE, Sandy Springs, GA, 30342, USA |

**Report a Problem?**

Filing History Name History

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 (tel: (404) 656-2817) Toll-free: (844) 753-7825 (tel: (844) 753-7825), WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JUSTIN AAMIR ADKINS,**<br>Plaintiff,<br>v.<br>**CHURCH OF SCIENTOLOGY INTERNATIONAL; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION; CHURCH OF SCIENTOLOGY OF GEORGIA; and DEBBIE BENK, individually and as an agent,**<br>Defendants. | ) | Civil Action No. 1:26-CV-4376 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT DEBBIE BENK

Upon consideration of Plaintiff's Motion for Leave to Effect Alternative Service of Process on Defendant Debbie Benk, the supporting materials, the Fulton County Marshals' service-attempt documentation, the Georgia Secretary of State business record identifying Debbie Benk as CEO of the Church of Scientology of Georgia, Inc., and the applicable law, the Court finds that limited additional service relief is warranted.

Pursuant to Fed. R. Civ. P. 4(e)(1), Fed. R. Civ. P. 4(e)(2), Fed. R. Civ. P. 4(l), and Fed. R. Civ. P. 4(m), and O.C.G.A. § 9-11-4(e)(7), it is hereby**ORDERED** that:

1. **Alternative service authorized.** Plaintiff may serve Defendant Debbie Benk by personally delivering the summons and Complaint to her at her dwelling

or usual place of abode.

2. **Authorized server.** Service shall be performed by a person who is at least eighteen years old, is not a party to this action, and is otherwise authorized to serve process under applicable law.

3. **Service at residence.** If Ms. Benk is not personally present, the process server may leave copies of the summons and Complaint at Ms. Benk's dwelling or usual place of abode with a person of suitable age and discretion who resides there, consistent with Fed. R. Civ. P. 4(e)(2)(B) and O.C.G.A. § 9-11-4(e)(7).

4. **Additional method if necessary.** If residence service cannot reasonably be completed, Plaintiff may file a renewed motion requesting authorization for another method of service. No alternative method, including service by mail, email, or delivery to the corporation, is authorized by this Order unless separately approved by the Court.

5. **Corporate acceptance not automatically personal service.** The Court does not find, solely because the Church of Scientology of Georgia, Inc. accepted service of process on September 9, 2026, or because the Georgia Secretary of State record identifies Ms. Benk as the corporation's CEO, that Ms. Benk has been personally served in her individual capacity. Service on a corporation and service on an individual defendant are separate matters.

6. **Reservation concerning actual receipt or authority.** Plaintiff may submit evidence showing that:

a. the summons and Complaint were personally delivered to Ms. Benk; or b. the

person who accepted service for the corporation was expressly authorized to accept service on Ms. Benk's individual behalf.

The Court reserves ruling on whether such evidence establishes personal service under Fed. R. Civ. P. 4(e) and O.C.G.A. § 9-11-4(e)(7).

7. **Proof of service.** Plaintiff shall file proof of service describing the date, place, manner of service, and person served, as required by Fed. R. Civ. P. 4(l).

8. **Extension of service deadline.** The deadline for serving Defendant Debbie Benk is extended through ____________________, 2026, pursuant to Fed. R. Civ. P. 4(m).

9. **Residential address.** Any residential address submitted to the Court for purposes of service shall be filed under seal or by restricted filing, or submitted directly to the Court and authorized process server, unless the Court orders otherwise.

10. **Notice of Order.** Plaintiff shall provide a copy of this Order, together with the summons and Complaint, to the authorized process server. Plaintiff shall serve Ms. Benk with this Order if required by the method of service authorized above.

______________________________

SO ORDERED this ____ day of ____________________, 2026.
UNITED STATES DISTRICT JUDGE

26MD00879

DO NOT WRITE IN THIS SPACE

MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

Attorney or Plaintiff Name and Address

PAID
AUG 26 PAID
By FCMD-0873

JUSTIN AAMIR ADKINS
542 CREEK STONE LANE
STONE MOUNTAIN, GA 30087

Name and Address of PLAINTIFF

vs.

DEBBIE BENK
620 PEACHTREE ST NE STE 204
ATLANTA, GA 30308

Name and Address of DEFENDANT

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) ______________________ personally with a copy of the within action and summons.

This ________ day of ______________, ________.

________________________
DEPUTY MARSHAL

**NOTORIOUS**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) ______________________
By leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of ______________________, a ______________________
______________________ described as follows:

Age, about ________ years; weight, about ________ lbs; height, about ________ ft. ________ in.,

Domiciled at the residence of the defendant(s).

This ________ day of ______________, ________.

________________________
DEPUTY MARSHAL

**CORPORATION**

GEORGIA, FULTON COUNTY
Served the defendant ______________________, a corporation, by leaving a copy of the within action and summons with ______________________ in charge of the office and doing business of said corporation, in Fulton County, Georgia.

This ________ day of ______________, ________.

________________________
DEPUTY MARSHAL

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY

Diligent search made and the defendant(s):
Unable to make contact after
Not to be found in the jurisdiction of said Court for the following reason:
multiple attempts.

**NON-EST**

Please furnish this office with a new service form with the correct address.

This 9 day of September, 2026

SgT [signature] 420
DEPUTY MARSHAL