RE-SERVICE

# FULTON COUNTY MARSHAL DEPARTMENT

*SERVICE OF PROCESS FOR COMPLAINTS*

**SECOND ORIGINAL**

26M

Case # *USDC 126CV4376* MHC

Fulton County Case # **26MR00679**

**Attorney or Plaintiff Name and Address**

**IN THE** ***UNITED STATES DISTRICT COURT*** **COURT OF** ***FOR THE NORTHERN DISTRICT OF GEORGIA*** **COUNTY, STATE OF**

| Name and Address of PLAINTIFF | | Name and Address of PERSON TO BE SERVED |
|---|---|---|
| Justin Aamir Adkins<br>542 Creek Stone LN<br>Stone Mountain GA 30087-5441 | vs. | Debbie Benk<br>620 Peachtree ST NE STE 204<br>Atlanta GA 30308-2355 |

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) ______ personally with a copy of the within action and summons.

This ______ day of ______, ______.

**DEPUTY MARSHAL**

**NOTORIOUS**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) ______
By leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of ______, a ______
described as follows: Age, about ______ years; weight, about ______ lbs; height, about ______ ft. ______ in.,
Domiciled at the residence of the defendant(s).

This ______ day of ______, ______.

**DEPUTY MARSHAL**

**CORPORATION**

GEORGIA, FULTON COUNTY
Served the defendant Debbie Benk, a corporation, by leaving a copy of the within action and summons with Jackie Ellis, Insurance Coordinator in charge of the office and doing business of said corporation, in Fulton County, Georgia.

This 21st day of September 2026.

L.T. C Wilson #42
**DEPUTY MARSHAL**

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY
Diligent search made and the defendant(s): ______
Not to be found in the jurisdiction of said Court for the following reason: ______

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 25 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**NON-EST**

Please furnish this office with a new service form with the correct address.

This ______ day of ______, ______.

**DEPUTY MARSHAL**

*RECEIVED FC MARSHAL 15-SEP-26 @ 2:49 PM*