**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No.<br>1:26-CV-4376-MHC |

**DEFENDANTS' NOTICE REGARDING FILING RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia (collectively, the "Church Defendants"), by and through undersigned counsel, and respectfully provide notice of their intent to respond to Plaintiff's Motion for Summary Judgment, showing the Court as follows:

1. On or about August 3, 2026, Plaintiff commenced this action by filing a Complaint captioned *Justin Aamir Adkins v. Church of Scientology International,*

*et al.*, Case 1:26-CV-4376-MHC, in the District Court for the Northern District of Georgia.

2. On September 3, 2026, before any responsive pleading had been filed to the original Complaint, Plaintiff filed an Amended Complaint.

3. On September 3, 2026, contemporaneous with his Amended Complaint, Plaintiff filed a Motion for Summary Judgment. ECF No. 8.

4. On September 11, 2026, the Church Defendants filed an Acknowledgement of Service, in which they acknowledged due and legal service and receipt of the Summons and Amended Complaint. ECF No. 9.

5. The Acknowledgement of Service only acknowledged service of process for the Summons and Amended Complaint.

6. Plaintiff and the Church Defendants filed a joint motion to extend the Church Defendants' deadline to answer or otherwise respond to the Amended Complaint, and on September 14, 2026, the Court entered an order granting that motion and providing that the Church Defendants have until Friday, October 9, 2026, to answer or otherwise respond to the Amended Complaint. ECF No. 11.

7. ***The Church Defendants have not been properly served with the Motion for Summary Judgment, and service was not acknowledged for the Motion for Summary Judgment.***

8. Even if the Motion had been properly served, the Church Defendants' response is not due until October 30, 2026.

9. Northern District of Georgia Local Rule 56.1 provides that "[m]otions for summary judgment shall be filed in accordance with the provisions of Fed. R. Civ. P. 56, except that no date for a hearing shall be set until after the party opposing the motion has had twenty-one (21) days after service of the motion or a responsive pleading is due, whichever is later, in which to file a responsive pleading."

10. The 2009 comments to Federal Rule of Civil Procedure 56 state that "[i]f a motion for summary judgment is filed before a responsive pleading is due from a party affected by the motion, the time for responding to the motion is 21 days after the responsive pleading is due."

11. No responsive pleading to the Amended Complaint has yet been filed, and the deadline to do so is October 9, 2026.

12. The Church Defendants plan to file a response to the Motion for Summary Judgment and understand that their deadline to respond to Plaintiff's Motion for Summary Judgment is 21 days after their responsive pleading is due, which would be October 30, 2026 (*i.e.*, 21 days after October 9).

13. On October 6, 2026, an entry was made on the docket indicating that the Court was taking Plaintiff's Motion for Summary Judgment under submission.

Wherefore, the Church Defendants provide notice that they plan to respond to Plaintiff's Motion for Summary Judgment and respectfully request the Court to refrain from ruling on the Motion until after the Church Defendants have had an opportunity to file their response on or before October 30, 2026.

Respectfully submitted this 6th day of October, 2026.

*/s/ Christopher E. Neill*
Alycen A. Moss
Georgia Bar No. 002598
Christopher E. Neill
Georgia Bar No. 345575
Cozen O'Connor
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, GA 30309
Telephone: 404-572-2128
Email: cneill@cozen.com

*Attorneys for Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia*

CERTIFICATION: The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font with a 1.5 inch top margin in accordance with LR 5.1B, N.D. Ga.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No.<br>1:26-CV-4376-MHC |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 6, 2026, I electronically filed the foregoing ***Defendants' Notice Regarding Filing Response to Plaintiff's Motion for Summary Judgment*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to *pro se* Plaintiff Justin Aamir Adkins:

Justin Aamir Adkins
Stone Mountain, Georgia 30087
Telephone: (678) 587-8412
Email: support@gracecovenantministries.org

This 6th day of October, 2026.

*/s/ Christopher E. Neill*
Christopher E. Neill
Georgia Bar No. 134222