**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | Civil Action File No.<br>1:26-CV-4376-MHC |

**DEFENDANTS CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, AND CHURCH OF SCIENTOLOGY OF GEORGIA'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION**

Defendants Church of Scientology International, Church of Scientology Flag Service Organization, and Church of Scientology of Georgia (collectively, the "Church Defendants") hereby move this Court for an Order dismissing the claims in Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (6). This Motion is supported by the Church Defendants' Memorandum in Support of their Motion to Dismiss the Amended Complaint filed contemporaneously herewith,

including all exhibits thereto, and the grounds for dismissal described therein are incorporated herein by reference for all purposes. As set forth therein, Plaintiff claims the Church Defendants are due to be dismissed for lack of personal jurisdiction as to two of the three Church Defendants, and for failure to state a claim upon which relief may be granted as to all claims. In the alternative, should any claims survive dismissal on the above grounds, the Court should compel arbitration of any such remaining claims pursuant to enforceable arbitration agreements entered into between the parties.

WHEREFORE, for the reasons set forth more fully in the Church Defendants' Memorandum in Support, the Church Defendants respectfully request this Court enter an Order dismissing Plaintiff's claims against the Church Defendants with prejudice, or in the alternative, compelling arbitration.

Respectfully submitted this 9th day of October, 2026

*/s/ Alycen A. Moss*
Alycen A. Moss
Georgia Bar No. 002598
Christopher E. Neill
Georgia Bar No. 345575
Cozen O'Connor
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, GA 30309
Telephone: 404-572-2128
Email: cneill@cozen.com

*Attorneys for Defendants Church of Scientology International, Church of*

*Scientology Flag Service Organization, and Church of Scientology of Georgia*

CERTIFICATION: The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1-inch top margin in accordance with LR 5.1B, N.D. Ga.