# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No.<br>1:26-CV-4376-MHC |

**DECLARATION OF LYNN R. FARNY IN SUPPORT OF CHURCH OF SCIENTOLOGY INTERNATIONAL'S MOTION TO DISMISS**

I, Lynn R. Farny, declare as follows:

1. I am over the age of eighteen. I make this Declaration based upon my personal knowledge and my review of Church of Scientology International's regularly maintained records. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am the Secretary of Defendant Church of Scientology International ("CSI"). I began working in an official capacity for CSI in 1984. I have been a

corporate officer of CSI since June 1988. I have been an ordained minister of the Scientology religion since 1980. Thus, I am intimately familiar with the operations of CSI, and have reviewed the Amended Complaint filed against CSI and others by Plaintiff Justin Aamir Adkins in this Court.

3. Scientology is a worldwide religious movement recognized in the United States and around the world. It is based on the writings and recorded spoken words of the religion's Founder, L. Ron Hubbard. Scientology offers a precise path leading to a complete and certain understanding of one's true spiritual nature. Scientology comprises a body of knowledge which extends from certain fundamental truths developed by Mr. Hubbard. The ultimate goal of Scientology is true spiritual enlightenment and freedom for all.

4. CSI is a nonprofit religious corporation organized under the laws of the State of California.

5. CSI's principal place of business and headquarters are located at 6331 Hollywood Boulevard, Los Angeles, California. CSI's activities are managed and directed from California, where all of its directors and officers reside.

6. Each local Church of Scientology is *separately* incorporated as a religious nonprofit corporation and is operated by its own officers and directors.

7. CSI is not incorporated in Georgia and has never maintained its principal place of business in Georgia.

8. CSI does not maintain an office or place of business in Georgia, and does not own or lease any real property in Georgia.

9. CSI does not have employees stationed or based in Georgia.

10. CSI does not have a registered agent for service of process in Georgia and is not registered with the Georgia Secretary of State to conduct business in Georgia.

11. CSI, Church of Scientology of Georgia, Inc. ("CSG"), and Church of Scientology Flag Service Organization, Inc. ("FSO") are separate legal entities.

12. CSI did not employ Defendant Debbie Benk during the period relevant to Plaintiff Justin Aamir Adkins's allegations.

13. Ms. Benk was not acting as an employee, officer, or agent of CSI when she made the alleged communications concerning Mr. Adkins described in his Amended Complaint, and CSI did not direct such communication.

14. CSI did not direct, authorize, or control any decision by FSO concerning whether Mr. Adkins would receive auditing or ministerial training services at Flag.

15. CSI did not enter into a contract with Mr. Adkins for the religious auditing or ministerial training services that are the subject of this lawsuit.

16. CSI did not provide Mr. Adkins with the religious auditing or ministerial training services identified in his Amended Complaint.

17. CSI did not receive any payments from Mr. Adkins for the religious auditing or ministerial training services at issue in this lawsuit.

18. No officer, employee, or agent of CSI acting on CSI's behalf in connection with the matters alleged in this lawsuit traveled to Georgia to negotiate, enter, perform, or terminate the alleged contractual relationship with Mr. Adkins.

19. CSI did not make any decision in Georgia concerning Mr. Adkins's eligibility for the auditing or ministerial training services identified in the Amended Complaint.

20. CSI did not direct from Georgia any decision concerning Mr. Adkins's eligibility for those services.

21. CSI does not regularly solicit business in Georgia.

22. CSI does not derive substantial revenue from goods used or consumed or services rendered in Georgia.

23. The facts stated above concerning CSI's corporate organization and operations are based upon my personal knowledge acquired through my position as Secretary and my review of CSI's regularly maintained corporate records.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of October, 2026, in Los Angeles, California.

Lynn R. Farny
Secretary
Church of Scientology International