# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No.<br>1:26-CV-4376-MHC |

**DECLARATION OF PETER MANSELL IN SUPPORT OF CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION'S MOTION TO DISMISS**

I, Peter Mansell, declare as follows:

1. I am over the age of eighteen. If called as a witness, I could and would testify competently to the matters stated herein.

2. I have served as a staff member of the Church of Scientology Flag Service Organization, Inc. ("FSO"), located in Clearwater, Florida, for more than 25 years. Throughout that time, I have worked as a paralegal in the Church's legal

department. I make this Declaration based upon my personal knowledge and my review of CSI's regularly maintained records.

3. FSO is a nonprofit religious corporation organized under the laws of the State of Florida.

4. FSO's principal place of business and headquarters are located in Clearwater, Florida.

5. FSO is not incorporated in Georgia and has never maintained its principal place of business in Georgia.

6. FSO does not maintain an office or place of business in Georgia, and does not own or lease any real property in Georgia.

a. FSO does not have employees stationed or based in Georgia.

7. FSO does not have a registered agent for service of process in Georgia and is not registered with the Georgia Secretary of State to conduct business in Georgia.

8. FSO did not employ Defendant Debbie Benk during the period relevant to Plaintiff Justin Aamir Adkins's allegations.

9. Ms. Benk was not acting as an employee, officer, or agent of FSO when she made the alleged communications concerning Mr. Adkins described in his Amended Complaint, and FSO did not direct such communication.

10. FSO serves as the worldwide spiritual headquarters of the Scientology religion and ministers to Scientologists from all over the world who come to Clearwater for Scientology religious services.

11. Scientology is an applied religion based upon the research, writings and recorded lectures of L. Ron Hubbard, which collectively constitute the Scripture of the religion. All of Mr. Hubbard's writings and lectures about Scientology are part of the Scripture. These encompass more than 300 books and other writings, over 3,000 recorded lectures and numerous religious instruction films, totaling tens of millions of words.

12. The Scientology religion is open to all. The Aims of Scientology are: "A civilization without insanity, without criminals and without war, where the able can prosper and honest beings can have rights, and where man is free to rise to greater heights." These Aims, published and practiced for more than half a century affirm: "Nonpolitical in nature, Scientology welcomes any individual of any creed, race or nation."

13. Similarly, the first line of the Creed of the Church reads, "We of the Church believe: That all men of whatever race, color or creed were created with equal rights." True and correct copies of the Aims of Scientology and the Creed of the Church are attached as Exhibits A and B respectively.

SCIENTOLOGY ETHICS AND JUSTICE

14. The Scientology Ethics and Justice system has been in place for over five decades, functioning as the means by which Scientologist avail themselves of true justice in any sphere of their lives. The justice codes and procedures are an inherent part of the religion and are derived from our core beliefs. As Mr. Hubbard wrote, "When we speak of ethics, we are talking about right and wrong conduct. We are talking about good and evil."

15. In Scientology, spiritual progress and proper conduct are inextricably linked. The precepts of ethics in Scientology are reflected in a large body of Scientology Scripture written by Mr. Hubbard, and which form an essential component of the Scientology religion. The procedures for Scientology Ethics and Justice are delineated in Church policy, directives and books, including *Introduction to Scientology Ethics*, which are published and made available to all Scientologists.

16. On November 1, 2010, four months prior to Mr. Adkins' arrival in Clearwater, Mr. Adkins participated in introductory religious services at the Church of Scientology of Georgia. As a required step in connection with those services, Mr. Adkins executed an "Introductory Religious Service Enrollment Application, Agreement and General Release." Amongst other things, that Agreement acknowledged Mr. Adkins' understanding that:

"In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom and law of Scientology, should any dispute, claim or controversy arise between me and the Church, any other Scientology Organization or any person employed by any such entity which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal ethics, justice and binding religious arbitration procedures."

A true and correct copy of this Agreement is attached hereto as Exhibit C.

17. Mr. Adkins arrived at FSO in February 2011. On March 1, 2011, in connection with the FSO services he would be participating in, Mr. Adkins executed a "Religious Services Enrollment Application, Agreement and General Release." In its first paragraph, the Agreement is referred to in bold as, **"this Contract."** The word "contract" appears 26 times in the document.

A true and correct copy of this Agreement is attached as Exhibit D.

18. Paragraph 6.d. of this Agreement states:

"In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion, and in accordance with the constitutional prohibitions which forbid governmental interference with religious services or dispute resolution procedures, should any dispute, claim or controversy arise between me and the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, justice and binding religious arbitration procedures, which include application to senior ecclesiastical bodies, Including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church of the

Scientology religion, Church of Scientology International ('IJC') or his or her designee."

19. Paragraph 6.e. outlines the procedures under which the religious arbitration is conducted, including the selection of arbitrators.

20. The Religious Services Enrollment Application, Agreement and General Release also describes some of the religious services mentioned in the Amended Complaint. This includes "'auditing,' which is Scientology's unique form of religious counseling, and "'training,' which is the study of the scripture of the Scientology religion on the road to achieving spiritual freedom and salvation." Congregational services are included, as well as, "the application of Scientology Ethics and Justice technology [applied principles], which are both exclusively religious components of the practice of the Scientology religion." [Exhibit D, ¶2.d.]

21. Between 2011 and 2012, as Mr. Adkins progressed through further services, he executed additional copies of the same contract on five occasions: July 26, 2011; January 26, 2012; February 1, 2012; November 12, 2012; and December 13, 2012. In each case, Mr. Adkins placed his initial after each paragraph, confirming his understanding and agreement. True and correct copies of these Agreements are attached hereto as composite Exhibit E.

22. In early 2013, ethical violations came to light which made Mr. Adkins no longer qualified for ministerial training. At some point thereafter he returned to Atlanta.

23. In early 2015, Mr. Adkins returned to Clearwater and sought to resume religious services at FSO. On January 31, 2015, he executed another Religious Services Enrollment Application, Agreement and General Release. A true and correct copy of that Agreement is attached hereto as Exhibit F.

24. On April 10, 2015, Mr. Adkins typed a communication, which he addressed to an executive of the Church of Scientology of Georgia. This communication is Plaintiff's Exhibit 4, which Mr. Adkins incorrectly refers to as a contract. The document is titled, "CSW," which is an abbreviation for "Completed Staff Work." A CSW is the format used when a Church staff member is requesting approval of something in the Church of Scientology. A CSW presents a situation, provides data, and proposes a solution. A true and correct copy of Plaintiff's Exhibit 4 is attached as Defendant FSO's Exhibit G.

25. The document is addressed, "From Justin Aamir Adkins – ATL Staff member" (identifying himself as a staff member of CSG in Atlanta). It is addressed, "TO: ED Foundation – ATL Org." "ED" means Executive Director. "Foundation" refers to the Church organization that provides activities and services

during weekday evenings and on weekends. No executive or staff member of FSO was addressed.

26. The "situation" posed by Mr. Adkins was, "I need to take an LOA." "LOA" refers to a Leave of Absence. Mr. Adkins explained he had come to FSO intending to stay for a weekend, but said he "took much longer than expected." He had requested an additional 2 weeks, which had apparently been approved. When that time expired, he says he requested an additional three weeks, which he says was approved. With his April 10, 2015 Completed Staff Work, Mr. Adkins then requested approval of an additional five months' leave of absence from his duties as a staff member of CSG so he could continue attending religious services at FSO.

27. The last page of Mr. Adkins' request has spaces for three CSG executives to indicate their approval. Only one signed the document. The three people whose approval Mr. Adkins sought were executives of CSG. No consent or agreement was requested from any FSO person.

28. Soon thereafter, it again became apparent that unethical conduct made Mr. Adkins unqualified for ministerial training.

29. Mid-2016, it was learned that Mr. Adkins had been arrested on illegal drug charges. He ultimately pleaded guilty and was convicted of six felony charges of possessing and selling cocaine. After violating probation he was incarcerated. [Composite Exhibit H]

30. On 17 February 2017, Mr. Adkins was formally expelled from the Church of Scientology.

31. The facts stated above are based upon my personal knowledge acquired through my review of FSO's regularly maintained records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of October, 2026, in Clearwater, Florida.

Peter Mansell

Peter Mansell
Church of Scientology Flag Service Organization

# EXHIBIT A

# THE AIMS OF SCIENTOLOGY

SEPTEMBER 1965

A civilization without insanity, without criminals and without war, where the able can prosper and honest beings can have rights, and where Man is free to rise to greater heights, are the aims of Scientology.

*First announced to an enturbulated world in 1950, these aims are well within the grasp of our technology.*

*Nonpolitical in nature, Scientology welcomes any individual of any creed, race or nation.*

*We seek no revolution. We seek only evolution to higher states of being for the individual and for society.*

*We are achieving our aims.*

*After endless millennia of ignorance about himself, his mind and the universe, a breakthrough has been made for Man.*

*Other efforts Man has made have been surpassed.*

*The combined truths of fifty thousand years of thinking men, distilled and amplified by new discoveries about Man have made for this success.*

*We welcome you to Scientology. We only expect of you your help in achieving our aims and helping others. We expect you to be helped.*

*Scientology is the most vital movement on Earth today.*

*In a turbulent world the job is not easy. But then, if it were, we wouldn't have to be doing it.*

*We respect Man and believe he is worthy of help. We respect you and believe you too can help.*

*Scientology does not owe its help. We have done nothing to cause us to propitiate. Had we done so we would not now be bright enough to do what we are doing.*

*Man suspects all offers of help. He has often been betrayed, his confidence shattered. Too frequently he has given his trust and been betrayed. We may err, for we build a world with broken straws. But we will never betray your faith in us so long as you are one of us.*

*The sun never sets on Scientology.*

*And may a new day dawn for you, for those you love and for Man.*

*Our aims are simple if great.*

*And we will succeed, and are succeeding at each new revolution of the Earth.*

*Your help is acceptable to us.*

*Our help is yours.*

# EXHIBIT B

# THE CREED OF THE CHURCH OF SCIENTOLOGY

## WE OF THE CHURCH BELIEVE:

That all men of whatever race,
color or creed were created with equal rights;

That all men have inalienable rights
to their own religious practices
and their performance;

That all men have inalienable rights
to their own lives;

That all men have inalienable rights
to their sanity;

That all men have inalienable rights
to their own defense;

That all men have inalienable rights
to conceive, choose, assist or support their own
organizations, churches and governments;

That all men have inalienable rights
to think freely, to talk freely, to write freely
their own opinions and to counter or utter
or write upon the opinions of others;

That all men have inalienable rights
to the creation of their own kind;

That the souls of men have the rights of men;

That the study of the mind and the healing
of mentally caused ills should not be alienated
from religion or condoned in nonreligious fields;

And that no agency less than God has
the power to suspend or set aside these rights,
overtly or covertly.

## AND WE OF THE CHURCH BELIEVE:

That man is basically good;

That he is seeking to survive;

That his survival depends upon himself
and upon his fellows and his attainment
of brotherhood with the universe.

## AND WE OF THE CHURCH BELIEVE THAT THE LAWS OF GOD FORBID MAN:

To destroy his own kind;

To destroy the sanity of another;

To destroy or enslave another's soul;

To destroy or reduce the survival
of one's companions or one's group.

## AND WE OF THE CHURCH BELIEVE:

That the spirit can be saved and

That the spirit alone may save or heal the body.

# EXHIBIT C

# Church of Scientology of

Georgia
(Name)

(hereinafter referred to as "the Church")

# Introductory Religious Service Enrollment Application, Agreement and General Release

I, Justin Aamir Adkins, recognize, acknowledge and agree that I am exclusively responsible for all my physical and mental conditions in my life and for the choices and decisions I make affecting my life. With that in mind, and solely of my own volition and in the independent exercise of my own free will, I am voluntarily signing and submitting to the Church of Scientology of Georgia (hereinafter "the Church") this Religious Service Enrollment Application, Agreement and General Release (hereinafter called "Agreement").

By signing this agreement I recognize, acknowledge and agree that:

**a.** Scientology is a religion and all the services and activities of the Scientology religion are exclusively religious in nature and intended for the betterment and well being of mankind.

Dianetics spiritual healing technology is part of the Scientology religion and is the study of what the soul is doing to the body.

**b.** The Founder of Scientology is L. Ron Hubbard. The writings and the recorded spoken words of Mr. Hubbard on the subject of Scientology present a guide intended to assist persons to become aware of themselves as persons, restoring trust and respect for self and others. They are not a statement of claims by the Church, by any other Scientology Organizations, or by Mr. Hubbard.

**c.** The Church makes no claim that I will attain any particular result and shall not be responsible for any personal opinion or belief of any individual staff member for any particular result or effect that may be forthcoming due to my participation in the services.

**d.** The Church and all other Scientology Organizations are separate distinct legal bodies and each is separately responsible for its own management, corporate, ecclesiastical and legal affairs.

**e.** The services provided by the Church are directed towards the well being of mankind. It is done entirely by imparting spiritual knowledge and not through any means of medical assistance.

**f.** The services provided by the Church are not intended and are not used for diagnosing ailments of the body or for engaging in the teaching or practice of any medical arts or sciences. I am not participating in the services of the Church in order to get cured of any physical illness, ailment or condition.

**g.** I shall participate in the services of the Church only if my physical and medical conditions are fit for it and I shall be personally responsible for any injury, loss or damage that may result from such participation.

**h.** I shall proceed in further services provided by the Church only when I feel satisfied with my prior experience.

**i.** Scientology holds out the possibility of a better life and that my success in it depends upon my own ability, strength and determination to overcome the shortcomings and harmful patterns of my past.

**j.** Any donation or offerings once made by me to any Scientology Organization in any manner will belong to that Organization and that the Church is under no obligation whatsoever to return any portion of any religious donation I make. However, I have read Scientology Policy Directive 13 March 1996, Return of Donations, and understand that under certain circumstances a return of donations may be obtained but only through my strict compliance with applicable Church policy.

**k.** In connection with my participation in the Scientology services, the Church may compile folders, files, or documents containing notations and records regarding my spiritual progress. These documents are confidential and shall be the sole property of the Church of Scientology International and I do hereby unconditionally and irrevocably forever abandon, surrender, waive and relinquish without limitation any and all rights of ownership, possession, custody, control, access, copying and viewing of such confidential files documents. The Church of Scientology International shall have the absolute power and right to move physically such confidential documents, anywhere.

**l.** Any personal spiritual progress will be directed by a Case Supervisor who will determine which Scientology services and courses are appropriate for my personal spiritual progress.

**m.** I do hereby unconditionally and irrevocably, forever abandon, surrender, waive and relinquish my right to sue or otherwise seek legal recourse with respect to any dispute, claim against or controversy arising with the Church and any other Scientology Organization and all persons employed by any such entity.

**n.** In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom and law of Scientology, should any dispute, claim or controversy arise between me and the Church, any other Scientology Organization or any person employed by any such entity which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal ethics, justice and binding religious arbitration procedures.

**o.** I am applying of my own volition in good faith to derive all possible personal gain from the Services provided by the Church.

**p.** I have no record of being treated in an institution for mental or emotional disorders.

**q.** I have no criminal record that includes any offenses punishable with imprisonment.

**r.** I am not connected with any person, whether by marital or family ties, of known antagonism to spiritual treatment or to Scientology or to any other Scientology Organization.

**s.** Neither I nor any member of my immediate family has ever sued, embarrassed or attacked or threatened to sue, embarrass or attack, Scientology.

**t.** I am not attempting to infiltrate or investigate Scientology as a representative of any news media, government agency or entity, or any other organization, or person, nor am I here to disrupt Church activities.

I HAVE CAREFULLY READ THIS AGREEMENT AND FULLY UNDERSTAND ITS CONTENTS AND CONSEQUENCES. I HAVE HAD THE OPPORTUNITY TO RECEIVE ADVICE ON THIS AGREEMENT FROM ANY PERSON I WISH, INCLUDING A LAWYER. I REAFFIRM THAT I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES ON THESE TERMS AND THAT THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL.

I sign this agreement on this 1 day of November of 2010 intending to be legally bound by it and request that I be permitted to participate in Scientology religious services.

[signature]
(Signature of the applicant)

Justin AAmir Adkins
(Printed Full Name)

3011 Double Bridges Rd Rutledge, GA 30663
(Home Address)

______________________
(Signature of the parent/guardian/if the applicant is a minor)

______________________
(Printed Full Name)

______________________
(Home Address)

[signature]
(Signature of the Witness)

Kimberly Desormeaux
(Printed Full Name)

Having reviewed the above Religious Service Enrollment Application, Agreement and General Release, the Church, in reliance upon, and conditioned upon, the truthful promises, representation and agreements made herein, on this 1st day of November 2010, accepts Justin Aamir Adkins for participation in Scientology Religious Service on the terms of this Agreement.

Church of Scientology of Georgia

By its: ED
(Title)

Signature: [signature]

# EXHIBIT D

Church of Scientology
Flag Service Organization

*(hereinafter referred to as "the Church")*

# Religious Services Enrollment Application, Agreement and General Release

**1.** I, Justin Adkins, recognize, acknowledge and agree that I am exclusively responsible for my present and future condition in life and for the choices and decisions I make affecting my life. With that in mind, and solely of my own volition and in the independent exercise of my own free will, I am voluntarily signing and submitting to **CHURCH OF SCIENTOLOGY** Flag (hereinafter **"the Church"**) this **RELIGIOUS SERVICES ENROLLMENT APPLICATION, AGREEMENT AND GENERAL RELEASE** (hereinafter **"this Contract"**) so that, upon its acceptance by the Church, I may participate in Religious Services of the Scientology religion under the terms, conditions, covenants, waivers and releases I agree to by signing this Contract.

**2.** This Contract is my statement of my personal, self-determined desire to participate in the Religious Services of the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology is a religion, the Church is a church of the Scientology religion, and all the services and activities of the Scientology religion are exclusively religious in nature. JA

**b.** The Scientology religion is devoted to the study and handling of the human spirit in relationship to itself, universes and other life. The word "Scientology" comes from the Latin "scio," meaning "knowing in the fullest sense of the word," and the Greek "logos," meaning "study of." Dianetics spiritual healing technology is part of the Scientology religion and is the study of what the soul is doing to the body. The word "Dianetics" is from the Greek "dia," meaning "through," and "nous," meaning "soul," and thus means "through soul." JA

**c.** The Founder of the Scientology religion is American author and philosopher L. Ron Hubbard (hereinafter **"LRH"**), whose writings and recorded spoken words on the subjects of Scientology and Dianetics are a record of his observations and research into the nature of the human spirit and condition. The writings and recorded spoken words of LRH on the subjects of Scientology and Dianetics present a guide intended to assist persons to become more aware of themselves as persons, restoring trust and respect for self and others. They are not a statement of claims by the Church, by any other Scientology church or organization, or by LRH. JA

**d.** The term "Religious Services," as used in this Contract, means and refers to the beliefs and practices set forth in the writings and spoken words of LRH on the subjects of Dianetics and Scientology published with the identifying S and double triangle or Dianetics triangle symbol, and all services or application of the principles of Mr. Hubbard provided to me by the ministers or staff of the Church and all other Scientology churches and organizations, including without limitation: "auditing," which is Scientology's unique form of religious counseling encompassing all services on the Scientology Classification, Gradation and Awareness Charts which includes, without limitation, all levels, rundowns, grades, assists, reviews, repairs, seminars, co-audits; all Scientology congregational services of any description; "training," which is the study of the scripture of the Scientology religion on the road to achieving spiritual freedom and salvation and includes without limitation all services identified on the Scientology Classification, Gradation and Awareness Chart, all courses, internships and cramming; the application of Scientology Ethics and Justice technology, which are both exclusively religious components of the practice of the Scientology religion; the study and the application of the principles contained in the administrative writings of LRH used within the Church; and any and all other services or use of the technology of L. Ron Hubbard, without limitation, provided to me by the

ministers or staff of the Church and all other Scientology churches and organizations.

**e.** Neither the Church nor any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion makes any claim:

**i.** that the nature or purpose of Scientology, or of Dianetics, or of the writings and recorded spoken words of LRH, is contrary to what is stated in this Contract;

**ii.** that the application of any Scientology or Dianetics technology or practice will have any particular effect on me or any other person; or

**iii.** that any particular result may be forthcoming from my participation in any Scientology Religious Service. I specifically acknowledge that I have read and that I understand Scientology Policy Directive 13 March 1996, Statements by Staff Members, which states clearly that if any individual staff member of any Scientology church or organization makes any claims about the results which may be forthcoming from my participation in any Scientology Religious Service, any such claims are the personal opinions and beliefs of that staff member only, and are not claims made by the Church or any other Scientology church or organization.

