# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No.<br>1:26-CV-4376-MHC |

**DECLARATION OF CYNTHIA LEHOCZ IN SUPPORT OF THE CHURCH DEFENDANTS' MOTION TO DISMISS**

I, Cynthia Lehocz, declare as follows:

1. I am the President of Church of Scientology of Georgia, Inc. ("CSG"). I have held that position since August 2026. In that capacity, I am familiar with CSG's corporate organization, offices, personnel, and records, including the matters addressed in this Declaration. I make this Declaration based upon my personal knowledge and my review of CSG's regularly maintained records. If called as a witness, I could and would testify competently to the matters stated herein.

2. CSG is a nonprofit corporation organized under the laws of the State of Georgia.

3. CSG's principal office is located at **5395 Roswell Road NE, Sandy Springs, Georgia 30342.**

4. CSG operates the Church of Scientology organization located in the Atlanta, Georgia area.

5. CSG, Church of Scientology International ("CSI"), and Church of Scientology Flag Service Organization, Inc. ("FSO") are separate legal entities.

6. During the period relevant to Plaintiff's allegations, Debbie Benk was employed by CSG and served as Executive Director of CSG.

7. In communicating with Flag concerning Justin Aamir Adkins, Debbie Benk was acting in her capacity as Executive Director, not as an employee or officer of CSI or FSO.

8. Debbie Benk did not have authority by virtue of her position with CSG to bind CSI or FSO.

9. CSG does not hold itself out as having authority to bind CSI or FSO in contractual matters.

10. Debbie Benk made the April 2015 communication concerning Adkins described in the Amended Complaint in connection with her responsibilities for CSG and the Atlanta organization.

11. CSG did not operate the Flag Land Base in Clearwater, Florida.

12. CSG did not provide the auditing services that Adkins alleges were restricted or terminated at Flag.

13. CSG did not control FSO's decisions concerning whether Adkins was eligible to participate in auditing or training at Flag.

14. Debbie Benk, in her capacity with CSG, did not have authority to require FSO to provide Adkins with religious services at Flag or to dictate FSO's decisions concerning his eligibility for those services.

15. I have reviewed the records necessary to make the statements contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 09 day of October, 2026, in Atlanta, Georgia.