**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN AAMIR ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, individually and as an alleged agent of the Church,<br><br>Defendants. | ) | Civil Action File No. 1:26-CV-4376-MHC |

**PROPOSED ORDER GRANTING CHURCH DEFENDANTS' MOTION TO DISMISS**

This matter is before the Court on Defendants Church of Scientology International, Church of Scientology Flag Service Organization, Inc., and Church of Scientology of Georgia, Inc. (collectively, the "Church Defendants") Motion to Dismiss Plaintiff's Amended Complaint.

The Court has considered the Motion, and it is so ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff's claims against the Church Defendants are dismissed with prejudice.

DATED this ___ day of ___________, 2026.

_______________________________
HONORABLE MARK H. COHEN
UNITED STATES DISTRICT COURT JUDGE