**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JUSTIN AAMIR ADKINS,

*Plaintiff*,

v.

CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, Individually and as an alleged agent of the church,

*Defendants*.

Civil Action File No. 1:26-CV-4376-MHC

**DEFENDANT DEBBIE BENK'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION**

Defendant Debbie Benk ("this Defendant") hereby moves this Court for an Order dismissing the claims in Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (6). This Motion is supported by this Defendant's Memorandum in Support of Her Motion to Dismiss the Amended Complaint filed contemporaneously herewith and the grounds for dismissal described therein are incorporated herein by reference for all purposes. As set forth therein, Plaintiff claims against this Defendant are due to be dismissed for failure to state a claim upon which relief may be granted as to all claims. In the alternative, should any claims survive dismissal on the above grounds, the Court should compel arbitration of any such remaining claims pursuant to enforceable arbitration agreements entered into between the parties.

WHEREFORE, for the reasons set forth more fully in this Defendant's Memorandum in Support, this Defendant respectfully requests this Court enter an Order dismissing Plaintiff's claims against her with prejudice, or in the alternative, compelling arbitration.

On this 15th day of October 2026.

**HAWKINS PARNELL & YOUNG LLP**

*/s/ Matthew F. Barr*______________________
Matthew F. Barr
Georgia Bar No. 039481
*Counsel for Defendant Debbie Benk*

303 Peachtree Street N.E., Suite 4000
Atlanta, Georgia 30308-3243
T: 404-614-7400
F: 855-889-4588
E: mbarr@hpylaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN AAMIR ADKINS,<br><br>*Plaintiff*,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, Individually and as an alleged agent of the church,<br><br>*Defendants*. | Civil Action File No. 1:26-CV-4376-MHC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served opposing counsel in the above-referenced matter with the foregoing: **DEFENDANT DEBBIE BENK'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION,** by the Court's electronic filing system, which will automatically send e-mail notification of such filing to all counsel of record.

On this 15th day of October 2026.

**HAWKINS PARNELL & YOUNG LLP**

303 Peachtree Street N.E., Suite 4000
Atlanta, Georgia 30308-3243
T: 404-614-7400
F: 855-889-4588
E: mbarr@hpylaw.com

*/s/ Matthew F. Barr*
Matthew F. Barr
Georgia Bar No. 039481
*Counsel for Defendant Debbie Benk*