**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN AAMIR ADKINS,<br><br>*Plaintiff*,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, Individually and as an alleged agent of the church,<br><br>*Defendants*. | Civil Action File No. 1:26-CV-4376-MHC |

**DEFENDANT DEBBIE BENK'S BRIEF IN SUPPORT OF HER MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION**

Comes now Defendant Debbie Benk ("this Defendant") and files this her Brief in Support of Her Motion To Dismiss, Or In The Alternative, Motion to Compel Arbitration, showing the Court as follows:

In support of her Motion, this Defendant incorporates by reference herein the facts and arguments made by the Codefendants in their Brief in support of their motion to dismiss, or in the alternative, motion to compel arbitration, filed on October 9, 2026.

More specifically, as explained in section III.B. of codefendants' Brief, all of Plaintiff's claims, including those asserted against this Defendant, are time-barred. Further, as explained in section III.C. of codefendants' Brief, all of Plaintiff's claims are barred by the First Amendment.

Finally, this Defendant agrees with codefendants that should the Court not dismiss all claims against this Defendant then any surviving counts must be resolved via arbitration.

The claims against this Defendant should be dismissed because of both the applicable statutes of limitations and the ecclesiastical abstention doctrine. Should any claims survive dismissal on all of the above grounds, the Court should compel the parties to arbitrate such claims pursuant to their valid and enforceable contracts.

On this 15th day of October 2026.

**HAWKINS PARNELL & YOUNG LLP**

303 Peachtree Street N.E., Suite 4000
Atlanta, Georgia 30308-3243
T: 404-614-7400
F: 855-889-4588
E: mbarr@hpylaw.com

*/s/ Matthew F. Barr*
Matthew F. Barr
Georgia Bar No. 039481
*Counsel for Defendant Debbie Benk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JUSTIN AAMIR ADKINS,<br><br>*Plaintiff*,<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, CHURCH OF SCIENTOLOGY OF GEORGIA, and DEBBIE BENK, Individually and as an alleged agent of the church,<br><br>*Defendants*. | Civil Action File No. 1:26-CV-4376-MHC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served opposing counsel in the above-referenced matter with the foregoing: **DEFENDANT DEBBIE BENK'S BRIEF IN SUPPORT OF HER MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION**, by the Court's electronic filing system, which will automatically send e-mail notification of such filing to all counsel of record.

On this 15th day of October 2026.

**HAWKINS PARNELL & YOUNG LLP**

/s/ Matthew F. Barr
Matthew F. Barr
Georgia Bar No. 039481
*Counsel for Defendant Debbie Benk*

303 Peachtree Street N.E., Suite 4000
Atlanta, Georgia 30308-3243
T: 404-614-7400
F: 855-889-4588
E: mbarr@hpylaw.com