**3.** I have seen the film "Orientation" and I am now informed and aware and fully understand that Scientology is a religion, that its teachings are religious and that its claims are religious in nature. I am further informed and aware and fully understand that when I participate in Scientology services, I am participating in religious services under the ecclesiastical principles of the Scientology religion. I am also informed and aware and fully understand that the Church and all other Scientology churches are separate, distinct legal corporations each independently operating and responsible for its own corporate and ecclesiastical affairs.

**4.** This Contract is my commitment that I desire to participate in Scientology Religious Services exclusively for spiritual purposes in accordance with the beliefs and practices of the Scientology religion. Scientology Religious Services are designed to give spiritual aid, not medical treatment. However, the Scientology religion teaches that the spirit can be saved and that the spirit alone may save or heal the body, and Scientology Religious Services are intended to save the spirit. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology Religious Services are not intended and are not used for diagnosing ailments of the body or for engaging in the teaching or practice of any medical arts or sciences.

**b.** It is exclusively my responsibility to see to my physical and medical well-being, and under no circumstance does the Church or any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion have any responsibility whatsoever in that regard.

**c.** I have not come to the Church, nor do I seek to participate in Scientology Religious Services, solely to be cured of any physical illness, ailment or condition.

**d.** While the registrar can assist me in arranging for a competent medical examination and appropriate treatment by a qualified medical practitioner before I participate in any Scientology Religious Services, it is solely my responsibility to take whatever steps are necessary to demonstrate that I have no diagnosable or medically treatable illnesses, ailments, or conditions that are not under competent medical care before I begin participating in any Scientology Religious Service. Thereafter, any physical illness, ailment or condition I may have that has been treated medically may then be addressed spiritually by the application of the tenets of the Scientology religion, subject to the terms of this Contract.

**e.** I know that I should not participate in any Scientology Religious Service if I have a physical or mental condition which might be aggravated or which might make my participation in the service uncomfortable or distressful to me, and I agree to accept and assume any and all known or unknown risks of injury, loss, or damage resulting from my choices and decisions in that regard.

**f.** Scientology Religious Service may entail the use of a religious artifact known as the "E-Meter" for the purpose of locating and resolving problems and difficulties which are spiritual in nature. I understand that, by itself, the E-Meter does nothing, but serves only as a guide to Scientology ministers to assist parishioners in locating areas of spiritual distress or travail, and that it is not intended or effective for the diagnosis, treatment or prevention of any disease, or for the improvement of health or any bodily function.

**g.** Scientology is unalterably opposed, as a matter of religious belief, to the practice of psychiatry, and espouses as a religious belief that the study of the mind and the healing of mentally caused ills should not be alienated from religion or condoned in nonreligious fields. I am in full agreement with this religious belief. I do not believe in or subscribe to psychiatric labels for individuals. It is my strongly held religious belief that all mental problems are spiritual in nature and that there is no such thing as a mentally incompetent person—only those suffering

from spiritual upset of one kind or another dramatized by an individual. I reject all psychiatric labels and intend for this Contract to clearly memorialize my desire to be helped exclusively through religious, spiritual means and not through any form of psychiatric treatment, specifically including involuntary commitment based on so-called lack of competence. Under no circumstances, at any time, do I wish to be denied my right to care from members of my religion to the exclusion of psychiatric care or psychiatric directed care, regardless of what any psychiatrist, medical person, designated member of the state or family member may assert supposedly on my behalf. If circumstances should ever arise in which government, medical, or psychiatric officials or personnel or family members or friends attempt to compel or coerce or commit me for psychiatric evaluation, treatment or hospitalization, I fully desire and fully expect that the Church or Scientologists will intercede on my behalf to oppose such efforts and/or extricate me from that predicament so my spiritual needs may be addressed in accordance with the tenets of the Scientology religion free from psychiatric intervention.

**5.** This Contract memorializes my intention to participate in Scientology Religious Services only for purposes of self-improvement and spiritual advancement. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Achieving the benefits and goals of the Scientology religion requires my dedicated participation, because only through my own efforts can I achieve those benefits and goals.

**b.** Before I go on to any further service, it is essential that I am completely satisfied with my experience with my prior service. While Scientology holds out the possibility of a better life through adherence to its beliefs and practices, individual spiritual advancement is not always an easy or comfortable task, and my success in Scientology ultimately depends on my own ability, strength and determination to overcome the shortcomings and harmful patterns of my past. By agreeing to proceed with further services, I acknowledge complete satisfaction with all services I have participated in previously.

**c.** No Scientology church is under any duty or obligation whatsoever to return any portion of any religious donation I make. However, I have read Scientology Policy Directive 13 March 1996, Return of Donations, and understand that under certain circumstances identified in published ecclesiastical policies such as that Scientology Policy Directive, a return of donations may be obtained through my strict compliance with those published policies and procedures relating to the Claims Verification Board. I further understand, acknowledge and agree that:

**i.** such procedures require my direct participation to the exclusion of any third parties, including, but not limited to, attorneys;

**ii.** returns of donations are exclusively within the ecclesiastical authority and sole discretion of the Claims Verification Board;

**iii.** any violation of, or deviation from, such published policies by me voids any possibility of my receiving a return of a donation; and

**iv.** should I, at any time, ever request a refund or repayment of donations, such refund or repayment will be given if and only if I have followed the exact procedures of the Claims Verification Board and this Contract, and that in exchange for refund or repayment of such donations as determined by the Claims Verification Board, I execute a complete release, quitclaim and waiver of claims as provided by an authorized Church representative.

**d.** In connection with my participation in Scientology Religious Services, the Church may compile a folder containing its notations of my spiritual progress, known as a "Preclear Folder" or "PC Folder," as well as other ecclesiastical files containing notations regarding my spiritual progress. All of my PC Folders and other ecclesiastical files containing notations regarding my spiritual progress, as well as all contents thereof, are the sole and exclusive property of Church of Scientology International. As a matter of religious belief and of ecclesiastical doctrine and law, such folders and files, and the contents of such folders and files, are kept confidential from all persons who lack the ecclesiastical authority to gain access to such materials, including me, are subject to all applicable clergyman-penitent privileges, and are neither comprehensible nor meant to be understood by anyone whose training and expertise in their interpretation is not recognized and sanctioned by Church of Scientology International.

**i.** As a condition of being accepted for participation in Scientology Religious Services, I forever abandon, surrender, waive, and relinquish without limitation any and all rights of ownership, possession, custody, control, access, copying, and viewing of my PC Folder or Folders and all other ecclesiastical files containing any notations regarding my spiritual progress, both with respect to the folders and files themselves and the information contained in them.

**ii.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any

and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**iii.** Should I or anyone acting or purporting to be acting on my behalf or for my benefit ever seek access to any of my PC Folders or any other ecclesiastical file containing any notations regarding my spiritual progress, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate denial of whatever access is being sought with prejudice to any other or further effort to breach the absolute confidentiality of those materials or the exclusive right of Church of Scientology International to preserve their absolute confidentiality.

**e.** It is both an unalterable religious belief and a matter of ecclesiastical custom of the Scientology religion that my personal spiritual progress will be directed by a minister known as a Case Supervisor who determines which Religious Services are appropriate for my personal spiritual progress and the sequence in which I will participate in such Religious Services. As a matter of religious belief, I acknowledge that my Case Supervisor will make the decisions regarding the appropriate course of my spiritual progress, and I will abide by the decisions and direction of my Case Supervisor in guiding my spiritual progress. All Religious Services in which I participate hereafter at the direction of my Case Supervisor are subject to the terms of this Contract.

**6.** This Contract memorializes my freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** My freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion means that I am forever abandoning, surrendering, waiving, and relinquishing my right to sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, all other Scientology churches, all other organizations which espouse, present, propagate or practice the Scientology religion, and all persons employed by any such entity both in their personal and any official or representational capacities, regardless of the nature of the dispute, claim or controversy.

**b.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**c.** Should I or anyone acting or purporting to be acting on my behalf ever sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, regardless of the nature of the dispute, claim or controversy, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate dismissal of any and all such proceedings with prejudice to further proceedings of any kind.

**d.** In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion, and in accordance with the constitutional prohibitions which forbid governmental interference with religious services or dispute resolution procedures, should any dispute, claim or controversy arise between me and the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures, which include application to senior ecclesiastical bodies, including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ("IJC") or his or her designee.

**e.** Any dispute, claim or controversy which still remains unresolved after review by the IJC shall be submitted to binding religious arbitration in accordance with the arbitration procedures of Church of Scientology International, which provide that:

**i.** I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;

**ii.** in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;

**iii.** within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;

**iv.** the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

**v.** consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

**f.** The Church and all other Scientology churches and organizations which espouse, present, propagate or practice the Scientology religion are each separate, distinct legal corporations, and each such entity is independently responsible for its own management and is independently responsible for its own corporate and ecclesiastical affairs.

**7.** This Contract is my good faith application to participate in Scientology Religious Services. By signing this Contract, I promise, covenant, and represent that:

**a.** I am applying to participate in Scientology Religious Services to achieve spiritual betterment because I truly believe that persons can be helped to gain greater understanding and happiness in life.

**b.** I am applying honestly and in good faith to derive all possible personal gain from Scientology Religious Services.

**c.** I have no record of being committed in an institution for mental or emotional disorders.

**d.** I have no criminal record that includes a felony offense.

**e.** I am not connected with any person, such as by marital or familial ties, of known antagonism to spiritual treatment or to Scientology.

**f.** Neither I nor any member of my immediate family has ever sued, embarrassed or attacked, or threatened to sue, embarrass or attack, Scientology.

**g.** I am not attempting to investigate Scientology as a representative of any news media, government agency or entity, or any other organization, entity or person.

**8.** This Contract will become a legally binding agreement between me and the Church upon its acceptance by the Church or upon my commencing my participation in a Scientology Religious Service, whichever occurs first. In determining whether to accept this Contract, I acknowledge that the Church will rely on the acknowledgements, agreements, representations and promises which I have made herein.

**9.** As further consideration for the Church's permission for me to participate in Scientology Religious Services and for me to use its facilities and other facilities provided for such purposes:

**a.** I, on behalf of myself and on behalf of my heirs, distributees, legal representatives and assigns, agree not to make claims against, sue, attach the property of, or prosecute the Church, the successors and assigns of L. Ron Hubbard, Church of Spiritual Technology, Religious Technology Center, the Church of Scientology International, any and all Scientology-affiliated churches, missions, corporations, associations, partnerships, trusts, religious orders or organizations, or, in any and all capacities and as individuals, their officers, directors, trustees, agents, servants, successors, heirs, executors or representatives, or the owners, managers, employees, agents or representatives or associates of, any facilities conducting Scientology Religious Services (hereinafter collectively **"the Releasees"**) for any physical, mental or emotional injury, property damage, or monetary loss resulting from negligence or other acts, howsoever caused, of any Releasee or of any employee, agent or contractor of the Church, its affiliates, or other Releasee, in any way relating to my participation in Scientology Religious Services.

**b.** I further release and discharge the releasees in any and all capacities and as individuals from all actions, claims or demands I, my heirs, distributees, guardians, legal representatives or assigns now have or may hereafter have for any physical, mental or emotional injury, property damage, or monetary loss resulting in any way from my participation in Scientology Religious Services.

**c.** I further agree to indemnify and save and hold harmless the Releasees in any and all capacities and as individuals, and each of them, from any loss, liability, damage or cost they may incur due to my participation in Scientology Religious Services or due to my presence or action in or about the Church premises or the facilities providing such services.

**d.** I understand, acknowledge and agree that should any provision or provisions of this Contract be, for any reason, unenforceable, the balance shall nonetheless be of full force and effect.

**e.** I further understand, acknowledge and agree that this Contract contains everything that the Church or Church representatives and I have addressed or discussed with respect to Scientology Religious Services, and that it constitutes the sole and entire agreement which contains everything that I have relied upon in applying to participate in Scientology Religious Services and supersedes any and all verbal discussions I have had with anyone.

**I HAVE CAREFULLY READ THIS CONTRACT AND FULLY UNDERSTAND ITS CONTENTS AND CONSEQUENCES. I ALSO UNDERSTAND THAT I AM NOT ELIGIBLE FOR ANY SCIENTOLOGY RELIGIOUS SERVICES UNLESS I SIGN THIS CONTRACT. I REAFFIRM THAT I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES AND THAT THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL. I FULLY UNDERSTAND THAT BY SIGNING BELOW, I AM FOREVER GIVING UP MY RIGHT TO SUE THE CHURCH, ITS STAFF AND ANY OF THE HEREINABOVE REFERENCED RELEASEES FOR ANY INJURY OR DAMAGE SUFFERED IN ANY WAY CONNECTED WITH SCIENTOLOGY RELIGIOUS SERVICES .**

I sign this Religious Services Enrollment Application, Agreement and General Release on this 1 day of Mar ____, 2011, intending to be legally bound by it, and request that I be permitted to participate in Scientology Religious Services.

______________________________
(SIGNATURE OF APPLICANT)

Justin Allen Adkins
(Printed Full Name)

3011 Double Bridges Road Rutledge GA 30663
(Home Address)

______________________________
(SIGNATURE OF PARENT OR GUARDIAN, IF APPLICANT IS A MINOR)

______________________________
(Printed Full Name)

______________________________
(Home Address)

______________________________
(SIGNATURE OF WITNESS)

______________________________
(Printed Full Name)

Having reviewed the above Religious Services Enrollment Application, Agreement and General Release the Church, in reliance upon, and conditioned upon, the truthful promises, representations and agreements made therein, on this 1 day of Mar, 2011, accepts Justin for participation in Scientology Religious Services.

CHURCH OF SCIENTOLOGY FSO

By its: Registrar
(Title)

(SIGNATURE) ______________________________

© 2001 CSFSO. All Rights Reserved. Flag Service Organization Corporate Symbol. SCIENTOLOGY, DIANETICS and E-METER are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGISTS is a collective membership mark designating members of the affiliated churches and missions of Scientology. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks. Printed in U.S.A.

# EXHIBIT E-1

# Church of Scientology Flag Service Organization

*(hereinafter referred to as "the Church")*

# Religious Services Enrollment Application, Agreement and General Release

**1.** I, [illegible], recognize, acknowledge and agree that I am exclusively responsible for my present and future condition in life and for the choices and decisions I make affecting my life. With that in mind, and solely of my own volition and in the independent exercise of my own free will, I am voluntarily signing and submitting to **CHURCH OF SCIENTOLOGY** FSO (hereinafter **"the Church"**) this **RELIGIOUS SERVICES ENROLLMENT APPLICATION, AGREEMENT AND GENERAL RELEASE** (hereinafter **"this Contract"**) so that, upon its acceptance by the Church, I may participate in Religious Services of the Scientology religion under the terms, conditions, covenants, waivers and releases I agree to by signing this Contract.

**2.** This Contract is my statement of my personal, self-determined desire to participate in the Religious Services of the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology is a religion, the Church is a church of the Scientology religion, and all the services and activities of the Scientology religion are exclusively religious in nature.

**b.** The Scientology religion is devoted to the study and handling of the human spirit in relationship to itself, universes and other life. The word "Scientology" comes from the Latin "scio," meaning "knowing in the fullest sense of the word," and the Greek "logos," meaning "study of." Dianetics spiritual healing technology is part of the Scientology religion and is the study of what the soul is doing to the body. The word "Dianetics" is from the Greek "dia," meaning "through," and "nous," meaning "soul," and thus means "through soul."

**c.** The Founder of the Scientology religion is American author and philosopher L. Ron Hubbard (hereinafter **"LRH"**), whose writings and recorded spoken words on the subjects of Scientology and Dianetics are a record of his observations and research into the nature of the human spirit and condition. The writings and recorded spoken words of LRH on the subjects of Scientology and Dianetics present a guide intended to assist persons to become more aware of themselves as persons, restoring trust and respect for self and others. They are not a statement of claims by the Church, by any other Scientology church or organization, or by LRH.

**d.** The term "Religious Services," as used in this Contract, means and refers to the beliefs and practices set forth in the writings and spoken words of LRH on the subjects of Dianetics and Scientology published with the identifying S and double triangle or Dianetics triangle symbol, and all services or application of the principles of Mr. Hubbard provided to me by the ministers or staff of the Church and all other Scientology churches and organizations, including without limitation: "auditing," which is Scientology's unique form of religious counseling encompassing all services on the Scientology Classification, Gradation and Awareness Charts which includes, without limitation, all levels, rundowns, grades, assists, reviews, repairs, seminars, co-audits; all Scientology congregational services of any description; "training," which is the study of the scripture of the Scientology religion on the road to achieving spiritual freedom and salvation and includes without limitation all services identified on the Scientology Classification, Gradation and Awareness Chart, all courses, internships and cramming; the application of Scientology Ethics and Justice technology, which are both exclusively religious components of the practice of the Scientology religion; the study and the application of the principles contained in the administrative writings of LRH used within the Church; and any and all other services or use of the technology of L. Ron Hubbard, without limitation, provided to me by the

ministers or staff of the Church and all other Scientology churches and organizations.

**e.** Neither the Church nor any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion makes any claim:

**i.** that the nature or purpose of Scientology, or of Dianetics, or of the writings and recorded spoken words of LRH, is contrary to what is stated in this Contract;

**ii.** that the application of any Scientology or Dianetics technology or practice will have any particular effect on me or any other person; or

**iii.** that any particular result may be forthcoming from my participation in any Scientology Religious Service. I specifically acknowledge that I have read and that I understand Scientology Policy Directive 13 March 1996, Statements by Staff Members, which states clearly that if any individual staff member of any Scientology church or organization makes any claims about the results which may be forthcoming from my participation in any Scientology Religious Service, any such claims are the personal opinions and beliefs of that staff member only, and are not claims made by the Church or any other Scientology church or organization.

**3.** I have seen the film "Orientation" and I am now informed and aware and fully understand that Scientology is a religion, that its teachings are religious and that its claims are religious in nature. I am further informed and aware and fully understand that when I participate in Scientology services, I am participating in religious services under the ecclesiastical principles of the Scientology religion. I am also informed and aware and fully understand that the Church and all other Scientology churches are separate, distinct legal corporations each independently operating and responsible for its own corporate and ecclesiastical affairs.

**4.** This Contract is my commitment that I desire to participate in Scientology Religious Services exclusively for spiritual purposes in accordance with the beliefs and practices of the Scientology religion. Scientology Religious Services are designed to give spiritual aid, not medical treatment. However, the Scientology religion teaches that the spirit can be saved and that the spirit alone may save or heal the body, and Scientology Religious Services are intended to save the spirit. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology Religious Services are not intended and are not used for diagnosing ailments of the body or for engaging in the teaching or practice of any medical arts or sciences.

**b.** It is exclusively my responsibility to see to my physical and medical well-being, and under no circumstance does the Church or any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion have any responsibility whatsoever in that regard.

**c.** I have not come to the Church, nor do I seek to participate in Scientology Religious Services, solely to be cured of any physical illness, ailment or condition.

**d.** While the registrar can assist me in arranging for a competent medical examination and appropriate treatment by a qualified medical practitioner before I participate in any Scientology Religious Services, it is solely my responsibility to take whatever steps are necessary to demonstrate that I have no diagnosable or medically treatable illnesses, ailments, or conditions that are not under competent medical care before I begin participating in any Scientology Religious Service. Thereafter, any physical illness, ailment or condition I may have that has been treated medically may then be addressed spiritually by the application of the tenets of the Scientology religion, subject to the terms of this Contract.

**e.** I know that I should not participate in any Scientology Religious Service if I have a physical or mental condition which might be aggravated or which might make my participation in the service uncomfortable or distressful to me, and I agree to accept and assume any and all known or unknown risks of injury, loss, or damage resulting from my choices and decisions in that regard.

**f.** Scientology Religious Service may entail the use of a religious artifact known as the "E-Meter" for the purpose of locating and resolving problems and difficulties which are spiritual in nature. I understand that, by itself, the E-Meter does nothing, but serves only as a guide to Scientology ministers to assist parishioners in locating areas of spiritual distress or travail, and that it is not intended or effective for the diagnosis, treatment or prevention of any disease, or for the improvement of health or any bodily function.

**g.** Scientology is unalterably opposed, as a matter of religious belief, to the practice of psychiatry, and espouses as a religious belief that the study of the mind and the healing of mentally caused ills should not be alienated from religion or condoned in nonreligious fields. I am in full agreement with this religious belief. I do not believe in or subscribe to psychiatric labels for individuals. It is my strongly held religious belief that all mental problems are spiritual in nature and that there is no such thing as a mentally incompetent person—only those suffering

from spiritual upset of one kind or another dramatized by an individual. I reject all psychiatric labels and intend for this Contract to clearly memorialize my desire to be helped exclusively through religious, spiritual means and not through any form of psychiatric treatment, specifically including involuntary commitment based on so-called lack of competence. Under no circumstances, at any time, do I wish to be denied my right to care from members of my religion to the exclusion of psychiatric care or psychiatric directed care, regardless of what any psychiatrist, medical person, designated member of the state or family member may assert supposedly on my behalf. If circumstances should ever arise in which government, medical, or psychiatric officials or personnel or family members or friends attempt to compel or coerce or commit me for psychiatric evaluation, treatment or hospitalization, I fully desire and fully expect that the Church or Scientologists will intercede on my behalf to oppose such efforts and/or extricate me from that predicament so my spiritual needs may be addressed in accordance with the tenets of the Scientology religion free from psychiatric intervention.

**5.** This Contract memorializes my intention to participate in Scientology Religious Services only for purposes of self-improvement and spiritual advancement. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Achieving the benefits and goals of the Scientology religion requires my dedicated participation, because only through my own efforts can I achieve those benefits and goals.

**b.** Before I go on to any further service, it is essential that I am completely satisfied with my experience with my prior service. While Scientology holds out the possibility of a better life through adherence to its beliefs and practices, individual spiritual advancement is not always an easy or comfortable task, and my success in Scientology ultimately depends on my own ability, strength and determination to overcome the shortcomings and harmful patterns of my past. By agreeing to proceed with further services, I acknowledge complete satisfaction with all services I have participated in previously.

**c.** No Scientology church is under any duty or obligation whatsoever to return any portion of any religious donation I make. However, I have read Scientology Policy Directive 13 March 1996, Return of Donations, and understand that under certain circumstances identified in published ecclesiastical policies such as that Scientology Policy Directive, a return of donations may be obtained through my strict compliance with those published policies and procedures relating to the Claims Verification Board. I further understand, acknowledge and agree that:

**i.** such procedures require my direct participation to the exclusion of any third parties, including, but not limited to, attorneys;

**ii.** returns of donations are exclusively within the ecclesiastical authority and sole discretion of the Claims Verification Board;

**iii.** any violation of, or deviation from, such published policies by me voids any possibility of my receiving a return of a donation; and

**iv.** should I, at any time, ever request a refund or repayment of donations, such refund or repayment will be given if and only if I have followed the exact procedures of the Claims Verification Board and this Contract, and that in exchange for refund or repayment of such donations as determined by the Claims Verification Board, I execute a complete release, quitclaim and waiver of claims as provided by an authorized Church representative.

**d.** In connection with my participation in Scientology Religious Services, the Church may compile a folder containing its notations of my spiritual progress, known as a "Preclear Folder" or "PC Folder," as well as other ecclesiastical files containing notations regarding my spiritual progress. All of my PC Folders and other ecclesiastical files containing notations regarding my spiritual progress, as well as all contents thereof, are the sole and exclusive property of Church of Scientology International. As a matter of religious belief and of ecclesiastical doctrine and law, such folders and files, and the contents of such folders and files, are kept confidential from all persons who lack the ecclesiastical authority to gain access to such materials, including me, are subject to all applicable clergyman-penitent privileges, and are neither comprehensible nor meant to be understood by anyone whose training and expertise in their interpretation is not recognized and sanctioned by Church of Scientology International.

**i.** As a condition of being accepted for participation in Scientology Religious Services, I forever abandon, surrender, waive, and relinquish without limitation any and all rights of ownership, possession, custody, control, access, copying, and viewing of my PC Folder or Folders and all other ecclesiastical files containing any notations regarding my spiritual progress, both with respect to the folders and files themselves and the information contained in them.

**ii.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any

and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**iii.** Should I or anyone acting or purporting to be acting on my behalf or for my benefit ever seek access to any of my PC Folders or any other ecclesiastical file containing any notations regarding my spiritual progress, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate denial of whatever access is being sought with prejudice to any other or further effort to breach the absolute confidentiality of those materials or the exclusive right of Church of Scientology International to preserve their absolute confidentiality.

**e.** It is both an unalterable religious belief and a matter of ecclesiastical custom of the Scientology religion that my personal spiritual progress will be directed by a minister known as a Case Supervisor who determines which Religious Services are appropriate for my personal spiritual progress and the sequence in which I will participate in such Religious Services. As a matter of religious belief, I acknowledge that my Case Supervisor will make the decisions regarding the appropriate course of my spiritual progress, and I will abide by the decisions and direction of my Case Supervisor in guiding my spiritual progress. All Religious Services in which I participate hereafter at the direction of my Case Supervisor are subject to the terms of this Contract.

**6.** This Contract memorializes my freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** My freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion means that I am forever abandoning, surrendering, waiving, and relinquishing my right to sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, all other Scientology churches, all other organizations which espouse, present, propagate or practice the Scientology religion, and all persons employed by any such entity both in their personal and any official or representational capacities, regardless of the nature of the dispute, claim or controversy.

**b.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**c.** Should I or anyone acting or purporting to be acting on my behalf ever sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, regardless of the nature of the dispute, claim or controversy, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate dismissal of any and all such proceedings with prejudice to further proceedings of any kind.

**d.** In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion, and in accordance with the constitutional prohibitions which forbid governmental interference with religious services or dispute resolution procedures, should any dispute, claim or controversy arise between me and the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures, which include application to senior ecclesiastical bodies, including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ("IJC") or his or her designee.

**e.** Any dispute, claim or controversy which still remains unresolved after review by the IJC shall be submitted to binding religious arbitration in accordance with the arbitration procedures of Church of Scientology International, which provide that:

**i.** I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;

**ii.** in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;

**iii.** within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;

**iv.** the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

**v.** consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

**f.** The Church and all other Scientology churches and organizations which espouse, present, propagate or practice the Scientology religion are each separate, distinct legal corporations, and each such entity is independently responsible for its own management and is independently responsible for its own corporate and ecclesiastical affairs.

**7.** This Contract is my good faith application to participate in Scientology Religious Services. By signing this Contract, I promise, covenant, and represent that:

**a.** I am applying to participate in Scientology Religious Services to achieve spiritual betterment because I truly believe that persons can be helped to gain greater understanding and happiness in life.

**b.** I am applying honestly and in good faith to derive all possible personal gain from Scientology Religious Services.

**c.** I have no record of being committed in an institution for mental or emotional disorders.

**d.** I have no criminal record that includes a felony offense.

**e.** I am not connected with any person, such as by marital or familial ties, of known antagonism to spiritual treatment or to Scientology.

**f.** Neither I nor any member of my immediate family has ever sued, embarrassed or attacked, or threatened to sue, embarrass or attack, Scientology.

**g.** I am not attempting to investigate Scientology as a representative of any news media, government agency or entity, or any other organization, entity or person.

**8.** This Contract will become a legally binding agreement between me and the Church upon its acceptance by the Church or upon my commencing my participation in a Scientology Religious Service, whichever occurs first. In determining whether to accept this Contract, I acknowledge that the Church will rely on the acknowledgements, agreements, representations and promises which I have made herein.

**9.** As further consideration for the Church's permission for me to participate in Scientology Religious Services and for me to use its facilities and other facilities provided for such purposes:

**a.** I, on behalf of myself and on behalf of my heirs, distributees, legal representatives and assigns, agree not to make claims against, sue, attach the property of, or prosecute the Church, the successors and assigns of L. Ron Hubbard, Church of Spiritual Technology, Religious Technology Center, the Church of Scientology International, any and all Scientology-affiliated churches, missions, corporations, associations, partnerships, trusts, religious orders or organizations, or, in any and all capacities and as individuals, their officers, directors, trustees, agents, servants, successors, heirs, executors or representatives, or the owners, managers, employees, agents or representatives or associates of, any facilities conducting Scientology Religious Services (hereinafter collectively **"the Releasees"**) for any physical, mental or emotional injury, property damage, or monetary loss resulting from negligence or other acts, howsoever caused, of any Releasee or of any employee, agent or contractor of the Church, its affiliates, or other Releasee, in any way relating to my participation in Scientology Religious Services.

**b.** I further release and discharge the releasees in any and all capacities and as individuals from all actions, claims or demands I, my heirs, distributees, guardians, legal representatives or assigns now have or may hereafter have for any physical, mental or emotional injury, property damage, or monetary loss resulting in any way from my participation in Scientology Religious Services.

**c.** I further agree to indemnify and save and hold harmless the Releasees in any and all capacities and as individuals, and each of them, from any loss, liability, damage or cost they may incur due to my participation in Scientology Religious Services or due to my presence or action in or about the Church premises or the facilities providing such services. JA

**d.** I understand, acknowledge and agree that should any provision or provisions of this Contract be, for any reason, unenforceable, the balance shall nonetheless be of full force and effect. JA

**e.** I further understand, acknowledge and agree that this Contract contains everything that the Church or Church representatives and I have addressed or discussed with respect to Scientology Religious Services, and that it constitutes the sole and entire agreement which contains everything that I have relied upon in applying to participate in Scientology Religious Services and supersedes any and all verbal discussions I have had with anyone. JA

**I HAVE CAREFULLY READ THIS CONTRACT AND FULLY UNDERSTAND ITS CONTENTS AND CONSEQUENCES. I ALSO UNDERSTAND THAT I AM NOT ELIGIBLE FOR ANY SCIENTOLOGY RELIGIOUS SERVICES UNLESS I SIGN THIS CONTRACT. I REAFFIRM THAT I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES AND THAT THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL. I FULLY UNDERSTAND THAT BY SIGNING BELOW, I AM FOREVER GIVING UP MY RIGHT TO SUE THE CHURCH, ITS STAFF AND ANY OF THE HEREINABOVE REFERENCED RELEASEES FOR ANY INJURY OR DAMAGE SUFFERED IN ANY WAY CONNECTED WITH SCIENTOLOGY RELIGIOUS SERVICES .**

I sign this Religious Services Enrollment Application, Agreement and General Release on this 26 day of July ____, 2011, intending to be legally bound by it, and request that I be permitted to participate in Scientology Religious Services.

[signature]
(SIGNATURE OF APPLICANT)

Justin Adkins
(Printed Full Name)

300 Double Bridges Road Rutledge GA 30663
(Home Address)

____________________
(SIGNATURE OF PARENT OR GUARDIAN, IF APPLICANT IS A MINOR)

____________________
(Printed Full Name)

____________________
(Home Address)

Kierstin Kartrud
(SIGNATURE OF WITNESS)

KIERSTIN KARTRUD
(Printed Full Name)

Having reviewed the above Religious Services Enrollment Application, Agreement and General Release the Church, in reliance upon, and conditioned upon, the truthful promises, representations and agreements made therein, on this ____ day of __________, 20___, accepts ____________ for participation in Scientology Religious Services.

CHURCH OF SCIENTOLOGY ____________________

By its: ____________________
(Title)

(SIGNATURE) ____________________

© 2001 CSFSO All Rights Reserved Flag Service Organization Corporate Symbol, SCIENTOLOGY, DIANETICS and E-METER are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGISTS is a collective membership mark designating members of the affiliated churches and missions of Scientology. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks. Printed in U.S.A

# EXHIBIT E-2

# Church of Scientology Flag Service Organization

(hereinafter referred to as "the Church")

# Religious Services Enrollment Application, Agreement and General Release

1. I, Justin Aamir Adley, recognize, acknowledge and agree that I am exclusively responsible for my present and future condition in life and for the choices and decisions I make affecting my life. With that in mind, and solely of my own volition and in the independent exercise of my own free will, I am voluntarily signing and submitting to **CHURCH OF SCIENTOLOGY** FSO (hereinafter **"the Church"**) this **RELIGIOUS SERVICES ENROLLMENT APPLICATION, AGREEMENT AND GENERAL RELEASE** (hereinafter **"this Contract"**) so that, upon its acceptance by the Church, I may participate in Religious Services of the Scientology religion under the terms, conditions, covenants, waivers and releases I agree to by signing this Contract.

2. This Contract is my statement of my personal, self-determined desire to participate in the Religious Services of the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology is a religion, the Church is a church of the Scientology religion, and all the services and activities of the Scientology religion are exclusively religious in nature. JA

**b.** The Scientology religion is devoted to the study and handling of the human spirit in relationship to itself, universes and other life. The word "Scientology" comes from the Latin "scio," meaning "knowing in the fullest sense of the word," and the Greek "logos," meaning "study of." Dianetics spiritual healing technology is part of the Scientology religion and is the study of what the soul is doing to the body. The word "Dianetics" is from the Greek "dia," meaning "through," and "nous," meaning "soul," and thus means "through soul." JA

**c.** The Founder of the Scientology religion is American author and philosopher L. Ron Hubbard (hereinafter **"LRH"**), whose writings and recorded spoken words on the subjects of Scientology and Dianetics are a record of his observations and research into the nature of the human spirit and condition. The writings and recorded spoken words of LRH on the subjects of Scientology and Dianetics present a guide intended to assist persons to become more aware of themselves as persons, restoring trust and respect for self and others. They are not a statement of claims by the Church, by any other Scientology church or organization, or by LRH. JA

**d.** The term "Religious Services," as used in this Contract, means and refers to the beliefs and practices set forth in the writings and spoken words of LRH on the subjects of Dianetics and Scientology published with the identifying S and double triangle or Dianetics triangle symbol, and all services or application of the principles of Mr. Hubbard provided to me by the ministers or staff of the Church and all other Scientology churches and organizations, including without limitation: "auditing," which is Scientology's unique form of religious counseling encompassing all services on the Scientology Classification, Gradation and Awareness Charts which includes, without limitation, all levels, rundowns, grades, assists, reviews, repairs, seminars, co-audits; all Scientology congregational services of any description; "training," which is the study of the scripture of the Scientology religion on the road to achieving spiritual freedom and salvation and includes without limitation all services identified on the Scientology Classification, Gradation and Awareness Chart, all courses, internships and cramming; the application of Scientology Ethics and Justice technology, which are both exclusively religious components of the practice of the Scientology religion; the study and the application of the principles contained in the administrative writings of LRH used within the Church; and any and all other services or use of the technology of L. Ron Hubbard, without limitation, provided to me by the

ministers or staff of the Church and all other Scientology churches and organizations.

**e.** Neither the Church nor any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion makes any claim:

**i.** that the nature or purpose of Scientology, or of Dianetics, or of the writings and recorded spoken words of LRH, is contrary to what is stated in this Contract;

**ii.** that the application of any Scientology or Dianetics technology or practice will have any particular effect on me or any other person; or

**iii.** that any particular result may be forthcoming from my participation in any Scientology Religious Service. I specifically acknowledge that I have read and that I understand Scientology Policy Directive 13 March 1996, Statements by Staff Members, which states clearly that if any individual staff member of any Scientology church or organization makes any claims about the results which may be forthcoming from my participation in any Scientology Religious Service, any such claims are the personal opinions and beliefs of that staff member only, and are not claims made by the Church or any other Scientology church or organization.

**3.** I have seen the film "Orientation" and I am now informed and aware and fully understand that Scientology is a religion, that its teachings are religious and that its claims are religious in nature. I am further informed and aware and fully understand that when I participate in Scientology services, I am participating in religious services under the ecclesiastical principles of the Scientology religion. I am also informed and aware and fully understand that the Church and all other Scientology churches are separate, distinct legal corporations each independently operating and responsible for its own corporate and ecclesiastical affairs.

**4.** This Contract is my commitment that I desire to participate in Scientology Religious Services exclusively for spiritual purposes in accordance with the beliefs and practices of the Scientology religion. Scientology Religious Services are designed to give spiritual aid, not medical treatment. However, the Scientology religion teaches that the spirit can be saved and that the spirit alone may save or heal the body, and Scientology Religious Services are intended to save the spirit. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology Religious Services are not intended and are not used for diagnosing ailments of the body or for engaging in the teaching or practice of any medical arts or sciences.

**b.** It is exclusively my responsibility to see to my physical and medical well-being, and under no circumstance does the Church or any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion have any responsibility whatsoever in that regard.

**c.** I have not come to the Church, nor do I seek to participate in Scientology Religious Services, solely to be cured of any physical illness, ailment or condition.

**d.** While the registrar can assist me in arranging for a competent medical examination and appropriate treatment by a qualified medical practitioner before I participate in any Scientology Religious Services, it is solely my responsibility to take whatever steps are necessary to demonstrate that I have no diagnosable or medically treatable illnesses, ailments, or conditions that are not under competent medical care before I begin participating in any Scientology Religious Service. Thereafter, any physical illness, ailment or condition I may have that has been treated medically may then be addressed spiritually by the application of the tenets of the Scientology religion, subject to the terms of this Contract.

**e.** I know that I should not participate in any Scientology Religious Service if I have a physical or mental condition which might be aggravated or which might make my participation in the service uncomfortable or distressful to me, and I agree to accept and assume any and all known or unknown risks of injury, loss, or damage resulting from my choices and decisions in that regard.

**f.** Scientology Religious Service may entail the use of a religious artifact known as the "E-Meter" for the purpose of locating and resolving problems and difficulties which are spiritual in nature. I understand that, by itself, the E-Meter does nothing, but serves only as a guide to Scientology ministers to assist parishioners in locating areas of spiritual distress or travail, and that it is not intended or effective for the diagnosis, treatment or prevention of any disease, or for the improvement of health or any bodily function.

**g.** Scientology is unalterably opposed, as a matter of religious belief, to the practice of psychiatry, and espouses as a religious belief that the study of the mind and the healing of mentally caused ills should not be alienated from religion or condoned in nonreligious fields. I am in full agreement with this religious belief. I do not believe in or subscribe to psychiatric labels for individuals. It is my strongly held religious belief that all mental problems are spiritual in nature and that there is no such thing as a mentally incompetent person—only those suffering

from spiritual upset of one kind or another dramatized by an individual. I reject all psychiatric labels and intend for this Contract to clearly memorialize my desire to be helped exclusively through religious, spiritual means and not through any form of psychiatric treatment, specifically including involuntary commitment based on so-called lack of competence. Under no circumstances, at any time, do I wish to be denied my right to care from members of my religion to the exclusion of psychiatric care or psychiatric directed care, regardless of what any psychiatrist, medical person, designated member of the state or family member may assert supposedly on my behalf. If circumstances should ever arise in which government, medical, or psychiatric officials or personnel or family members or friends attempt to compel or coerce or commit me for psychiatric evaluation, treatment or hospitalization, I fully desire and fully expect that the Church or Scientologists will intercede on my behalf to oppose such efforts and/or extricate me from that predicament so my spiritual needs may be addressed in accordance with the tenets of the Scientology religion free from psychiatric intervention.

**5.** This Contract memorializes my intention to participate in Scientology Religious Services only for purposes of self-improvement and spiritual advancement. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Achieving the benefits and goals of the Scientology religion requires my dedicated participation, because only through my own efforts can I achieve those benefits and goals.

**b.** Before I go on to any further service, it is essential that I am completely satisfied with my experience with my prior service. While Scientology holds out the possibility of a better life through adherence to its beliefs and practices, individual spiritual advancement is not always an easy or comfortable task, and my success in Scientology ultimately depends on my own ability, strength and determination to overcome the shortcomings and harmful patterns of my past. By agreeing to proceed with further services, I acknowledge complete satisfaction with all services I have participated in previously.

**c.** No Scientology church is under any duty or obligation whatsoever to return any portion of any religious donation I make. However, I have read Scientology Policy Directive 13 March 1996, Return of Donations, and understand that under certain circumstances identified in published ecclesiastical policies such as that Scientology Policy Directive, a return of donations may be obtained through my strict compliance with those published policies and procedures relating to the Claims Verification Board. I further understand, acknowledge and agree that:

**i.** such procedures require my direct participation to the exclusion of any third parties, including, but not limited to, attorneys;

**ii.** returns of donations are exclusively within the ecclesiastical authority and sole discretion of the Claims Verification Board;

**iii.** any violation of, or deviation from, such published policies by me voids any possibility of my receiving a return of a donation; and

**iv.** should I, at any time, ever request a refund or repayment of donations, such refund or repayment will be given if and only if I have followed the exact procedures of the Claims Verification Board and this Contract, and that in exchange for refund or repayment of such donations as determined by the Claims Verification Board, I execute a complete release, quitclaim and waiver of claims as provided by an authorized Church representative.

**d.** In connection with my participation in Scientology Religious Services, the Church may compile a folder containing its notations of my spiritual progress, known as a "Preclear Folder" or "PC Folder," as well as other ecclesiastical files containing notations regarding my spiritual progress. All of my PC Folders and other ecclesiastical files containing notations regarding my spiritual progress, as well as all contents thereof, are the sole and exclusive property of Church of Scientology International. As a matter of religious belief and of ecclesiastical doctrine and law, such folders and files, and the contents of such folders and files, are kept confidential from all persons who lack the ecclesiastical authority to gain access to such materials, including me, are subject to all applicable clergyman-penitent privileges, and are neither comprehensible nor meant to be understood by anyone whose training and expertise in their interpretation is not recognized and sanctioned by Church of Scientology International.

**i.** As a condition of being accepted for participation in Scientology Religious Services, I forever abandon, surrender, waive, and relinquish without limitation any and all rights of ownership, possession, custody, control, access, copying, and viewing of my PC Folder or Folders and all other ecclesiastical files containing any notations regarding my spiritual progress, both with respect to the folders and files themselves and the information contained in them.

**ii.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any

and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**iii.** Should I or anyone acting or purporting to be acting on my behalf or for my benefit ever seek access to any of my PC Folders or any other ecclesiastical file containing any notations regarding my spiritual progress, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate denial of whatever access is being sought with prejudice to any other or further effort to breach the absolute confidentiality of those materials or the exclusive right of Church of Scientology International to preserve their absolute confidentiality.

**e.** It is both an unalterable religious belief and a matter of ecclesiastical custom of the Scientology religion that my personal spiritual progress will be directed by a minister known as a Case Supervisor who determines which Religious Services are appropriate for my personal spiritual progress and the sequence in which I will participate in such Religious Services. As a matter of religious belief, I acknowledge that my Case Supervisor will make the decisions regarding the appropriate course of my spiritual progress, and I will abide by the decisions and direction of my Case Supervisor in guiding my spiritual progress. All Religious Services in which I participate hereafter at the direction of my Case Supervisor are subject to the terms of this Contract.

**6.** This Contract memorializes my freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** My freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion means that I am forever abandoning, surrendering, waiving, and relinquishing my right to sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, all other Scientology churches, all other organizations which espouse, present, propagate or practice the Scientology religion, and all persons employed by any such entity both in their personal and any official or representational capacities, regardless of the nature of the dispute, claim or controversy.

**b.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**c.** Should I or anyone acting or purporting to be acting on my behalf ever sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, regardless of the nature of the dispute, claim or controversy, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate dismissal of any and all such proceedings with prejudice to further proceedings of any kind.

**d.** In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion, and in accordance with the constitutional prohibitions which forbid governmental interference with religious services or dispute resolution procedures, should any dispute, claim or controversy arise between me and the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures, which include application to senior ecclesiastical bodies, including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ("IJC") or his or her designee.

**e.** Any dispute, claim or controversy which still remains unresolved after review by the IJC shall be submitted to binding religious arbitration in accordance with the arbitration procedures of Church of Scientology International, which provide that:

**i.** I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;

**ii.** in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;

**iii.** within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;

**iv.** the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

**v.** consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

**f.** The Church and all other Scientology churches and organizations which espouse, present, propagate or practice the Scientology religion are each separate, distinct legal corporations, and each such entity is independently responsible for its own management and is independently responsible for its own corporate and ecclesiastical affairs.

**7.** This Contract is my good faith application to participate in Scientology Religious Services. By signing this Contract, I promise, covenant, and represent that:

**a.** I am applying to participate in Scientology Religious Services to achieve spiritual betterment because I truly believe that persons can be helped to gain greater understanding and happiness in life.

**b.** I am applying honestly and in good faith to derive all possible personal gain from Scientology Religious Services.

**c.** I have no record of being committed in an institution for mental or emotional disorders.

**d.** I have no criminal record that includes a felony offense.

**e.** I am not connected with any person, such as by marital or familial ties, of known antagonism to spiritual treatment or to Scientology.

**f.** Neither I nor any member of my immediate family has ever sued, embarrassed or attacked, or threatened to sue, embarrass or attack, Scientology.

**g.** I am not attempting to investigate Scientology as a representative of any news media, government agency or entity, or any other organization, entity or person.

**8.** This Contract will become a legally binding agreement between me and the Church upon its acceptance by the Church or upon my commencing my participation in a Scientology Religious Service, whichever occurs first. In determining whether to accept this Contract, I acknowledge that the Church will rely on the acknowledgements, agreements, representations and promises which I have made herein.

**9.** As further consideration for the Church's permission for me to participate in Scientology Religious Services and for me to use its facilities and other facilities provided for such purposes:

**a.** I, on behalf of myself and on behalf of my heirs, distributees, legal representatives and assigns, agree not to make claims against, sue, attach the property of, or prosecute the Church, the successors and assigns of L. Ron Hubbard, Church of Spiritual Technology, Religious Technology Center, the Church of Scientology International, any and all Scientology-affiliated churches, missions, corporations, associations, partnerships, trusts, religious orders or organizations, or, in any and all capacities and as individuals, their officers, directors, trustees, agents, servants, successors, heirs, executors or representatives, or the owners, managers, employees, agents or representatives or associates of, any facilities conducting Scientology Religious Services (hereinafter collectively **"the Releasees"**) for any physical, mental or emotional injury, property damage, or monetary loss resulting from negligence or other acts, howsoever caused, of any Releasee or of any employee, agent or contractor of the Church, its affiliates, or other Releasee, in any way relating to my participation in Scientology Religious Services.

**b.** I further release and discharge the releasees in any and all capacities and as individuals from all actions, claims or demands I, my heirs, distributees, guardians, legal representatives or assigns now have or may hereafter have for any physical, mental or emotional injury, property damage, or monetary loss resulting in any way from my participation in Scientology Religious Services.

**c.** I further agree to indemnify and save and hold harmless the Releasees in any and all capacities and as individuals, and each of them, from any loss, liability, damage or cost they may incur due to my participation in Scientology Religious Services or due to my presence or action in or about the Church premises or the facilities providing such services.

**d.** I understand, acknowledge and agree that should any provision or provisions of this Contract be, for any reason, unenforceable, the balance shall nonetheless be of full force and effect.

**e.** I further understand, acknowledge and agree that this Contract contains everything that the Church or Church representatives and I have addressed or discussed with respect to Scientology Religious Services, and that it constitutes the sole and entire agreement which contains everything that I have relied upon in applying to participate in Scientology Religious Services and supersedes any and all verbal discussions I have had with anyone.

**I HAVE CAREFULLY READ THIS CONTRACT AND FULLY UNDERSTAND ITS CONTENTS AND CONSEQUENCES. I ALSO UNDERSTAND THAT I AM NOT ELIGIBLE FOR ANY SCIENTOLOGY RELIGIOUS SERVICES UNLESS I SIGN THIS CONTRACT. I REAFFIRM THAT I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES AND THAT THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL. I FULLY UNDERSTAND THAT BY SIGNING BELOW, I AM FOREVER GIVING UP MY RIGHT TO SUE THE CHURCH, ITS STAFF AND ANY OF THE HEREINABOVE REFERENCED RELEASEES FOR ANY INJURY OR DAMAGE SUFFERED IN ANY WAY CONNECTED WITH SCIENTOLOGY RELIGIOUS SERVICES .**

I sign this Religious Services Enrollment Application, Agreement and General Release on this 26 day of Jan ____, 2012 intending to be legally bound by it, and request that I be permitted to participate in Scientology Religious Services.

(SIGNATURE OF APPLICANT)

Justin Adkins

(Printed Full Name)

3211 Double Bridges Rd

(Home Address)

Rutledge, GA

(SIGNATURE OF PARENT OR GUARDIAN, IF APPLICANT IS A MINOR)

(Printed Full Name)

(Home Address)

(SIGNATURE OF WITNESS)

PAUL COOPER

(Printed Full Name)

Having reviewed the above Religious Services Enrollment Application, Agreement and General Release the Church, in reliance upon, and conditioned upon, the truthful promises, representations and agreements made therein, on this 26 day of Jan, 2012 accepts Justin for participation in Scientology Religious Services.

CHURCH OF SCIENTOLOGY FSO

By its: AERC
(Title)

(SIGNATURE)

© 2001 CSFSO. All Rights Reserved. Flag Service Organization Corporate Symbol. SCIENTOLOGY, DIANETICS and E-METER are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGISTS is a collective membership mark designating members of the affiliated churches and missions of Scientology. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks. Printed in U.S.A.

# EXHIBIT E-3

# Church of Scientology Flag Service Organization

(hereinafter referred to as "the Church")

# Religious Services Enrollment Application, Agreement and General Release

**1.** I, [illegible], recognize, acknowledge and agree that I am exclusively responsible for my present and future condition in life and for the choices and decisions I make affecting my life. With that in mind, and solely of my own volition and in the independent exercise of my own free will, I am voluntarily signing and submitting to **CHURCH OF SCIENTOLOGY** FSO (hereinafter **"the Church"**) this **RELIGIOUS SERVICES ENROLLMENT APPLICATION, AGREEMENT AND GENERAL RELEASE** (hereinafter **"this Contract"**) so that, upon its acceptance by the Church, I may participate in Religious Services of the Scientology religion under the terms, conditions, covenants, waivers and releases I agree to by signing this Contract.

**2.** This Contract is my statement of my personal, self-determined desire to participate in the Religious Services of the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology is a religion, the Church is a church of the Scientology religion, and all the services and activities of the Scientology religion are exclusively religious in nature.

**b.** The Scientology religion is devoted to the study and handling of the human spirit in relationship to itself, universes and other life. The word "Scientology" comes from the Latin "scio," meaning "knowing in the fullest sense of the word," and the Greek "logos," meaning "study of." Dianetics spiritual healing technology is part of the Scientology religion and is the study of what the soul is doing to the body. The word "Dianetics" is from the Greek "dia," meaning "through," and "nous," meaning "soul," and thus means "through soul."

**c.** The Founder of the Scientology religion is American author and philosopher L. Ron Hubbard (hereinafter **"LRH"**), whose writings and recorded spoken words on the subjects of Scientology and Dianetics are a record of his observations and research into the nature of the human spirit and condition. The writings and recorded spoken words of LRH on the subjects of Scientology and Dianetics present a guide intended to assist persons to become more aware of themselves as persons, restoring trust and respect for self and others. They are not a statement of claims by the Church, by any other Scientology church or organization, or by LRH.

**d.** The term "Religious Services," as used in this Contract, means and refers to the beliefs and practices set forth in the writings and spoken words of LRH on the subjects of Dianetics and Scientology published with the identifying S and double triangle or Dianetics triangle symbol, and all services or application of the principles of Mr. Hubbard provided to me by the ministers or staff of the Church and all other Scientology churches and organizations, including without limitation: "auditing," which is Scientology's unique form of religious counseling encompassing all services on the Scientology Classification, Gradation and Awareness Charts which includes, without limitation, all levels, rundowns, grades, assists, reviews, repairs, seminars, co-audits; all Scientology congregational services of any description; "training," which is the study of the scripture of the Scientology religion on the road to achieving spiritual freedom and salvation and includes without limitation all services identified on the Scientology Classification, Gradation and Awareness Chart, all courses, internships and cramming; the application of Scientology Ethics and Justice technology, which are both exclusively religious components of the practice of the Scientology religion; the study and the application of the principles contained in the administrative writings of LRH used within the Church; and any and all other services or use of the technology of L. Ron Hubbard, without limitation, provided to me by the

ministers or staff of the Church and all other Scientology churches and organizations.

**e.** Neither the Church nor any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion makes any claim:

**i.** that the nature or purpose of Scientology, or of Dianetics, or of the writings and recorded spoken words of LRH, is contrary to what is stated in this Contract;

**ii.** that the application of any Scientology or Dianetics technology or practice will have any particular effect on me or any other person; or

**iii.** that any particular result may be forthcoming from my participation in any Scientology Religious Service. I specifically acknowledge that I have read and that I understand Scientology Policy Directive 13 March 1996, Statements by Staff Members, which states clearly that if any individual staff member of any Scientology church or organization makes any claims about the results which may be forthcoming from my participation in any Scientology Religious Service, any such claims are the personal opinions and beliefs of that staff member only, and are not claims made by the Church or any other Scientology church or organization.

**3.** I have seen the film "Orientation" and I am now informed and aware and fully understand that Scientology is a religion, that its teachings are religious and that its claims are religious in nature. I am further informed and aware and fully understand that when I participate in Scientology services, I am participating in religious services under the ecclesiastical principles of the Scientology religion. I am also informed and aware and fully understand that the Church and all other Scientology churches are separate, distinct legal corporations each independently operating and responsible for its own corporate and ecclesiastical affairs.

**4.** This Contract is my commitment that I desire to participate in Scientology Religious Services exclusively for spiritual purposes in accordance with the beliefs and practices of the Scientology religion. Scientology Religious Services are designed to give spiritual aid, not medical treatment. However, the Scientology religion teaches that the spirit can be saved and that the spirit alone may save or heal the body, and Scientology Religious Services are intended to save the spirit. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology Religious Services are not intended and are not used for diagnosing ailments of the body or for engaging in the teaching or practice of any medical arts or sciences.

**b.** It is exclusively my responsibility to see to my physical and medical well-being, and under no circumstance does the Church or any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion have any responsibility whatsoever in that regard.

**c.** I have not come to the Church, nor do I seek to participate in Scientology Religious Services, solely to be cured of any physical illness, ailment or condition.

**d.** While the registrar can assist me in arranging for a competent medical examination and appropriate treatment by a qualified medical practitioner before I participate in any Scientology Religious Services, it is solely my responsibility to take whatever steps are necessary to demonstrate that I have no diagnosable or medically treatable illnesses, ailments, or conditions that are not under competent medical care before I begin participating in any Scientology Religious Service. Thereafter, any physical illness, ailment or condition I may have that has been treated medically may then be addressed spiritually by the application of the tenets of the Scientology religion, subject to the terms of this Contract.

**e.** I know that I should not participate in any Scientology Religious Service if I have a physical or mental condition which might be aggravated or which might make my participation in the service uncomfortable or distressful to me, and I agree to accept and assume any and all known or unknown risks of injury, loss, or damage resulting from my choices and decisions in that regard.

**f.** Scientology Religious Service may entail the use of a religious artifact known as the "E-Meter" for the purpose of locating and resolving problems and difficulties which are spiritual in nature. I understand that, by itself, the E-Meter does nothing, but serves only as a guide to Scientology ministers to assist parishioners in locating areas of spiritual distress or travail, and that it is not intended or effective for the diagnosis, treatment or prevention of any disease, or for the improvement of health or any bodily function.

**g.** Scientology is unalterably opposed, as a matter of religious belief, to the practice of psychiatry, and espouses as a religious belief that the study of the mind and the healing of mentally caused ills should not be alienated from religion or condoned in nonreligious fields. I am in full agreement with this religious belief. I do not believe in or subscribe to psychiatric labels for individuals. It is my strongly held religious belief that all mental problems are spiritual in nature and that there is no such thing as a mentally incompetent person—only those suffering

from spiritual upset of one kind or another dramatized by an individual. I reject all psychiatric labels and intend for this Contract to clearly memorialize my desire to be helped exclusively through religious, spiritual means and not through any form of psychiatric treatment, specifically including involuntary commitment based on so-called lack of competence. Under no circumstances, at any time, do I wish to be denied my right to care from members of my religion to the exclusion of psychiatric care or psychiatric directed care, regardless of what any psychiatrist, medical person, designated member of the state or family member may assert supposedly on my behalf. If circumstances should ever arise in which government, medical, or psychiatric officials or personnel or family members or friends attempt to compel or coerce or commit me for psychiatric evaluation, treatment or hospitalization, I fully desire and fully expect that the Church or Scientologists will intercede on my behalf to oppose such efforts and/or extricate me from that predicament so my spiritual needs may be addressed in accordance with the tenets of the Scientology religion free from psychiatric intervention.

**5.** This Contract memorializes my intention to participate in Scientology Religious Services only for purposes of self-improvement and spiritual advancement. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Achieving the benefits and goals of the Scientology religion requires my dedicated participation, because only through my own efforts can I achieve those benefits and goals.

**b.** Before I go on to any further service, it is essential that I am completely satisfied with my experience with my prior service. While Scientology holds out the possibility of a better life through adherence to its beliefs and practices, individual spiritual advancement is not always an easy or comfortable task, and my success in Scientology ultimately depends on my own ability, strength and determination to overcome the shortcomings and harmful patterns of my past. By agreeing to proceed with further services, I acknowledge complete satisfaction with all services I have participated in previously.

**c.** No Scientology church is under any duty or obligation whatsoever to return any portion of any religious donation I make. However, I have read Scientology Policy Directive 13 March 1996, Return of Donations, and understand that under certain circumstances identified in published ecclesiastical policies such as that Scientology Policy Directive, a return of donations may be obtained through my strict compliance with those published policies and procedures relating to the Claims Verification Board. I further understand, acknowledge and agree that:

**i.** such procedures require my direct participation to the exclusion of any third parties, including, but not limited to, attorneys;

**ii.** returns of donations are exclusively within the ecclesiastical authority and sole discretion of the Claims Verification Board;

**iii.** any violation of, or deviation from, such published policies by me voids any possibility of my receiving a return of a donation; and

**iv.** should I, at any time, ever request a refund or repayment of donations, such refund or repayment will be given if and only if I have followed the exact procedures of the Claims Verification Board and this Contract, and that in exchange for refund or repayment of such donations as determined by the Claims Verification Board, I execute a complete release, quitclaim and waiver of claims as provided by an authorized Church representative.

**d.** In connection with my participation in Scientology Religious Services, the Church may compile a folder containing its notations of my spiritual progress, known as a "Preclear Folder" or "PC Folder," as well as other ecclesiastical files containing notations regarding my spiritual progress. All of my PC Folders and other ecclesiastical files containing notations regarding my spiritual progress, as well as all contents thereof, are the sole and exclusive property of Church of Scientology International. As a matter of religious belief and of ecclesiastical doctrine and law, such folders and files, and the contents of such folders and files, are kept confidential from all persons who lack the ecclesiastical authority to gain access to such materials, including me, are subject to all applicable clergyman-penitent privileges, and are neither comprehensible nor meant to be understood by anyone whose training and expertise in their interpretation is not recognized and sanctioned by Church of Scientology International.

**i.** As a condition of being accepted for participation in Scientology Religious Services, I forever abandon, surrender, waive, and relinquish without limitation any and all rights of ownership, possession, custody, control, access, copying, and viewing of my PC Folder or Folders and all other ecclesiastical files containing any notations regarding my spiritual progress, both with respect to the folders and files themselves and the information contained in them.

**ii.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any

and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**iii.** Should I or anyone acting or purporting to be acting on my behalf or for my benefit ever seek access to any of my PC Folders or any other ecclesiastical file containing any notations regarding my spiritual progress, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate denial of whatever access is being sought with prejudice to any other or further effort to breach the absolute confidentiality of those materials or the exclusive right of Church of Scientology International to preserve their absolute confidentiality.

**e.** It is both an unalterable religious belief and a matter of ecclesiastical custom of the Scientology religion that my personal spiritual progress will be directed by a minister known as a Case Supervisor who determines which Religious Services are appropriate for my personal spiritual progress and the sequence in which I will participate in such Religious Services. As a matter of religious belief, I acknowledge that my Case Supervisor will make the decisions regarding the appropriate course of my spiritual progress, and I will abide by the decisions and direction of my Case Supervisor in guiding my spiritual progress. All Religious Services in which I participate hereafter at the direction of my Case Supervisor are subject to the terms of this Contract.

**6.** This Contract memorializes my freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** My freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion means that I am forever abandoning, surrendering, waiving, and relinquishing my right to sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, all other Scientology churches, all other organizations which espouse, present, propagate or practice the Scientology religion, and all persons employed by any such entity both in their personal and any official or representational capacities, regardless of the nature of the dispute, claim or controversy.

**b.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**c.** Should I or anyone acting or purporting to be acting on my behalf ever sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, regardless of the nature of the dispute, claim or controversy, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate dismissal of any and all such proceedings with prejudice to further proceedings of any kind.

**d.** In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion, and in accordance with the constitutional prohibitions which forbid governmental interference with religious services or dispute resolution procedures, should any dispute, claim or controversy arise between me and the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures, which include application to senior ecclesiastical bodies, including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ("IJC") or his or her designee.

**e.** Any dispute, claim or controversy which still remains unresolved after review by the IJC shall be submitted to binding religious arbitration in accordance with the arbitration procedures of Church of Scientology International, which provide that:

**i.** I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;

**ii.** in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;

**iii.** within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;

**iv.** the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

**v.** consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

**f.** The Church and all other Scientology churches and organizations which espouse, present, propagate or practice the Scientology religion are each separate, distinct legal corporations, and each such entity is independently responsible for its own management and is independently responsible for its own corporate and ecclesiastical affairs.

**7.** This Contract is my good faith application to participate in Scientology Religious Services. By signing this Contract, I promise, covenant, and represent that:

**a.** I am applying to participate in Scientology Religious Services to achieve spiritual betterment because I truly believe that persons can be helped to gain greater understanding and happiness in life.

**b.** I am applying honestly and in good faith to derive all possible personal gain from Scientology Religious Services.

**c.** I have no record of being committed in an institution for mental or emotional disorders.

**d.** I have no criminal record that includes a felony offense.

**e.** I am not connected with any person, such as by marital or familial ties, of known antagonism to spiritual treatment or to Scientology.

**f.** Neither I nor any member of my immediate family has ever sued, embarrassed or attacked, or threatened to sue, embarrass or attack, Scientology.

**g.** I am not attempting to investigate Scientology as a representative of any news media, government agency or entity, or any other organization, entity or person.

**8.** This Contract will become a legally binding agreement between me and the Church upon its acceptance by the Church or upon my commencing my participation in a Scientology Religious Service, whichever occurs first. In determining whether to accept this Contract, I acknowledge that the Church will rely on the acknowledgements, agreements, representations and promises which I have made herein.

**9.** As further consideration for the Church's permission for me to participate in Scientology Religious Services and for me to use its facilities and other facilities provided for such purposes:

**a.** I, on behalf of myself and on behalf of my heirs, distributees, legal representatives and assigns, agree not to make claims against, sue, attach the property of, or prosecute the Church, the successors and assigns of L. Ron Hubbard, Church of Spiritual Technology, Religious Technology Center, the Church of Scientology International, any and all Scientology-affiliated churches, missions, corporations, associations, partnerships, trusts, religious orders or organizations, or, in any and all capacities and as individuals, their officers, directors, trustees, agents, servants, successors, heirs, executors or representatives, or the owners, managers, employees, agents or representatives or associates of, any facilities conducting Scientology Religious Services (hereinafter collectively **"the Releasees"**) for any physical, mental or emotional injury, property damage, or monetary loss resulting from negligence or other acts, howsoever caused, of any Releasee or of any employee, agent or contractor of the Church, its affiliates, or other Releasee, in any way relating to my participation in Scientology Religious Services.

**b.** I further release and discharge the releasees in any and all capacities and as individuals from all actions, claims or demands I, my heirs, distributees, guardians, legal representatives or assigns now have or may hereafter have for any physical, mental or emotional injury, property damage, or monetary loss resulting in any way from my participation in Scientology Religious Services.

**c.** I further agree to indemnify and save and hold harmless the Releasees in any and all capacities and as individuals, and each of them, from any loss, liability, damage or cost they may incur due to my participation in Scientology Religious Services or due to my presence or action in or about the Church premises or the facilities providing such services. ______

**d.** I understand, acknowledge and agree that should any provision or provisions of this Contract be, for any reason, unenforceable, the balance shall nonetheless be of full force and effect. ______

**e.** I further understand, acknowledge and agree that this Contract contains everything that the Church or Church representatives and I have addressed or discussed with respect to Scientology Religious Services, and that it constitutes the sole and entire agreement which contains everything that I have relied upon in applying to participate in Scientology Religious Services and supersedes any and all verbal discussions I have had with anyone. ______

**I HAVE CAREFULLY READ THIS CONTRACT AND FULLY UNDERSTAND ITS CONTENTS AND CONSEQUENCES. I ALSO UNDERSTAND THAT I AM NOT ELIGIBLE FOR ANY SCIENTOLOGY RELIGIOUS SERVICES UNLESS I SIGN THIS CONTRACT. I REAFFIRM THAT I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES AND THAT THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL. I FULLY UNDERSTAND THAT BY SIGNING BELOW, I AM FOREVER GIVING UP MY RIGHT TO SUE THE CHURCH, ITS STAFF AND ANY OF THE HEREINABOVE REFERENCED RELEASEES FOR ANY INJURY OR DAMAGE SUFFERED IN ANY WAY CONNECTED WITH SCIENTOLOGY RELIGIOUS SERVICES .**

I sign this Religious Services Enrollment Application, Agreement and General Release on this 1 day of Feb ____, 2012 intending to be legally bound by it, and request that I be permitted to participate in Scientology Religious Services.

______________________________
(SIGNATURE OF APPLICANT)

Justin Adkins
(Printed Full Name)

3011 Double Bridges Road
(Home Address)

______________________________
(SIGNATURE OF PARENT OR GUARDIAN, IF APPLICANT IS A MINOR)

______________________________
(Printed Full Name)

______________________________
(Home Address)

______________________________
(SIGNATURE OF WITNESS)

Tatyana Minenok
(Printed Full Name)

Having reviewed the above Religious Services Enrollment Application, Agreement and General Release the Church, in reliance upon, and conditioned upon, the truthful promises, representations and agreements made therein, on this ____ day of ____________, 20___, accepts ______________ for participation in Scientology Religious Services.

CHURCH OF SCIENTOLOGY ______________________________

By its: ______________________________
(Title)

(SIGNATURE) ______________________________

© 2001 CSFSO. All Rights Reserved. Flag Service Organization Corporate Symbol. SCIENTOLOGY, DIANETICS and E-METER are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGISTS is a collective membership mark designating members of the affiliated churches and missions of Scientology. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks. Printed in U.S.A

# EXHIBIT E-4

# Church of Scientology Flag Service Organization

*(hereinafter referred to as "the Church")*

# Religious Services Enrollment Application, Agreement and General Release

**1.** I, Justin Amir Adams, recognize, acknowledge and agree that I am exclusively responsible for my present and future condition in life and for the choices and decisions I make affecting my life. With that in mind, and solely of my own volition and in the independent exercise of my own free will, I am voluntarily signing and submitting to **CHURCH OF SCIENTOLOGY** Flag (hereinafter **"the Church"**) this **RELIGIOUS SERVICES ENROLLMENT APPLICATION, AGREEMENT AND GENERAL RELEASE** (hereinafter **"this Contract"**) so that, upon its acceptance by the Church, I may participate in Religious Services of the Scientology religion under the terms, conditions, covenants, waivers and releases I agree to by signing this Contract.

**2.** This Contract is my statement of my personal, self-determined desire to participate in the Religious Services of the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology is a religion, the Church is a church of the Scientology religion, and all the services and activities of the Scientology religion are exclusively religious in nature. JA

**b.** The Scientology religion is devoted to the study and handling of the human spirit in relationship to itself, universes and other life. The word "Scientology" comes from the Latin "scio," meaning "knowing in the fullest sense of the word," and the Greek "logos," meaning "study of." Dianetics spiritual healing technology is part of the Scientology religion and is the study of what the soul is doing to the body. The word "Dianetics" is from the Greek "dia," meaning "through," and "nous," meaning "soul," and thus means "through soul." JA

**c.** The Founder of the Scientology religion is American author and philosopher L. Ron Hubbard (hereinafter **"LRH"**), whose writings and recorded spoken words on the subjects of Scientology and Dianetics are a record of his observations and research into the nature of the human spirit and condition. The writings and recorded spoken words of LRH on the subjects of Scientology and Dianetics present a guide intended to assist persons to become more aware of themselves as persons, restoring trust and respect for self and others. They are not a statement of claims by the Church, by any other Scientology church or organization, or by LRH. JA

**d.** The term "Religious Services," as used in this Contract, means and refers to the beliefs and practices set forth in the writings and spoken words of LRH on the subjects of Dianetics and Scientology published with the identifying S and double triangle or Dianetics triangle symbol, and all services or application of the principles of Mr. Hubbard provided to me by the ministers or staff of the Church and all other Scientology churches and organizations, including without limitation: "auditing," which is Scientology's unique form of religious counseling encompassing all services on the Scientology Classification, Gradation and Awareness Charts which includes, without limitation, all levels, rundowns, grades, assists, reviews, repairs, seminars, co-audits; all Scientology congregational services of any description; "training," which is the study of the scripture of the Scientology religion on the road to achieving spiritual freedom and salvation and includes without limitation all services identified on the Scientology Classification, Gradation and Awareness Chart, all courses, internships and cramming; the application of Scientology Ethics and Justice technology, which are both exclusively religious components of the practice of the Scientology religion; the study and the application of the principles contained in the administrative writings of LRH used within the Church; and any and all other services or use of the technology of L. Ron Hubbard, without limitation, provided to me by the

ministers or staff of the Church and all other Scientology churches and organizations.

**e.** Neither the Church nor any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion makes any claim:

**i.** that the nature or purpose of Scientology, or of Dianetics, or of the writings and recorded spoken words of LRH, is contrary to what is stated in this Contract;

**ii.** that the application of any Scientology or Dianetics technology or practice will have any particular effect on me or any other person; or

**iii.** that any particular result may be forthcoming from my participation in any Scientology Religious Service. I specifically acknowledge that I have read and that I understand Scientology Policy Directive 13 March 1996, Statements by Staff Members, which states clearly that if any individual staff member of any Scientology church or organization makes any claims about the results which may be forthcoming from my participation in any Scientology Religious Service, any such claims are the personal opinions and beliefs of that staff member only, and are not claims made by the Church or any other Scientology church or organization.

**3.** I have seen the film "Orientation" and I am now informed and aware and fully understand that Scientology is a religion, that its teachings are religious and that its claims are religious in nature. I am further informed and aware and fully understand that when I participate in Scientology services, I am participating in religious services under the ecclesiastical principles of the Scientology religion. I am also informed and aware and fully understand that the Church and all other Scientology churches are separate, distinct legal corporations each independently operating and responsible for its own corporate and ecclesiastical affairs.

**4.** This Contract is my commitment that I desire to participate in Scientology Religious Services exclusively for spiritual purposes in accordance with the beliefs and practices of the Scientology religion. Scientology Religious Services are designed to give spiritual aid, not medical treatment. However, the Scientology religion teaches that the spirit can be saved and that the spirit alone may save or heal the body, and Scientology Religious Services are intended to save the spirit. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology Religious Services are not intended and are not used for diagnosing ailments of the body or for engaging in the teaching or practice of any medical arts or sciences.

**b.** It is exclusively my responsibility to see to my physical and medical well-being, and under no circumstance does the Church or any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion have any responsibility whatsoever in that regard.

**c.** I have not come to the Church, nor do I seek to participate in Scientology Religious Services, solely to be cured of any physical illness, ailment or condition.

**d.** While the registrar can assist me in arranging for a competent medical examination and appropriate treatment by a qualified medical practitioner before I participate in any Scientology Religious Services, it is solely my responsibility to take whatever steps are necessary to demonstrate that I have no diagnosable or medically treatable illnesses, ailments, or conditions that are not under competent medical care before I begin participating in any Scientology Religious Service. Thereafter, any physical illness, ailment or condition I may have that has been treated medically may then be addressed spiritually by the application of the tenets of the Scientology religion, subject to the terms of this Contract.

**e.** I know that I should not participate in any Scientology Religious Service if I have a physical or mental condition which might be aggravated or which might make my participation in the service uncomfortable or distressful to me, and I agree to accept and assume any and all known or unknown risks of injury, loss, or damage resulting from my choices and decisions in that regard.

**f.** Scientology Religious Service may entail the use of a religious artifact known as the "E-Meter" for the purpose of locating and resolving problems and difficulties which are spiritual in nature. I understand that, by itself, the E-Meter does nothing, but serves only as a guide to Scientology ministers to assist parishioners in locating areas of spiritual distress or travail, and that it is not intended or effective for the diagnosis, treatment or prevention of any disease, or for the improvement of health or any bodily function.

**g.** Scientology is unalterably opposed, as a matter of religious belief, to the practice of psychiatry, and espouses as a religious belief that the study of the mind and the healing of mentally caused ills should not be alienated from religion or condoned in nonreligious fields. I am in full agreement with this religious belief. I do not believe in or subscribe to psychiatric labels for individuals. It is my strongly held religious belief that all mental problems are spiritual in nature and that there is no such thing as a mentally incompetent person—only those suffering

from spiritual upset of one kind or another dramatized by an individual. I reject all psychiatric labels and intend for this Contract to clearly memorialize my desire to be helped exclusively through religious, spiritual means and not through any form of psychiatric treatment, specifically including involuntary commitment based on so-called lack of competence. Under no circumstances, at any time, do I wish to be denied my right to care from members of my religion to the exclusion of psychiatric care or psychiatric directed care, regardless of what any psychiatrist, medical person, designated member of the state or family member may assert supposedly on my behalf. If circumstances should ever arise in which government, medical, or psychiatric officials or personnel or family members or friends attempt to compel or coerce or commit me for psychiatric evaluation, treatment or hospitalization, I fully desire and fully expect that the Church or Scientologists will intercede on my behalf to oppose such efforts and/or extricate me from that predicament so my spiritual needs may be addressed in accordance with the tenets of the Scientology religion free from psychiatric intervention.

**5.** This Contract memorializes my intention to participate in Scientology Religious Services only for purposes of self-improvement and spiritual advancement. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Achieving the benefits and goals of the Scientology religion requires my dedicated participation, because only through my own efforts can I achieve those benefits and goals.

**b.** Before I go on to any further service, it is essential that I am completely satisfied with my experience with my prior service. While Scientology holds out the possibility of a better life through adherence to its beliefs and practices, individual spiritual advancement is not always an easy or comfortable task, and my success in Scientology ultimately depends on my own ability, strength and determination to overcome the shortcomings and harmful patterns of my past. By agreeing to proceed with further services, I acknowledge complete satisfaction with all services I have participated in previously.

**c.** No Scientology church is under any duty or obligation whatsoever to return any portion of any religious donation I make. However, I have read Scientology Policy Directive 13 March 1996, Return of Donations, and understand that under certain circumstances identified in published ecclesiastical policies such as that Scientology Policy Directive, a return of donations may be obtained through my strict compliance with those published policies and procedures relating to the Claims Verification Board. I further understand, acknowledge and agree that:

**i.** such procedures require my direct participation to the exclusion of any third parties, including, but not limited to, attorneys;

**ii.** returns of donations are exclusively within the ecclesiastical authority and sole discretion of the Claims Verification Board;

**iii.** any violation of, or deviation from, such published policies by me voids any possibility of my receiving a return of a donation; and

**iv.** should I, at any time, ever request a refund or repayment of donations, such refund or repayment will be given if and only if I have followed the exact procedures of the Claims Verification Board and this Contract, and that in exchange for refund or repayment of such donations as determined by the Claims Verification Board, I execute a complete release, quitclaim and waiver of claims as provided by an authorized Church representative.

**d.** In connection with my participation in Scientology Religious Services, the Church may compile a folder containing its notations of my spiritual progress, known as a "Preclear Folder" or "PC Folder," as well as other ecclesiastical files containing notations regarding my spiritual progress. All of my PC Folders and other ecclesiastical files containing notations regarding my spiritual progress, as well as all contents thereof, are the sole and exclusive property of Church of Scientology International. As a matter of religious belief and of ecclesiastical doctrine and law, such folders and files, and the contents of such folders and files, are kept confidential from all persons who lack the ecclesiastical authority to gain access to such materials, including me, are subject to all applicable clergyman-penitent privileges, and are neither comprehensible nor meant to be understood by anyone whose training and expertise in their interpretation is not recognized and sanctioned by Church of Scientology International.

**i.** As a condition of being accepted for participation in Scientology Religious Services, I forever abandon, surrender, waive, and relinquish without limitation any and all rights of ownership, possession, custody, control, access, copying, and viewing of my PC Folder or Folders and all other ecclesiastical files containing any notations regarding my spiritual progress, both with respect to the folders and files themselves and the information contained in them.

**ii.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any

and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**iii.** Should I or anyone acting or purporting to be acting on my behalf or for my benefit ever seek access to any of my PC Folders or any other ecclesiastical file containing any notations regarding my spiritual progress, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate denial of whatever access is being sought with prejudice to any other or further effort to breach the absolute confidentiality of those materials or the exclusive right of Church of Scientology International to preserve their absolute confidentiality.

**e.** It is both an unalterable religious belief and a matter of ecclesiastical custom of the Scientology religion that my personal spiritual progress will be directed by a minister known as a Case Supervisor who determines which Religious Services are appropriate for my personal spiritual progress and the sequence in which I will participate in such Religious Services. As a matter of religious belief, I acknowledge that my Case Supervisor will make the decisions regarding the appropriate course of my spiritual progress, and I will abide by the decisions and direction of my Case Supervisor in guiding my spiritual progress. All Religious Services in which I participate hereafter at the direction of my Case Supervisor are subject to the terms of this Contract.

**6.** This Contract memorializes my freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** My freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion means that I am forever abandoning, surrendering, waiving, and relinquishing my right to sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, all other Scientology churches, all other organizations which espouse, present, propagate or practice the Scientology religion, and all persons employed by any such entity both in their personal and any official or representational capacities, regardless of the nature of the dispute, claim or controversy.

**b.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**c.** Should I or anyone acting or purporting to be acting on my behalf ever sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, regardless of the nature of the dispute, claim or controversy, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate dismissal of any and all such proceedings with prejudice to further proceedings of any kind.

**d.** In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion, and in accordance with the constitutional prohibitions which forbid governmental interference with religious services or dispute resolution procedures, should any dispute, claim or controversy arise between me and the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures, which include application to senior ecclesiastical bodies, including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ("IJC") or his or her designee.

**e.** Any dispute, claim or controversy which still remains unresolved after review by the IJC shall be submitted to binding religious arbitration in accordance with the arbitration procedures of Church of Scientology International, which provide that:

**i.** I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;

**ii.** in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;

**iii.** within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;

**iv.** the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

**v.** consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

**f.** The Church and all other Scientology churches and organizations which espouse, present, propagate or practice the Scientology religion are each separate, distinct legal corporations, and each such entity is independently responsible for its own management and is independently responsible for its own corporate and ecclesiastical affairs.

**7.** This Contract is my good faith application to participate in Scientology Religious Services. By signing this Contract, I promise, covenant, and represent that:

**a.** I am applying to participate in Scientology Religious Services to achieve spiritual betterment because I truly believe that persons can be helped to gain greater understanding and happiness in life.

**b.** I am applying honestly and in good faith to derive all possible personal gain from Scientology Religious Services.

**c.** I have no record of being committed in an institution for mental or emotional disorders.

**d.** I have no criminal record that includes a felony offense.

**e.** I am not connected with any person, such as by marital or familial ties, of known antagonism to spiritual treatment or to Scientology.

**f.** Neither I nor any member of my immediate family has ever sued, embarrassed or attacked, or threatened to sue, embarrass or attack, Scientology.

**g.** I am not attempting to investigate Scientology as a representative of any news media, government agency or entity, or any other organization, entity or person.

**8.** This Contract will become a legally binding agreement between me and the Church upon its acceptance by the Church or upon my commencing my participation in a Scientology Religious Service, whichever occurs first. In determining whether to accept this Contract, I acknowledge that the Church will rely on the acknowledgements, agreements, representations and promises which I have made herein.

**9.** As further consideration for the Church's permission for me to participate in Scientology Religious Services and for me to use its facilities and other facilities provided for such purposes:

**a.** I, on behalf of myself and on behalf of my heirs, distributees, legal representatives and assigns, agree not to make claims against, sue, attach the property of, or prosecute the Church, the successors and assigns of L. Ron Hubbard, Church of Spiritual Technology, Religious Technology Center, the Church of Scientology International, any and all Scientology-affiliated churches, missions, corporations, associations, partnerships, trusts, religious orders or organizations, or, in any and all capacities and as individuals, their officers, directors, trustees, agents, servants, successors, heirs, executors or representatives, or the owners, managers, employees, agents or representatives or associates of, any facilities conducting Scientology Religious Services (hereinafter collectively **"the Releasees"**) for any physical, mental or emotional injury, property damage, or monetary loss resulting from negligence or other acts, howsoever caused, of any Releasee or of any employee, agent or contractor of the Church, its affiliates, or other Releasee, in any way relating to my participation in Scientology Religious Services.

**b.** I further release and discharge the releasees in any and all capacities and as individuals from all actions, claims or demands I, my heirs, distributees, guardians, legal representatives or assigns now have or may hereafter have for any physical, mental or emotional injury, property damage, or monetary loss resulting in any way from my participation in Scientology Religious Services.

**c.** I further agree to indemnify and save and hold harmless the Releasees in any and all capacities and as individuals, and each of them, from any loss, liability, damage or cost they may incur due to my participation in Scientology Religious Services or due to my presence or action in or about the Church premises or the facilities providing such services.

**d.** I understand, acknowledge and agree that should any provision or provisions of this Contract be, for any reason, unenforceable, the balance shall nonetheless be of full force and effect.

**e.** I further understand, acknowledge and agree that this Contract contains everything that the Church or Church representatives and I have addressed or discussed with respect to Scientology Religious Services, and that it constitutes the sole and entire agreement which contains everything that I have relied upon in applying to participate in Scientology Religious Services and supersedes any and all verbal discussions I have had with anyone.

**I HAVE CAREFULLY READ THIS CONTRACT AND FULLY UNDERSTAND ITS CONTENTS AND CONSEQUENCES. I ALSO UNDERSTAND THAT I AM NOT ELIGIBLE FOR ANY SCIENTOLOGY RELIGIOUS SERVICES UNLESS I SIGN THIS CONTRACT. I REAFFIRM THAT I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES AND THAT THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL. I FULLY UNDERSTAND THAT BY SIGNING BELOW, I AM FOREVER GIVING UP MY RIGHT TO SUE THE CHURCH, ITS STAFF AND ANY OF THE HEREINABOVE REFERENCED RELEASEES FOR ANY INJURY OR DAMAGE SUFFERED IN ANY WAY CONNECTED WITH SCIENTOLOGY RELIGIOUS SERVICES .**

I sign this Religious Services Enrollment Application, Agreement and General Release on this 12 day of Nov, 2012 intending to be legally bound by it, and request that I be permitted to participate in Scientology Religious Services.

[signature]

(SIGNATURE OF APPLICANT)

Justin [illegible] [illegible]

(Printed Full Name)

3011 Double Bridges Rd Rutledge GA 30663

(Home Address)

____________________

(SIGNATURE OF PARENT OR GUARDIAN, IF APPLICANT IS A MINOR)

____________________

(Printed Full Name)

____________________

(Home Address)

[signature]

(SIGNATURE OF WITNESS)

TIMOTHY BRÜGEMANN

(Printed Full Name)

Having reviewed the above Religious Services Enrollment Application, Agreement and General Release the Church, in reliance upon, and conditioned upon, the truthful promises, representations and agreements made therein, on this ____ day of __________, 20___, accepts ____________ for participation in Scientology Religious Services.

CHURCH OF SCIENTOLOGY ____________________

By its: ____________________

(Title)

(SIGNATURE) ____________________

© 2001 CSFSO. All Rights Reserved. Flag Service Organization Corporate Symbol. SCIENTOLOGY, DIANETICS and E-METER are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGISTS is a collective membership mark designating members of the affiliated churches and missions of Scientology. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks. Printed in U.S.A.

# EXHIBIT E-5

Church of Scientology
Flag Service Organization

(hereinafter referred to as "the Church")

# Religious Services Enrollment Application, Agreement and General Release

1. I, Justin Atkins, recognize, acknowledge and agree that I am exclusively responsible for my present and future condition in life and for the choices and decisions I make affecting my life. With that in mind, and solely of my own volition and in the independent exercise of my own free will, I am voluntarily signing and submitting to **CHURCH OF SCIENTOLOGY** Flag (hereinafter **"the Church"**) this **RELIGIOUS SERVICES ENROLLMENT APPLICATION, AGREEMENT AND GENERAL RELEASE** (hereinafter **"this Contract"**) so that, upon its acceptance by the Church, I may participate in Religious Services of the Scientology religion under the terms, conditions, covenants, waivers and releases I agree to by signing this Contract.

2. This Contract is my statement of my personal, self-determined desire to participate in the Religious Services of the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology is a religion, the Church is a church of the Scientology religion, and all the services and activities of the Scientology religion are exclusively religious in nature.

**b.** The Scientology religion is devoted to the study and handling of the human spirit in relationship to itself, universes and other life. The word "Scientology" comes from the Latin "scio," meaning "knowing in the fullest sense of the word," and the Greek "logos," meaning "study of." Dianetics spiritual healing technology is part of the Scientology religion and is the study of what the soul is doing to the body. The word "Dianetics" is from the Greek "dia," meaning "through," and "nous," meaning "soul," and thus means "through soul."

**c.** The Founder of the Scientology religion is American author and philosopher L. Ron Hubbard (hereinafter **"LRH"**), whose writings and recorded spoken words on the subjects of Scientology and Dianetics are a record of his observations and research into the nature of the human spirit and condition. The writings and recorded spoken words of LRH on the subjects of Scientology and Dianetics present a guide intended to assist persons to become more aware of themselves as persons, restoring trust and respect for self and others. They are not a statement of claims by the Church, by any other Scientology church or organization, or by LRH.

**d.** The term "Religious Services," as used in this Contract, means and refers to the beliefs and practices set forth in the writings and spoken words of LRH on the subjects of Dianetics and Scientology published with the identifying S and double triangle or Dianetics triangle symbol, and all services or application of the principles of Mr. Hubbard provided to me by the ministers or staff of the Church and all other Scientology churches and organizations, including without limitation: "auditing," which is Scientology's unique form of religious counseling encompassing all services on the Scientology Classification, Gradation and Awareness Charts which includes, without limitation, all levels, rundowns, grades, assists, reviews, repairs, seminars, co-audits; all Scientology congregational services of any description; "training," which is the study of the scripture of the Scientology religion on the road to achieving spiritual freedom and salvation and includes without limitation all services identified on the Scientology Classification, Gradation and Awareness Chart, all courses, internships and cramming; the application of Scientology Ethics and Justice technology, which are both exclusively religious components of the practice of the Scientology religion; the study and the application of the principles contained in the administrative writings of LRH used within the Church; and any and all other services or use of the technology of L. Ron Hubbard, without limitation, provided to me by the

ministers or staff of the Church and all other Scientology churches and organizations.

**e.** Neither the Church nor any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion makes any claim:

**i.** that the nature or purpose of Scientology, or of Dianetics, or of the writings and recorded spoken words of LRH, is contrary to what is stated in this Contract;

**ii.** that the application of any Scientology or Dianetics technology or practice will have any particular effect on me or any other person; or

**iii.** that any particular result may be forthcoming from my participation in any Scientology Religious Service. I specifically acknowledge that I have read and that I understand Scientology Policy Directive 13 March 1996, Statements by Staff Members, which states clearly that if any individual staff member of any Scientology church or organization makes any claims about the results which may be forthcoming from my participation in any Scientology Religious Service, any such claims are the personal opinions and beliefs of that staff member only, and are not claims made by the Church or any other Scientology church or organization.

**3.** I have seen the film "Orientation" and I am now informed and aware and fully understand that Scientology is a religion, that its teachings are religious and that its claims are religious in nature. I am further informed and aware and fully understand that when I participate in Scientology services, I am participating in religious services under the ecclesiastical principles of the Scientology religion. I am also informed and aware and fully understand that the Church and all other Scientology churches are separate, distinct legal corporations each independently operating and responsible for its own corporate and ecclesiastical affairs.

**4.** This Contract is my commitment that I desire to participate in Scientology Religious Services exclusively for spiritual purposes in accordance with the beliefs and practices of the Scientology religion. Scientology Religious Services are designed to give spiritual aid, not medical treatment. However, the Scientology religion teaches that the spirit can be saved and that the spirit alone may save or heal the body, and Scientology Religious Services are intended to save the spirit. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Scientology Religious Services are not intended and are not used for diagnosing ailments of the body or for engaging in the teaching or practice of any medical arts or sciences.

**b.** It is exclusively my responsibility to see to my physical and medical well-being, and under no circumstance does the Church or any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion have any responsibility whatsoever in that regard.

**c.** I have not come to the Church, nor do I seek to participate in Scientology Religious Services, solely to be cured of any physical illness, ailment or condition.

**d.** While the registrar can assist me in arranging for a competent medical examination and appropriate treatment by a qualified medical practitioner before I participate in any Scientology Religious Services, it is solely my responsibility to take whatever steps are necessary to demonstrate that I have no diagnosable or medically treatable illnesses, ailments, or conditions that are not under competent medical care before I begin participating in any Scientology Religious Service. Thereafter, any physical illness, ailment or condition I may have that has been treated medically may then be addressed spiritually by the application of the tenets of the Scientology religion, subject to the terms of this Contract.

**e.** I know that I should not participate in any Scientology Religious Service if I have a physical or mental condition which might be aggravated or which might make my participation in the service uncomfortable or distressful to me, and I agree to accept and assume any and all known or unknown risks of injury, loss, or damage resulting from my choices and decisions in that regard.

**f.** Scientology Religious Service may entail the use of a religious artifact known as the "E-Meter" for the purpose of locating and resolving problems and difficulties which are spiritual in nature. I understand that, by itself, the E-Meter does nothing, but serves only as a guide to Scientology ministers to assist parishioners in locating areas of spiritual distress or travail, and that it is not intended or effective for the diagnosis, treatment or prevention of any disease, or for the improvement of health or any bodily function.

**g.** Scientology is unalterably opposed, as a matter of religious belief, to the practice of psychiatry, and espouses as a religious belief that the study of the mind and the healing of mentally caused ills should not be alienated from religion or condoned in nonreligious fields. I am in full agreement with this religious belief. I do not believe in or subscribe to psychiatric labels for individuals. It is my strongly held religious belief that all mental problems are spiritual in nature and that there is no such thing as a mentally incompetent person—only those suffering

from spiritual upset of one kind or another dramatized by an individual. I reject all psychiatric labels and intend for this Contract to clearly memorialize my desire to be helped exclusively through religious, spiritual means and not through any form of psychiatric treatment, specifically including involuntary commitment based on so-called lack of competence. Under no circumstances, at any time, do I wish to be denied my right to care from members of my religion to the exclusion of psychiatric care or psychiatric directed care, regardless of what any psychiatrist, medical person, designated member of the state or family member may assert supposedly on my behalf. If circumstances should ever arise in which government, medical, or psychiatric officials or personnel or family members or friends attempt to compel or coerce or commit me for psychiatric evaluation, treatment or hospitalization, I fully desire and fully expect that the Church or Scientologists will intercede on my behalf to oppose such efforts and/or extricate me from that predicament so my spiritual needs may be addressed in accordance with the tenets of the Scientology religion free from psychiatric intervention.

**5.** This Contract memorializes my intention to participate in Scientology Religious Services only for purposes of self-improvement and spiritual advancement. By signing this Contract, I recognize, acknowledge and agree that:

**a.** Achieving the benefits and goals of the Scientology religion requires my dedicated participation, because only through my own efforts can I achieve those benefits and goals.

**b.** Before I go on to any further service, it is essential that I am completely satisfied with my experience with my prior service. While Scientology holds out the possibility of a better life through adherence to its beliefs and practices, individual spiritual advancement is not always an easy or comfortable task, and my success in Scientology ultimately depends on my own ability, strength and determination to overcome the shortcomings and harmful patterns of my past. By agreeing to proceed with further services, I acknowledge complete satisfaction with all services I have participated in previously.

**c.** No Scientology church is under any duty or obligation whatsoever to return any portion of any religious donation I make. However, I have read Scientology Policy Directive 13 March 1996, Return of Donations, and understand that under certain circumstances identified in published ecclesiastical policies such as that Scientology Policy Directive, a return of donations may be obtained through my strict compliance with those published policies and procedures relating to the Claims Verification Board. I further understand, acknowledge and agree that:

**i.** such procedures require my direct participation to the exclusion of any third parties, including, but not limited to, attorneys;

**ii.** returns of donations are exclusively within the ecclesiastical authority and sole discretion of the Claims Verification Board;

**iii.** any violation of, or deviation from, such published policies by me voids any possibility of my receiving a return of a donation; and

**iv.** should I, at any time, ever request a refund or repayment of donations, such refund or repayment will be given if and only if I have followed the exact procedures of the Claims Verification Board and this Contract, and that in exchange for refund or repayment of such donations as determined by the Claims Verification Board, I execute a complete release, quitclaim and waiver of claims as provided by an authorized Church representative.

**d.** In connection with my participation in Scientology Religious Services, the Church may compile a folder containing its notations of my spiritual progress, known as a "Preclear Folder" or "PC Folder," as well as other ecclesiastical files containing notations regarding my spiritual progress. All of my PC Folders and other ecclesiastical files containing notations regarding my spiritual progress, as well as all contents thereof, are the sole and exclusive property of Church of Scientology International. As a matter of religious belief and of ecclesiastical doctrine and law, such folders and files, and the contents of such folders and files, are kept confidential from all persons who lack the ecclesiastical authority to gain access to such materials, including me, are subject to all applicable clergyman-penitent privileges, and are neither comprehensible nor meant to be understood by anyone whose training and expertise in their interpretation is not recognized and sanctioned by Church of Scientology International.

**i.** As a condition of being accepted for participation in Scientology Religious Services, I forever abandon, surrender, waive, and relinquish without limitation any and all rights of ownership, possession, custody, control, access, copying, and viewing of my PC Folder or Folders and all other ecclesiastical files containing any notations regarding my spiritual progress, both with respect to the folders and files themselves and the information contained in them.

**ii.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any

and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**iii.** Should I or anyone acting or purporting to be acting on my behalf or for my benefit ever seek access to any of my PC Folders or any other ecclesiastical file containing any notations regarding my spiritual progress, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate denial of whatever access is being sought with prejudice to any other or further effort to breach the absolute confidentiality of those materials or the exclusive right of Church of Scientology International to preserve their absolute confidentiality.

**e.** It is both an unalterable religious belief and a matter of ecclesiastical custom of the Scientology religion that my personal spiritual progress will be directed by a minister known as a Case Supervisor who determines which Religious Services are appropriate for my personal spiritual progress and the sequence in which I will participate in such Religious Services. As a matter of religious belief, I acknowledge that my Case Supervisor will make the decisions regarding the appropriate course of my spiritual progress, and I will abide by the decisions and direction of my Case Supervisor in guiding my spiritual progress. All Religious Services in which I participate hereafter at the direction of my Case Supervisor are subject to the terms of this Contract.

**6.** This Contract memorializes my freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion. By signing this Contract, I recognize, acknowledge and agree that:

**a.** My freely given consent to be bound exclusively by the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion in all matters relating to Scientology Religious Services, in all my dealings of any nature with the Church, and in all my dealings of any nature with any other Scientology church or organization which espouses, presents, propagates or practices the Scientology religion means that I am forever abandoning, surrendering, waiving, and relinquishing my right to sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, all other Scientology churches, all other organizations which espouse, present, propagate or practice the Scientology religion, and all persons employed by any such entity both in their personal and any official or representational capacities, regardless of the nature of the dispute, claim or controversy.

**b.** The abandonment, surrender, waiver, and relinquishment to which I refer in the immediately preceding subparagraph is unconditional and irrevocable and applies equally to anyone acting or purporting to be acting on my behalf or for my benefit, whether I am alive or dead, whether I am disabled or incapacitated, and under any and all circumstances foreseen or unforeseen, in perpetuity, without exception or limitation.

**c.** Should I or anyone acting or purporting to be acting on my behalf ever sue, or otherwise seek legal recourse with respect to any dispute, claim or controversy against the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, regardless of the nature of the dispute, claim or controversy, I intend for the submission of this Contract to the presiding judicial officer to be a complete and sufficient basis for the immediate dismissal of any and all such proceedings with prejudice to further proceedings of any kind.

**d.** In accordance with the discipline, faith, internal organization, and ecclesiastical rule, custom, and law of the Scientology religion, and in accordance with the constitutional prohibitions which forbid governmental interference with religious services or dispute resolution procedures, should any dispute, claim or controversy arise between me and the Church, any other Scientology church, any other organization which espouses, presents, propagates or practices the Scientology religion, or any person employed by any such entity, which cannot be resolved informally by direct communication, I will pursue resolution of that dispute, claim or controversy solely and exclusively through Scientology's internal Ethics, Justice and binding religious arbitration procedures, which include application to senior ecclesiastical bodies, including, as necessary, final submission of the dispute to the International Justice Chief of the Mother Church of the Scientology religion, Church of Scientology International ("IJC") or his or her designee.

**e.** Any dispute, claim or controversy which still remains unresolved after review by the IJC shall be submitted to binding religious arbitration in accordance with the arbitration procedures of Church of Scientology International, which provide that:

**i.** I will submit a request for arbitration to the IJC and to the person or entity with whom I have the dispute, claim or controversy;

**ii.** in my request for arbitration, I will designate one arbitrator to hear and resolve the matter;

**iii.** within fifteen (15) days after receiving my request for arbitration, the person or entity with whom I have the dispute, claim or controversy will designate an arbitrator to hear and resolve the matter. If the person or entity with whom I have the dispute, claim or controversy does not designate an arbitrator within that fifteen (15) day period, then the IJC will designate the second arbitrator;

**iv.** the two arbitrators so designated will select a third arbitrator within fifteen (15) days after the designation of the second arbitrator. If the arbitrators are unable to designate a third arbitrator within the fifteen (15) day period, then the IJC will choose the third arbitrator;

**v.** consistent with my intention that the arbitration be conducted in accordance with Scientology principles, and consistent with the ecclesiastical nature of the procedures and the dispute, claim or controversy to which those procedures relate, it is my specific intention that all such arbitrators be Scientologists in good standing with the Mother Church.

**f.** The Church and all other Scientology churches and organizations which espouse, present, propagate or practice the Scientology religion are each separate, distinct legal corporations, and each such entity is independently responsible for its own management and is independently responsible for its own corporate and ecclesiastical affairs.

**7.** This Contract is my good faith application to participate in Scientology Religious Services. By signing this Contract, I promise, covenant, and represent that:

**a.** I am applying to participate in Scientology Religious Services to achieve spiritual betterment because I truly believe that persons can be helped to gain greater understanding and happiness in life.

**b.** I am applying honestly and in good faith to derive all possible personal gain from Scientology Religious Services.

**c.** I have no record of being committed in an institution for mental or emotional disorders.

**d.** I have no criminal record that includes a felony offense.

**e.** I am not connected with any person, such as by marital or familial ties, of known antagonism to spiritual treatment or to Scientology.

**f.** Neither I nor any member of my immediate family has ever sued, embarrassed or attacked, or threatened to sue, embarrass or attack, Scientology.

**g.** I am not attempting to investigate Scientology as a representative of any news media, government agency or entity, or any other organization, entity or person.

**8.** This Contract will become a legally binding agreement between me and the Church upon its acceptance by the Church or upon my commencing my participation in a Scientology Religious Service, whichever occurs first. In determining whether to accept this Contract, I acknowledge that the Church will rely on the acknowledgements, agreements, representations and promises which I have made herein.

**9.** As further consideration for the Church's permission for me to participate in Scientology Religious Services and for me to use its facilities and other facilities provided for such purposes:

**a.** I, on behalf of myself and on behalf of my heirs, distributees, legal representatives and assigns, agree not to make claims against, sue, attach the property of, or prosecute the Church, the successors and assigns of L. Ron Hubbard, Church of Spiritual Technology, Religious Technology Center, the Church of Scientology International, any and all Scientology-affiliated churches, missions, corporations, associations, partnerships, trusts, religious orders or organizations, or, in any and all capacities and as individuals, their officers, directors, trustees, agents, servants, successors, heirs, executors or representatives, or the owners, managers, employees, agents or representatives or associates of, any facilities conducting Scientology Religious Services (hereinafter collectively **"the Releasees"**) for any physical, mental or emotional injury, property damage, or monetary loss resulting from negligence or other acts, howsoever caused, of any Releasee or of any employee, agent or contractor of the Church, its affiliates, or other Releasee, in any way relating to my participation in Scientology Religious Services.

**b.** I further release and discharge the releasees in any and all capacities and as individuals from all actions, claims or demands I, my heirs, distributees, guardians, legal representatives or assigns now have or may hereafter have for any physical, mental or emotional injury, property damage, or monetary loss resulting in any way from my participation in Scientology Religious Services.

**c.** I further agree to indemnify and save and hold harmless the Releasees in any and all capacities and as individuals, and each of them, from any loss, liability, damage or cost they may incur due to my participation in Scientology Religious Services or due to my presence or action in or about the Church premises or the facilities providing such services. ______

**d.** I understand, acknowledge and agree that should any provision or provisions of this Contract be, for any reason, unenforceable, the balance shall nonetheless be of full force and effect. ______

**e.** I further understand, acknowledge and agree that this Contract contains everything that the Church or Church representatives and I have addressed or discussed with respect to Scientology Religious Services, and that it constitutes the sole and entire agreement which contains everything that I have relied upon in applying to participate in Scientology Religious Services and supersedes any and all verbal discussions I have had with anyone. ______

**I HAVE CAREFULLY READ THIS CONTRACT AND FULLY UNDERSTAND ITS CONTENTS AND CONSEQUENCES. I ALSO UNDERSTAND THAT I AM NOT ELIGIBLE FOR ANY SCIENTOLOGY RELIGIOUS SERVICES UNLESS I SIGN THIS CONTRACT. I REAFFIRM THAT I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES AND THAT THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL. I FULLY UNDERSTAND THAT BY SIGNING BELOW, I AM FOREVER GIVING UP MY RIGHT TO SUE THE CHURCH, ITS STAFF AND ANY OF THE HEREINABOVE REFERENCED RELEASEES FOR ANY INJURY OR DAMAGE SUFFERED IN ANY WAY CONNECTED WITH SCIENTOLOGY RELIGIOUS SERVICES .**

I sign this Religious Services Enrollment Application, Agreement and General Release on this 13 day of Dec ____, 2012, intending to be legally bound by it, and request that I be permitted to participate in Scientology Religious Services.

______________________________
(SIGNATURE OF APPLICANT)

[illegible]
(Printed Full Name)

3011 Double Bridges Rd
(Home Address)

______________________________
(SIGNATURE OF PARENT OR GUARDIAN, IF APPLICANT IS A MINOR)

______________________________
(Printed Full Name)

______________________________
(Home Address)

______________________________
(SIGNATURE OF WITNESS)

SHEREEN KALANSKY
(Printed Full Name)

Having reviewed the above Religious Services Enrollment Application, Agreement and General Release the Church, in reliance upon, and conditioned upon, the truthful promises, representations and agreements made therein, on this ____ day of ____________, 20___, accepts ______________ for participation in Scientology Religious Services.

CHURCH OF SCIENTOLOGY ______________________________

By its: ______________________________
(Title)

(SIGNATURE) ______________________________

© 2001 CSFSO. All Rights Reserved. Flag Service Organization Corporate Symbol, SCIENTOLOGY, DIANETICS and E-METER are trademarks and service marks owned by Religious Technology Center and are used with its permission. SCIENTOLOGISTS is a collective membership mark designating members of the affiliated churches and missions of Scientology. Services relating to Scientology religious philosophy are delivered throughout the world exclusively by licensees of the Church of Scientology International with the permission of Religious Technology Center, holder of the SCIENTOLOGY and DIANETICS trademarks. Printed in U.S.A.

# EXHIBIT F

# CHURCH *of* SCIENTOLOGY
# FLAG SERVICE ORGANIZATION

## *Religious Services Enrollment Application, Agreement and General Release*

I, Justin Adams Adkins (print name), am voluntarily signing and submitting to Church of Scientology Flag Service Organization, Inc. (hereinafter "the Church") this Religious Services Enrollment Application, Agreement and General Release (hereinafter "this Agreement") so that, upon its acceptance by the Church, I may participate in Religious Services of the Scientology religion under the terms stated below.

1. In support of my application to participate in the Religious Services of the Scientology religion, I represent and agree that:

   a) I have seen the film "Orientation." I understand that Scientology is a religion, the Church is a church of the Scientology religion, Scientology services are exclusively religious in nature and that Dianetics (which is the study of what the soul is doing to the body) is part of the Scientology religion.

   b) The term "Religious Services" as used in this Agreement means the practices set forth in the written and spoken words of L. Ron Hubbard ("LRH"), the Founder of the Scientology religion, on Dianetics and Scientology, as ministered by the ministers of the Church and all other Scientology Churches and their related organizations. These services include "auditing," which is the Scientology religion's unique form of religious counseling, and

"training," which is the intensive study of the Scientology Scripture. This Agreement is meant to include all Religious Services of any kind available at any Scientology Church, in the past, the present and the future.

c) I am advised that the Church is a separate, distinct legal entity, and that the Church and the Church of Scientology International, the Mother Church, are recognized by the United States Internal Revenue Service as nonprofit tax-exempt religious organizations in the United States.

d) I acknowledge that the Religious Services include the use of certain trademarks and service marks which are licensed to the Church. I understand that my enrollment in the Church and participation in Religious Services does not give me a license or any other right to use any of the trademarks and service marks and any other Intellectual Property of the Church (collectively, the "Intellectual Property") without explicit prior written authorization. Should I decide to discontinue my involvement in the Church I agree that any such authorization I may have received terminates upon my discontinuing my involvement, and that I will immediately cease any use or other promotion of the Intellectual Property and will not represent myself as being authorized to use the Intellectual Property by delivering such services of any kind or using the E-Meter (as defined in subparagraph 2e below) for any reason, knowing this to be contrary to the laws pertaining to trademarks. I also agree that I will not in any way interfere with the use by Church of Scientology International ("CSI") and the Church of any of their present and future Intellectual Property.

e) Neither the Church nor any other organization has made any representation to me that my participation in any Scientology or Dianetics services will have a particular effect or result on me. I also understand that if any staff member of a Scientology Church or related organization makes any claims about the results or benefits I may attain from participating in a Scientology Religious Service, that such claims are the personal opinions of that staff member only and cannot be attributed to any other individual or organization.

2. I recognize that Scientology Religious Services are designed to give spiritual aid, not medical treatment, and that:

a) Scientology Religious Services are not intended or used to diagnose or treat physical ailments, or to teach or practice medicine.

b) It is exclusively my responsibility to take care of my physical and medical well-being, and under no circumstance does the Church or any other Scientology organization have any responsibility whatsoever in that regard.

c) I do not seek to participate in Scientology Religious Services for the purpose of being cured of any physical illness, ailment or condition.

d) I should not participate in any Scientology Religious Service if I have a physical or mental condition that might be aggravated by the service or make the service uncomfortable or distressful to me, and I agree to assume any and all known or unknown risks of injury, loss, or damage resulting from my decisions in that regard.

e) Participation in Scientology Religious Services may entail the use of a religious instrument

known as the "E-Meter" to locate and resolve problems and difficulties that are spiritual in nature. I understand that the E-Meter serves only as a guide to Scientology ministers to assist parishioners in locating areas of spiritual distress or travail, and that it is not intended or effective for the diagnosis, treatment or prevention of any disease, or for the improvement of health or any bodily function.

3. I intend to participate in Scientology Religious Services only for purposes of self-improvement and spiritual advancement. I agree that:

   a) Achieving the benefits and goals of the Scientology religion requires my dedicated participation, because only through my own efforts can I achieve those benefits and goals.

   b) Before I go on to any further Religious Service, it is essential that I am completely satisfied with my experience with the Religious Service I had just completed. By agreeing to proceed with further Religious Services, I will be acknowledging complete satisfaction with all the Religious Services in which I had previously participated.

   c) In connection with my participation in Scientology Religious Services, the Church may compile folders, including auditing ("Preclear") files, or documents containing notations and records regarding my spiritual progress and temporary recordings of sessions and interviews. These documents are confidential and shall be the sole property of CSI and I do hereby give up forever any and all rights of ownership, possession, custody, control, access, copying and viewing of such confidential files, documents and recordings (as defined below). CSI shall have the absolute power and right to move physically such confidential documents anywhere. In exchange and as consideration for the foregoing, the Church, both for itself and on behalf of CSI, agrees to preserve inviolate and forever the confidentiality of my Preclear folders and all other ecclesiastical files containing any notations regarding my spiritual progress.

   d) I will be guided on my spiritual path by a minister known as a Case Supervisor who reviews records of my sessions and determines which Religious Services are appropriate for my spiritual progress at that particular time. I also agree that it is my responsibility to raise any questions I have about my spiritual progress with my Case Supervisor. I further understand and agree that my auditing sessions and interviews may be electronically recorded and monitored as they occur ("Recordings") to facilitate this process. In this way my Case Supervisor and Auditor can review the Recordings as well as any notations made during or in connection with my sessions and interviews to ensure that the quality of the auditing I am receiving is standard so I may attain the greatest spiritual gain possible. I agree that the Church may keep the Recordings until they are no longer useful for my spiritual growth, at which time the Church may destroy them. I hereby consent to such recording and monitoring of my auditing sessions and interviews and the review of such Recordings and any notations made during or in connection with my sessions, as well as the destruction of such Recordings at the discretion of the Church.

4. If I were to experience any difficulties in my study of the Scientology Scripture or my participation in spiritual counseling, known as auditing, I will contact the Review Section in the Qualifications Division of the Church, and can also get help from the Chaplain and/or Ethics Officer and will resolve any concerns or problems in connection with my participation in Scientology Religious Services through recourse to the ecclesiastical procedures of the Church. These staff positions are described on the Organizing Board that is posted in every Church of Scientology, which Board I have been familiarized within the Church.

5. I confirm that:

a) I do ___ do not _✓_ have an extensive institutional or psychiatric history that includes heavy drugs, shocks of various kinds and/or so-called psychiatric brain operations. I realize that if I do have an extensive institutional history, that I may participate in Scientology training but not in auditing.

b) I do ___ do not _✓_ have outstanding criminal charges or warrants against me, and I am ___ am not _✓_ under any restrictions or supervision as the result of any past criminal charges or convictions.

c) I am ___ am not _✓_ connected with any person, whether by marital or family ties, of known antagonism to spiritual treatment, or to Scientology or to any Scientology Church or related organization.

d) I or any member of my immediate family have ___ have not _✓_ ever sued or attacked, or threatened to sue any Scientology Church or related organization.

6. I agree to be bound exclusively by the rules of the Church in all matters relating to my participation, in the past, the present or the future, in Scientology Religious Services, which includes all donations for Religious Services and advanced donations for future Religious Services and in all my dealings with the Church and other Scientology organizations. I understand and acknowledge that donations I make to the Church are the property of the Church to use at its discretion for its religious and charitable purposes. I understand that donations to the Church are generally not refundable and that I am bound by the policies of the Claims Verification Board. I agree that:

a) In the unlikely event that there should arise any dispute between me and the Church, any other Scientology Church or related organization or any person serving as an officer, director, trustee or staff member of any such entity concerning my participation, in the past, the present or the future, in any Scientology Religious Service or donations for services or with respect to the discipline, faith, internal organization and/or rules of Scientology, I RECOGNIZE, UNDERSTAND AND AGREE THAT ANY SUCH DISPUTE BY ITS VERY NATURE IS A MATTER OF RELIGIOUS DOCTRINE, WHICH THEREFORE WILL AND MUST BE RESOLVED SOLELY AND EXCLUSIVELY BY THE ECCLESIASTICAL AUTHORITIES AND RELIGIOUS PROCEDURES OF SCIENTOLOGY. I therefore recognize and agree that I cannot and will not sue in civil courts or seek a jury trial in connection with any dispute with any Church of Scientology or related organization concerning my participation in any Scientology Religious Service or donations for any service or

with respect to the discipline, faith, internal organization and/or rules of Scientology.

b) According to the Scientology religion's internal dispute resolution procedures, I agree to attempt to resolve the dispute informally by direct communication. If that is not successful, I will pursue resolution of that dispute solely and exclusively through Scientology internal Ethics, Justice and Chaplain's Court procedures, including religious arbitration by requesting a Board of Review and, as necessary, submission of the dispute to the International Justice Chief of the Church ("IJC") or his or her designee.

## RELEASE

c) **IN EXCHANGE FOR THE CHURCH'S PERMISSION FOR ME TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES AND FOR ME TO USE ITS FACILITIES AND OTHER FACILITIES PROVIDED FOR SUCH PURPOSES:**

**I, ON BEHALF OF MYSELF AND ON BEHALF OF ANYONE CLAIMING TO ACT ON MY BEHALF AND ON BEHALF OF MY HEIRS OR BENEFICIARIES, AGREE NEVER TO SUE AND HEREBY RELEASE THE CHURCH, ANY SCIENTOLOGY-AFFILIATED CHURCHES OR ORGANIZATIONS, WHICH INCLUDES, WITHOUT LIMITATION, RELIGIOUS TECHNOLOGY CENTER, CHURCH OF SPIRITUAL TECHNOLOGY AND CHURCH OF SCIENTOLOGY INTERNATIONAL, OR ANY OF THEIR OFFICERS, DIRECTORS, TRUSTEES, AGENTS, STAFF MEMBERS, SUCCESSORS, HEIRS, EXECUTORS OR REPRESENTATIVES, IN WHATEVER CAPACITY (HEREINAFTER COLLECTIVELY THE "SCIENTOLOGY ENTITIES"), FROM ANY DISPUTE, CLAIM, INJURY OR LOSS, INCLUDING ANY CLAIM BASED UPON THE SOLE NEGLIGENCE OF THE SCIENTOLOGY ENTITIES, IN ANY WAY RELATING TO MY PARTICIPATION IN SCIENTOLOGY RELIGIOUS SERVICES, IN THE PAST, THE PRESENT OR THE FUTURE, INCLUDING MY ONGOING PARTICIPATION IN SUCH SERVICES.**

d) **MY GENERAL RELEASE AND AGREEMENT NEVER TO BRING SUIT IS UNCONDITIONAL AND MAY NOT BE TAKEN BACK BY ME OR ANYONE ACTING OR PURPORTING TO ACT ON MY BEHALF OR FOR MY BENEFIT. SHOULD I OR ANYONE ACTING OR PURPORTING TO BE ACTING ON MY BEHALF EVER SUE THE SCIENTOLOGY ENTITIES, I INTEND FOR THE SUBMISSION OF THIS AGREEMENT TO THE COURT TO BE A COMPLETE BASIS FOR THE COURT TO DISMISS THE LAWSUIT AND PROHIBIT IT FROM EVER BEING BROUGHT AGAIN.**

7. I agree that should one or more provisions of this Agreement be deemed null, void, voidable, or otherwise unenforceable by a court of competent jurisdiction, the remaining provisions shall nonetheless remain in full force and effect.

8. I further agree and understand that the promises and agreements that I have made in this Religious Services Enrollment Application, Agreement and General Release shall be governed by the laws of the state in which the Church is physically located and be interpreted as broadly and inclusively as those laws will allow.



*Initials*

**I HAVE CAREFULLY READ THIS AGREEMENT AND FULLY UNDERSTAND WHAT IT SAYS. I UNDERSTAND THAT I AM NOT ELIGIBLE FOR ANY SCIENTOLOGY RELIGIOUS SERVICES UNLESS I SIGN THIS AGREEMENT. I WISH TO PARTICIPATE IN SCIENTOLOGY RELIGIOUS SERVICES. THIS CHOICE IS AN INDEPENDENT EXERCISE OF MY OWN FREE WILL.**

I sign this Religious Services Enrollment Application, Agreement and General Release on this 31 day of JAN, 2015, intending to be legally bound by it, and request that I be permitted to participate in Scientology Religious Services.

[signature]

(SIGNATURE OF APPLICANT)

Justin Adams Atkins

(Printed Full Name)

4850 Golden Pkwy STE B Buford, GA 30518

(Home Address)

[signature]

(SIGNATURE OF WITNESS)

(Printed Full Name)

(SIGNATURE OF PARENT OR GUARDIAN IF A MINOR)

(Printed Full Name)

ACCEPTANCE

Having reviewed the above Religious Services Enrollment Application, Agreement and General Release, the Church, in reliance upon and conditioned upon the truthful promises, representations and agreements made therein, on this ___ day of ____________________, 20___, accepts __________________________________ for participation in Scientology Religious Services.

CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION, INC.

By its: ________________________________________
(Title)

________________________________________
(Signature)

# EXHIBIT G

TO: ED Foundation – ATL Org 10 April 2015
From Justin Aamir Adkins – ATL Staff member

# CSW

**Situation:** I need to take an LOA to complete my program here at Flag. This is to achieve my original purpose to become a Flag trained Class V Auditor for the Atlanta Org so that I can contribute to Atlanta going Ideal. We need 40 Auditors to get Flag training and I would like to be one of them weather I am counted on the TTC or not.

**Data:** On Saturday 31 January 2015 I arrived at Flag to complete the Expanded Grade II with the idea to complete the cycle over that weekend. However upon arriving, it took much longer than expected to get through the arrival routing form. So the Chief MAA said to me the ED day was called and Ok'd and additional 2 weeks over the phone. My signed CSW from the OES (who was my senior as I am posted to TTC fulltime in the Org) was for the weekend. So with the ED giving OK I then stayed the additional two weeks. Prior to going in session I was asked to write and sign a promissory note with HCO that I would work out and handle ALL my Logistics (money) needed to complete my program. And I did that.

During this time I completed an HCO Sec Check and lower conditions with the Flag MAA. After attesting to its completion, I then attested to Expanded Grade II. At around that time I had a comm cycle with Mission I/C and Theresa on the phone sharing my wins. I was then was encouraged to reach for Flag training and to check with Martino on what exactly I would need to do to be re qualed for the OOT program in a new unit of time. After comm cycle at that time with Martino I was told the LRH Host wanted to see me continue to move more on my Bridge first. Then Sabrina told me at least till Grade IV. So then I texted the ED day for an OK to stay an additional 3 weeks. She texted back saying 3 weeks is OK and asked what I will be doing. Then I called her on phone and explained that I would be getting through student hat while on my own while the terminals worked to try to get me approved and I moved on my program. However after many requests to get a copy of my staff invoice for the student hat I finally decided to pay for the training package and be cause over the cycle. This simultaneously permitted me to do a completed Liability Condition with a real exchange going in with my Org. The policy I applied in paying for my own training was HCO PL "Technical Training Corp" where LRH specifically talks about a person does better when he pays for his own training.

So during this time I have completed a GAT II Purification Program, SRD Additionals, Grade III and now I am on Grade IV. FPRD can be delivered after Grade IV at C/S direction. Both Super Power and Cause Resurgence can be delivered concurrently while on study full- time so zero time gets lost. My schedule here has been from 0830 am till 10pm at night daily. My room and board sit is that I am in the Yachtsman hotel with the bare essentials. I paid for a 14 intensive package and training package. My contact with the OOT staff at Flag has been strictly limited to Flag Graduation when we have each took the stage for our certs and that's it.

The data I have from the terminals here concerning my quals for the TTC is that my bridge process is being monitored to see how well I move. I have been doing all I can to rapidly complete the Auditing program cycle of action super full time 8 to 10 hours a day. The training cycle commencing thereafter on my own dime saves the Org $40k and puts me back in exchange with the Org with regard to the 1st training cycle. The Estimation of time and effort is 4 months. And my plans for when I come back is to be a very upstat and contributing staff member with a super ability to Audit very standardly in the HGC on a standard foundation schedule immediately when I get back.

Solution: I am requesting written coordination and OK to complete this cycle of action. While being mid Grade II for nearly 2 years, I had lost my way and went out-ethics. And this left me much at effect and unable to function causatively on post. Flag has fully cleaned me up, gotten my ethics in on this and I have a full program to fully rehabilitate myself and my actions as a Scientologist and as a Staff member. Doing this cycle to a Product represents the greatest good for the greatest number of my dynamics, as it is helping me to truly and fully be responsible for my 1st 2nd, and 3rd Dynamics and help me to do better in Life. And therefore a staff member who is able to function causatively on Post and set a good example of what Scientology can do. With the reference I'm applying being HCO PL Your Post and Life.

The main solution here is that I complete my enhancement cycle here at Flag to help me become a better staff member and auditor. The Atlanta Org put in a lot of energy to me. And with myself fully taking on the rest of the cycle to get me to a full Flag product will help me get in balance to what the org has already done for me.

When I come back you will have a staff member that has completed the following actions:

- Sec Check (Done!)
- Purif (Done!)
- SRD (Done!)
- Grade I, II, III, - (Done),
- Grade IV (Done)
- False Purpose Rundown (2 weeks)
- Super Power (2.5 weeks)
- Cause Resurgence Rundown (3-4 weeks full time)
- GAT II Auditor training through Class V:
    - Student Hat (1.5 weeks days)
    - Pro T.R.s (1.5 days)
    - Upper Indoc (less than 1 week)
    - Flag Metering (2 weeks days)
    - Academy Level 0 – IV (6 weeks)
    - Class IV Internship (3 weeks)
    - NED Auditor Course (3 weeks)

This is a total of 25 weeks – about 5 months from now – arriving back around Oct 15th or the Grand opening – whichever is sooner. I will be starting my training immediately after completing my FPRD, in about 2-3 weeks. Any other necessary auditing per the C/S, will be done concurrently to my training. So I'll be starting on Student Hat as soon as I'm done with my FPRD, which is about 2-3 weeks from now.

I will be able to double the orgs ability to deliver auditing and reopen the door to our delivering abilities to accommodate the NOI as well.

My whole intention is to be back before the grand opening as a full Flag product.

This is OK,
Justin Aamir Adkins

ED FND
Deja Nichols:

Deja Nichols 4/22/15

Approved

Disapproved

OES FND
Donna McDade:

Approved

Disapproved

SSO FND
Charles Smith:

Approved

Disapproved

UCN: 522016CF007367XXXXCF FL0520000

# COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA

| | | |
|---|---|---|
| OBTS # | REPORT # SO16-206547 | DOCKET # 1685192 |
| Person ID 310661787 | SSN# [redacted] | |
| Charge Description ☒ Felony ☐ Misdemeanor ☐ Warrant ☐ Traffic ☐ Ordinance | Traffic Citation # (if any) | Court Case # |
| Charge: SALE OR DELIVERY OF CONTROLLED SUBSTANCE | | 16-07367-CF-1 |

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| ADKINS, JUSTIN AAMIR | 12/11/1977 | M | B | 509 | 290 | BLK | BRO | DRK |

| Alias | DL # | State | Scars/Marks/Tattoos/Physical Features |
|---|---|---|---|
| | 054914949 | GA | |

| Local Address (Street, City, State, Zip Code) | Telephone | Place of Birth | Citizenship |
|---|---|---|---|
| 1121 DRUID RD #1502 CLEARWATER FL 33756 | 7273034643 | TEXAS | USA |

| Permanent Address (Street, City, State, Zip Code) | Telephone | Employed by / School |
|---|---|---|
| 1121 DRUID RD #1502 CLEARWATER FL 33756 | 7273034643 | UNK |

Weapon Seized: ☐ Yes ☒ No Type:
Indication of Drug Influence: Y ☐ N ☒ UNK ☐
Indication of Mental Health Issues: Y ☐ N ☒ UNK ☐
Indication of Alcohol Influence: Y ☐ N ☒ UNK ☐

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | In Custody |
|---|---|---|---|---|
| | | | | ☐ Yes ☐ No ☐ Felony ☐ Misdemeanor |
| | | | | ☐ Yes ☐ No ☐ Felony ☐ Misdemeanor |

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the 23 day of MAY, 2016, at approximately 7:20 PM, at 810 S MISSOURI AVENUE, in Pinellas County did:

Unlawfully have in her care, custody and control, a substance defined by Florida State Statute chapter 893, to wit: crack cocaine and did sell approximately 0.6 grams of same to an agent of the Pinellas County Sheriff's Office in exchange for $100 in departmental funds.

A presumptive test was positive.

Defendant conducted a hand to hand transaction of a approximately 0.6 grams of crack cocaine in exchange for $100 in departmental funds with your affiant.

FILED
JUL 02 2016
KEN BURKE
CLERK OF CIRCUIT COURT

Contrary to Florida Statute/Ordinance 893.13.1A.

ARREST DATE: 7/1/2016 Time 7:40 PM . Aggravating/Mitigating Factors

Booking Officer: CROSSWY 58495 Amount of Bond 10,000 Bond Out Date ____ Time ____ ☐ a.m. ☐ p.m.

Victim Notified of Advisory? __ Yes __ No Injuries to Victim? __ Yes __ No Medical Treatment to Victim? ☐ Yes ☐ No

The Court reviewed this complaint and finds there: ☒ is probable cause ☐ is not probable cause to detain defendant ☐ Bond Action, if any:

The probable cause determination is passed for: ☒ 24 Hrs ☐ 24 Hrs on showing of extraordinary circumstances Received by Booking: 7/1/2016 10:21:55 PM

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true.

[signature]

Declarant Signature: | Agency: PINELLAS COUNTY SHERIFF

Printed Name: DEPUTY NICHOLAS FORGIONE 58219 | Declarant ID#: 03065942

REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1)

| DATE | OFFICER | HOURS X PAY RATE | OR | COST |
|---|---|---|---|---|
| | | | | |

OTHER – Describe

Continuation sheet ☐ Yes ☐ No TOTAL $ $0.00

COCR59 (Revised 10/2014)
555098 Copies to: Court

**Defendant** ADKINS, JUSTIN AAMIR **Court Case No:** 16-07367-CF-1

## ADVISORY AND SOLVENCY HEARING

The above named Defendant came before me for Advisory and Solvency hearing and was advised by me of the charge(s) against him; his right to remain silent; that any statements by him may be used against him; his right to counsel, and, if he is financially unable to afford counsel, that counsel forthwith will be appointed; of his right to communicate with his counsel, family or friends, and that reasonable implementation will be afforded him to contact the foregoing.

I FURTHER CERTIFY THAT:

☐ A. Defendant has advised the Court that he has retained counsel or will retain counsel.
☐ B. The Court investigated Defendant's solvency and found the Defendant financially able to secure counsel.
☒ C. The Court investigated Defendant's solvency and provisionally appointed the Public Defender.
☐ D. The Defendant waived the right to counsel at the first appearance only.

7/2/16
DATE AND TIME

JUDGE

☐ I hereby waive the right to counsel at the first appearance only.
☐ I, having been found solvent and financially able to secure counsel, hereby waive counsel until my attorney files an appearance in this case or until I file a written request for a review of my solvency and ability to secure counsel.

Thumb Print

DEFENDANT'S SIGNATURE

I HEREBY acknowledge receipt of a copy of the foregoing Complaint and Advisory.

**DEFENDANT'S SIGNATURE** **DEFENDANT'S ATTORNEY'S SIGNATURE** **DATE**

# EXHIBIT H-1

UCN: 522016CF007367XXXXCF FL0520000

# COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA

| | | | |
|---|---|---|---|
| OBTS # | | REPORT # SO16-206547 | DOCKET # 1685192 |
| Person ID 310661787 | | SSN# [redacted] | |
| Charge Description ☒ Felony ☐ Misdemeanor ☐ Warrant ☐ Traffic ☐ Ordinance | | Traffic Citation # (if any) | Court Case # |
| Charge SALE OR DELIVERY OF CONTROLLED SUBSTANCE | | | 16-07367-CF-1 |

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| ADKINS, JUSTIN AAMIR | 12/11/1977 | M | B | 509 | 290 | BLK | BRO | DRK |

| Alias | DL # | State | Scars/Marks/Tattoos/Physical Features |
|---|---|---|---|
| | 054914949 | GA | |

| Local Address (Street, City, State, Zip Code) | Telephone | Place of Birth | Citizenship |
|---|---|---|---|
| 1121 DRUID RD #1502 CLEARWATER FL 33756 | 7273034643 | TEXAS | USA |

| Permanent Address (Street, City, State, Zip Code) | Telephone | Employed by / School |
|---|---|---|
| 1121 DRUID RD #1502 CLEARWATER FL 33756 | 7273034643 | UNK |

Weapon Seized ☐ Yes ☒ No Type | Indication of Drug Influence Y ☐ N ☒ UNK ☐ | Indication of Mental Health Issues Y ☐ N ☒ UNK ☐ | Indication of Alcohol Influence Y ☐ N ☒ UNK ☐

| Co-Defendant's Name (Last, First, Middle) | DOB | Sex | Race | |
|---|---|---|---|---|
| | | | | In Custody ☐ Yes ☐ No ☐ Felony ☐ Misdemeanor |
| | | | | In Custody ☐ Yes ☐ No ☐ Felony ☐ Misdemeanor |

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the 23 day of MAY, 2016,

at approximately 7:20 PM, at 810 S MISSOURI AVENUE, in Pinellas County did:

Unlawfully have in her care, custody and control, a substance defined by Florida State Statute chapter 893, to wit: crack cocaine and did sell approximately 0.6 grams of same to an agent of the Pinellas County Sheriff's Office in exchange for $100 in departmental funds.

A presumptive test was positive.

Defendant conducted a hand to hand transaction of a approximately 0.6 grams of crack cocaine in exchange for $100 in departmental funds with your affiant.

FILED
JUL 02 2016
KEN BURKE
CLERK OF CIRCUIT COURT

Contrary to Florida Statute/Ordinance 893.13.1A.

ARREST DATE: 7/1/2016 Time 7:40 PM . Aggravating/Mitigating Factors

Booking Officer: CROSSWY 58495 Amount of Bond 10,000 Bond Out Date ____ Time ____ ☐ a.m. ☐ p.m.

Victim Notified of Advisory? __ Yes __ No Injuries to Victim? __ Yes __ No Medical Treatment to Victim? ☐ Yes ☐ No

The Court reviewed this complaint and finds there: ☒ is probable cause ☐ is not probable cause to detain defendant ☐ Bond Action, if any: ____

The probable cause determination is passed for: ☒ 24 Hrs ☐ 24 Hrs on showing of extraordinary circumstances Received by Booking: 7/1/2016 10:21:55 PM

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true.

[signature]

| Declarant Signature | Agency |
|---|---|
| | PINELLAS COUNTY SHERIFF |
| DEPUTY NICHOLAS FORGIONE 58219 | 03065942 |
| Printed Name | Declarant ID# |

REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1)

| DATE | OFFICER | HOURS X PAY RATE | OR | COST |
|---|---|---|---|---|
| | | | | |

OTHER – Describe ____

Continuation sheet ☐ Yes ☐ No TOTAL $ $0.00

COCR59 (Revised 10/2014)
555098 Copies to: Court

**Defendant** ADKINS, JUSTIN AAMIR **Court Case No:** 16-07367-CF-1

## ADVISORY AND SOLVENCY HEARING

The above named Defendant came before me for Advisory and Solvency hearing and was advised by me of the charge(s) against him; his right to remain silent; that any statements by him may be used against him; his right to counsel, and, if he is financially unable to afford counsel, that counsel forthwith will be appointed; of his right to communicate with his counsel, family or friends, and that reasonable implementation will be afforded him to contact the foregoing.

I FURTHER CERTIFY THAT:

☐ A. Defendant has advised the Court that he has retained counsel or will retain counsel.
☐ B. The Court investigated Defendant's solvency and found the Defendant financially able to secure counsel.
☒ C. The Court investigated Defendant's solvency and provisionally appointed the Public Defender.
☐ D. The Defendant waived the right to counsel at the first appearance only.

7/2/16
DATE AND TIME

[signature]
JUDGE

☐ I hereby waive the right to counsel at the first appearance only.
☐ I, having been found solvent and financially able to secure counsel, hereby waive counsel until my attorney files an appearance in this case or until I file a written request for a review of my solvency and ability to secure counsel.

Thumb Print

DEFENDANT'S SIGNATURE

I HEREBY acknowledge receipt of a copy of the foregoing Complaint and Advisory.

DEFENDANT'S SIGNATURE | DEFENDANT'S ATTORNEY'S SIGNATURE | DATE

# EXHIBIT H-2

1

**Probation/Community Control Violator**

IN THE CIRCUIT COURT, SIXTH JUDICAL CIRCUIT,
IN AND FOR PINELLAS COUNTY FLORIDA
DIVISION: FELONY

UCN : **522016CF007367000APC**

REF No. : **16-07367-CF - T**

OBTS NUMBER ______________________

STATE OF FLORIDA
VS.

**JUSTIN AAMIR ADKINS**
Defendant

**PERSON ID: 310661787**
**SS#** [redacted]

FILED
JUN 15 2020
KEN BURKE
CLERK CIRCUIT COURT

# JUDGMENT

The Defendant, **JUSTIN AAMIR ADKINS**, being personally before this court represented by **KELLY MCCABE** the attorneys of record, and the state represented by **THEO TAKTIKOS-DANZIG, Assistant State Attorney**, and having:

**entered a plea of guilty to the following crime(s)**

| COUNT | CRIME | OFFENSE STATUTE NUMBER (S) | DEGREE OF CRIME |
|---|---|---|---|
| **01** | **SALE OR DELIVERY OF COCAINE** | **893.13** | **2F** |
| **02** | **SALE OR DELIVERY OF COCAINE** | **893.13** | **2F** |
| **03** | **SALE OR DELIVERY OF COCAINE** | **893.13** | **2F** |
| **04** | **POSSESSION OF COCAINE** | **893.13** | **3F** |
| **05** | **POSSESSION OF COCAINE** | **893.13** | **3F** |
| **06** | **POSSESSION OF COCAINE** | **893.13** | **3F** |

_X_ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is ADJUDICATED GUILTY of the above crime(s).

(ICD-JDMT-III 33721125)

**RETURN TO:**
**CRIMINAL COURT RECORDS**

Defendant : **JUSTIN AAMIR ADKINS**

UCN : **522016CF007367000APC**
REF No. : **16-07367-CF - T**

The Defendant in Open Court was advised of the right to appeal from this Judgment by filing notice of appeal with the Clerk of the Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of the right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in open court in Pinellas County, Florida on **June 15, 2020.**

[signature]
JUDGE

FINGERPRINTS OF THE DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
|  |  |  |  |  |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|  |  |  |  |  |

Fingerprints taken by:
Dep R. Filepov #59173
(Name and Title)

I HEREBY CERTIFY that the above and foregoing fingerprints on this judgment are the fingerprints of the defendant, **JUSTIN AAMIR ADKINS,** and that they were placed thereon by the defendant in my presence in open court this day.

[signature]
JUDGE

Defendant: **JUSTIN AAMIR ADKINS** | UCN: **522016CF007367000APC** REF No.: **16-07367-CF - T** | OBTS Number ____________

# SENTENCE

(as to Count **01** )

The defendant, being personally before the court, accompanied by the defendant's attorneys of record, **KELLY MCCABE**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

**and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.**

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount**, as previously imposed.** The Defendant shall pay **$100.00** as a Costs of Prosecution assessment.These assessments are hereby imposed as liens.

The Defendant is **committed to the custody of the Department of Corrections.**

Unless otherwise prohibited by law, the Sheriff is authorized to release the Defendant on electronic monitoring or other sentencing programs subject to the Sheriff's discretion.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **36 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**No Mandatory/Minimum provisions are imposed on this count.**

**Other Provisions:**

**Please see the last page of this document for other provisions.**

Defendant: **JUSTIN AAMIR ADKINS** UCN: **522016CF007367000APC** REF No.: **16-07367-CF - T** OBTS Number ____________

# SENTENCE

(as to Count **02** )

The defendant, being personally before the court, accompanied by the defendant's attorneys of record, **KELLY MCCABE**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

**and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.**

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount, **as previously imposed.**These assessments are hereby imposed as liens.

The Defendant is **committed to the custody of the Department of Corrections.**

Unless otherwise prohibited by law, the Sheriff is authorized to release the Defendant on electronic monitoring or other sentencing programs subject to the Sheriff's discretion.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **36 Months**.

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**No Mandatory/Minimum provisions are imposed on this count.**

**Other Provisions:**

| | |
|---|---|
| **Consecutive/Concurrent As To Other Counts** | **It is further ordered that the sentence imposed for this count shall run concurrent with the sentence set forth in count 1 of this case.** |

Defendant: **JUSTIN AAMIR ADKINS**

UCN: **522016CF007367000APC**
REF No.: **16-07367-CF - T**

OBTS Number ______________

# SENTENCE

(as to Count **03** )

The defendant, being personally before the court, accompanied by the defendant's attorneys of record, **KELLY MCCABE**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

**and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.**

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount**, as previously imposed.**These assessments are hereby imposed as liens.

The Defendant is **committed to the custody of the Department of Corrections.**

Unless otherwise prohibited by law, the Sheriff is authorized to release the Defendant on electronic monitoring or other sentencing programs subject to the Sheriff's discretion.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **36 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**No Mandatory/Minimum provisions are imposed on this count.**

**Other Provisions:**

| | |
|---|---|
| **Consecutive/Concurrent As To Other Counts** | **It is further ordered that the sentence imposed for this count shall run concurrent with the sentence set forth in count 1 of this case.** |

Defendant: **JUSTIN AAMIR ADKINS** UCN: **522016CF007367000APC** REF No.: **16-07367-CF - T** OBTS Number ____________

# SENTENCE

(as to Count **04** )

The defendant, being personally before the court, accompanied by the defendant's attorneys of record, **KELLY MCCABE**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

**and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.**

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount**, as previously imposed.**These assessments are hereby imposed as liens.

The Defendant is **committed to the custody of the Department of Corrections.**

Unless otherwise prohibited by law, the Sheriff is authorized to release the Defendant on electronic monitoring or other sentencing programs subject to the Sheriff's discretion.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **36 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**No Mandatory/Minimum provisions are imposed on this count.**

**Other Provisions:**

| | |
|---|---|
| **Consecutive/Concurrent As To Other Counts** | **It is further ordered that the sentence imposed for this count shall run concurrent with the sentence set forth in count 1 of this case.** |

Defendant: **JUSTIN AAMIR ADKINS** UCN: **522016CF007367000APC** REF No.: **16-07367-CF - T** OBTS Number ________________

# SENTENCE

(as to Count **05** )

The defendant, being personally before the court, accompanied by the defendant's attorneys of record, **KELLY MCCABE**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

**and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.**

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount**, as previously imposed.**These assessments are hereby imposed as liens.

The Defendant is **committed to the custody of the Department of Corrections.**

Unless otherwise prohibited by law, the Sheriff is authorized to release the Defendant on electronic monitoring or other sentencing programs subject to the Sheriff's discretion.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **36 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**No Mandatory/Minimum provisions are imposed on this count.**

**Other Provisions:**

| | |
|---|---|
| **Consecutive/Concurrent As To Other Counts** | **It is further ordered that the sentence imposed for this count shall run concurrent with the sentence set forth in count 1 of this case.** |

Defendant: **JUSTIN AAMIR ADKINS**

UCN: **522016CF007367000APC**
REF No.: **16-07367-CF - T**

OBTS Number ______________

# SENTENCE

(as to Count **06** )

The defendant, being personally before the court, accompanied by the defendant's attorneys of record, **KELLY MCCABE**, and having been adjudicated guilty, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

**and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.**

## It Is the Sentence Of the Court That:

The Defendant pay total statutory costs in the amount, **as previously imposed.**These assessments are hereby imposed as liens.

The Defendant is **committed to the custody of the Department of Corrections.**

Unless otherwise prohibited by law, the Sheriff is authorized to release the Defendant on electronic monitoring or other sentencing programs subject to the Sheriff's discretion.

## To Be Imprisoned:

The Defendant is to be imprisoned for a term of **36 Months.**

# SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**No Mandatory/Minimum provisions are imposed on this count.**

**Other Provisions:**

| | |
|---|---|
| **Consecutive/Concurrent As To Other Counts** | **It is further ordered that the sentence imposed for this count shall run concurrent with the sentence set forth in count 1 of this case.** |

Defendant: **JUSTIN AAMIR ADKINS** UCN: **522016CF007367000APC** REF No.: **16-07367-CF - T** OBTS Number ______________

**Other Provisions: (continued)**

| | |
|---|---|
| **Jail Credit** | **It is further ordered that the defendant shall be allowed a total of 692 Days as credit for time incarcerated before imposition of this sentence.** |
| **Immigration Detainer** | **It is further ordered that, as per s. 908.104(3)(b), F.S., the secure correctional facility in which the defendant is to be confined shall reduce the defendant's sentence by a period of not more than 12 days on the facility's determination that the reduction in sentence will facilitate the seamless transfer of the defendant into federal custody.** |
| **Consecutive/Concurrent As to Other Convictions** | **It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run concurrent with the following:**<br>**Specific sentences : 18-11567-CF, 19-03066-CF** |

**It is further ordered that:**

**Restitution is not applicable in this case.**

Restitution to State:

> If applicable, you must make payment of any debt due and owing to the state under section 960.17 and 948.03(1)(h) Florida Statutes. The amount of such debt shall be determined by the Court at a later date upon final payment of the Crimes Compensation Trust Fund on behalf of the victim.

In the event the above sentence is to the Department of Corrections, the Sheriff of Pinellas County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing a notice of appeal within 30 days from this date with the clerk of the court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the state on showing of indigency.

In imposing this sentence, the court further orders:
**Pursuant to section 322.055(1), the court hereby directs the Department of Highway Safety and Motor Vehicles to revoke the defendant's driver's license for a period of 6 months.**

DONE AND ORDERED in open court at Clearwater, Pinellas County, Florida on **June 15, 2020.**

______________________ Judge

# EXHIBIT H-3

# M A N D A T E

**from**

## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA

## SECOND DISTRICT

THIS CAUSE HAVING BEEN BROUGHT TO THIS COURT BY APPEAL, AND AFTER DUE CONSIDERATION THE COURT HAVING ISSUED ITS OPINION;

YOU ARE HEREBY COMMANDED THAT SUCH FURTHER PROCEEDINGS BE HAD IN SAID CAUSE, IF REQUIRED, IN ACCORDANCE WITH THE OPINION OF THIS COURT ATTACHED HERETO AND INCORPORATED AS PART OF THIS ORDER, AND WITH THE RULES OF PROCEDURE AND LAWS OF THE STATE OF FLORIDA.

WITNESS THE HONORABLE ROBERT MORRIS CHIEF JUDGE OF THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA, SECOND DISTRICT, AND THE SEAL OF THE SAID COURT AT LAKELAND, FLORIDA ON THIS DAY.

DATE: March 13, 2023

SECOND DCA CASE NO. 21-2964

COUNTY OF ORIGIN: Pinellas

LOWER TRIBUNAL CASE NO. 19-3066-CF,
16-07367-CF,
18-11567-CF

CASE STYLE: JUSTIN AAMIRE ADKINS v. STATE OF FLORIDA

Mary Elizabeth Kuenzel
Clerk

**cc:** (without attached opinion)
ATTORNEY GENERAL, TAMPA
HOWARD L. DIMMIG, I I, P. D.
TAYLOR SCHELL, A.A.G.

CYNTHIA J. DODGE, A.P.D.
PAUL DE CAILLY, ESQ.
JUSTIN AAMIRE ADKINS

**Filed, MAR 13, 2023, 16:12, Ken Burke, Clerk of the Circuit Court and Comptroller, Pinellas County**

# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

---

JUSTIN AAMIR ADKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-2964

---

February 15, 2023

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Paul DeCailly of DeCailly Law Group, P.A, Indian Rocks Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

---

Opinion subject to revision prior to official publication.